UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
IN RE: EPHEDRA PRODUCTS LIABILITY      : 04 MD 1598 (JSR)
LITIGATION                             :
                                       :
------------------------------------- x
                                       : 06 CV 00014
                                       :
Pertains to:                           : **DECLARATION OF JOANNE M.**
                                       : **GRAY IN SUPPORT OF**
Harbir Singh, *et al.* v. Herbalife International : **DEFENDANTS' MOTION FOR**
Communications, Inc., *et al.*         : **SUMMARY JUDGMENT**
                                       :
                                       :
                                       :
------------------------------------- x

Pursuant to 28 U.S.C. § 1746, Joanne M. Gray, of legal age, states as follows:

1. I am a member of the firm of Goodwin Procter LLP, attorneys of record for defendants Herbalife International Communications, Inc., Herbalife International of America, Inc., and Steve Peterson (collectively, "Herbalife") in the above-captioned case. This declaration is based upon my information and belief, based upon my knowledge of the file maintained in my office on this matter.

2. This declaration is filed in support of Defendants' Motion for Summary judgment

3. Filed herewith are true and correct copies of the following documents:

    Exhibit A:   Transcript of Deposition of Harbir Singh, dated November 8, 2006

    Exhibit B:   Transcript of Deposition of Steve Peterson, dated December 5, 2006

    Exhibit C:   Label for Herbalife Original Green

    Exhibit D:   Transcript of Deposition of Bruce Charles Zablow, M.D, dated January 10, 2007

| | |
|---|---|
| Exhibit E: | Report of Radiology Examination, dated May 12, 2003 |
| Exhibit F: | Complaint Dated December 28, 2005 |
| Exhibit G: | Notice of Assignment, dated January 10, 2006 |
| Exhibit H: | Defendants' Answers to Complaint, dated January 30, 2006 and February 28, 2006 |
| Exhibit I: | Expert Report of Lawrence W. Shields, M.D, dated December 4, 2006 |
| Exhibit J | Notice of Motion to Preclude Plaintiffs' Case-Specific Experts' Opinions or Portions Thereof, dated May 14, 2007 |
| Exhibit K | Transcript from *Daubert* hearing, dated July 9, 2007 |
| Exhibit L | Memorandum Order, *Harbir Singh et al v. Herbalife Int'l Communications, Inc. et al.*, No. 06 Civ. 00014 (S.D.N.Y. July 13, 2007) |
| Exhibit M | Memorandum Order, *Smoot v. AST Sports Science, Inc.,* No. 04 M.D. 1598, No. 04 Civ. 5482 (S.D.N.Y. Feb 28, 2006) |
| Exhibit N | Transcript of Deposition of Lawrence Shields, M.D., dated February 20, 2007 |
| Exhibit O | H. B. Locksley, Report on the Cooperative Study of Intracranial Aneurysms and Subarachnoid Hemorrhage, Section V, Part I, Natural History of Subarachnoid Hemorrhage, Intracranial Aneurysms and Arteriovenous Malformations, Neurosurgery, 219-239, 226, 1966 |
| Exhibit P | J. van Gijn, R. S. Kerr, and G. J. E. Rinkel, Subarachnoid haemorrhage, Lancet 369:307 (2007) |
| Exhibit Q | Fourth Amended Generic Expert Report of Steven R. Levine, M.D., dated February 27, 2006 |
| Exhibit R | Transcript of Deposition of John F. Dashe, M.D., dated April 12, 2007 |
| Exhibit S | Expert Report of John F. Dashe, dated February 26, 2007 |
| Exhibit T | Defendants' Disclosure of Expert Witnesses, dated February 27, 2007 |
| Exhibit U | Letter from Frederick McGowen to David B. Rheingold, dated March 7, 2007 |

| | | |
|---|---|---|
| | Exhibit V | Transcript of Deposition of Vasile Panait, dated December 5, 2006 |
| | Exhibit W | Plaintiffs' Fact Sheet |
| | Exhibit X | Internal Revenue Service Record |
| | Exhibit Y | Herbalife's Request for Production of Documents and Things, dated November 25, 2006; Plaintiffs' Response and Objections to Herbalife's Request for Production of Documents, dated December 21, 2006 |
| | Exhibit Z | E-Mail Ruling by Special Master Niss, dated August 9, 2006 |
| | Exhibit AA | Transcript of Deposition of Doina Caragata, dated November 15, 2006 |

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 27, 2007.

s/ Joanne M. Gray<br>
Joanne M. Gray (JG-7287)

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, I caused a true and correct copy of the foregoing DECLARATION OF JOANNE M. GRAY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT to be served via E-Mail, Federal Express overnight mail, and the Electronic Case Filing system, upon:

> David B. Rheingold, Esq.
> Rheingold, Valet, Rheingold, Shkolnik & McCartney LLP
> 113 East 37th Street
> New York, NY 10016

/s/ Joanne M. Gray
Joanne M. Gray (JG-7287)