Page 1

1

2            UNITED STATES DISTRICT COURT

3           SOUTHERN DISTRICT OF NEW YORK

4    --------------------------------------x

     IN RE:  EPHEDRA PRODUCTS LIABILITY   :
5    LITIGATION                           :

                                          :
6    --------------------------------------x

     Pertains to:                         :
7                                         :

     Harbir Singh, et al. v. Herbalife    :
8    International Communications, Inc.    :
     et al.                               :
9    --------------------------------------x

10

11

12

13            DEPOSITION OF STEVE PETERSON

14               Aventura, Florida

15            Tuesday, December 5, 2006

16

17

18

19

20    Reported By:

      JODY L. WARREN, RPR
21    JOB NO. 9646

22

23

24

25

Page 2

```
 1
 2
 3        December 5, 2006
 4        1:30 p.m.
 5
 6
 7
 8            Deposition of STEVE PETERSON, held
 9       at the offices of Network Reporting,
10       44 W. Flagler, Suite 1200, Miami,
11       Florida, pursuant to Notice, before
12       Jody L. Warren, Registered Professional
13       Reporter and Notary Public of the State
14       of Florida.
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
         A P P E A R A N C E S:
 2
           RHEINGOLD, VALET, RHEINGOLD,
 3
           SHKOLNIK & McCARTNEY, LLP
 4
         Attorneys for Plaintiff
 5
             113 East 37th Street
 6
           New York, New York  10016
 7
         BY:  SIMCHA D. SCHONFELD, ESQ.
 8
 9
10       GOODWIN PROCTER, LLP
11       Attorneys for Defendants
12           599 Lexington Avenue
13           New York, New York  10022
14       BY:  FREDERICK R. McGOWEN, ESQ.
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
                    - - -
 2              I N D E X
                    - - -
 3
    WITNESS:       DIRECT   CROSS
 4  STEVE PETERSON
 5  By Mr. Schonfeld:   3
 6
 7
 8              - - -
            E X H I B I T S
 9              - - -
    PLAINTIFF'S
10
    Exhibit 1 - Customer Care Card      7
11
12  (Original exhibit held by Mr. McGowen.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1            P R O C E E D I N G S
 2                   - - -
 3         Deposition taken before Jody L. Warren,
 4  Registered Professional Reporter and Notary Public
 5  in and for the State of Florida at Large, in the
 6  above cause.
 7                   - - -
 8  Thereupon,
 9               STEVE PETERSON
10  having been first duly sworn or affirmed, was
11  examined and testified as follows:
12            DIRECT EXAMINATION
13  BY MR. SCHONFELD:
14       Q.  Good afternoon, Mr. Peterson.  My name is
15  Simcha Schonfeld.  I represent the plaintiffs in
16  this action.  Before -- obviously, I'll be taking
17  your deposition today.
18           Before we begin, just a couple of
19  instructions.  First, I ask that you answer all of
20  the questions verbally and avoid the use of, you
21  know, shaking your head or something like that
22  because the court reporter has to record everything
23  that we're going to be doing here and, obviously,
24  she can't record a gesture.
25       A.  Okay.
```

1    Q.  Very good.
2    A.  I already started to nod, but I said
3  "okay."
4    Q.  Second, if there's any question that I ask
5  that you don't understand, whether it's some
6  ambiguity or it's vague, feel free to ask me to
7  rephrase; I'll be happy to do that.
8    Third, if you need a break at any time,
9  certainly let me know, I'll certainly accommodate
10  you as long as it's not between a question and an
11  answer.
12    MR. McGOWEN:  And just so I don't forget
13  later, Mr. Peterson is going to read and sign
14  his transcript.
15    THE WITNESS:  Is that done today or do I
16  have time to read over it?
17    MR. McGOWEN:  It will be later after --
18  after they have prepared it.
19    THE WITNESS:  Okay.  So not today?
20    MR. SCHONFELD:  No.
21    Q.  (By Mr. Schonfeld)  Will you state your
22  full name?
23    A.  Stephen Lloyd Peterson.
24    Q.  Is it two "L"s?
25    A.  Correct.

1    Q.  And what's your current address?
2    A.  12221 SW, for "Southwest," 98th Street,
3  Miami, Florida 33186.
4    Q.  How long have you been at that address?
5    A.  Ten years and two months.
6    Q.  Did you bring any documents with you here
7  today for this deposition?
8    A.  No.
9    MR. McGOWEN:  Well, he brought one, which
10  I have.  That's the card I was telling you
11  about.
12    MR. SCHONFELD:  Okay.  Well, why don't we
13  mark this.
14    (Plaintiff's Exhibit No. 1 was marked for
15  identification.)
16    Q.  (By Mr. Schonfeld)  Okay.  Mr. Peterson, I
17  have here what has been marked as Exhibit 1 and it
18  states "Customer Care Dermajetics."  Am I
19  pronouncing that correctly?
20    A.  Correct, which is not correct.
21    Q.  Okay.
22    A.  It's just a card I put the information on.
23    Q.  Okay.  We'll get to that in a moment.
24    But aside from this item, is there
25  anything else you brought with you today?

1    A.  No.
2    Q.  Did you do a search for any documents?
3    A.  Yes.
4    Q.  And how did you do that search?
5    A.  Looked through what I had.
6    Q.  Is that on a computer database or is it
7  physical paper files?
8    A.  Physical paper.
9    Q.  You don't keep any electronic records?
10    A.  No.
11    Q.  All right.  Why don't we take a look at
12  this document.
13    MR. SCHONFELD:  Is it okay if I come
14  around?
15    MR. McGOWEN:  Sure.
16    MR. SCHONFELD:  It's just easier that way.
17    Q.  (By Mr. Schonfeld)  Just in general terms,
18  can you just describe what this is?
19    A.  It's a card where we have -- you have a
20  green one that talks about weight loss; you've got a
21  yellow one which is for Dermajetics, which was
22  customer care skin care, and at the end of the day
23  it's just information.  And because I ran out of the
24  other ones, I used this one where I put the
25  information of my customer.

1    Q.  Okay.  And what sort of information do you
2  record on this document?
3    A.  In this case, his address, where it's sent
4  to.
5    Q.  So is this relating to a specific order or
6  is it just general information about the customer?
7    A.  Generally, on a first order, I will put
8  down their name and address and any pertinent
9  information that I have and, generally, what they
10  order.
11    Q.  Okay.  And would you fill out a separate
12  card -- let's just call this a card.  Would you fill
13  out a separate card or similar document for each
14  order that was placed subsequently?
15    A.  No.
16    Q.  Never, always, or occasionally?
17    A.  No.
18    Q.  Generally, you don't.
19    A.  No.
20    Q.  Okay.  So this document that we're looking
21  at was filled out the first time you spoke with
22  Mr. Singh; is that correct?
23    A.  To the best of my knowledge, I believe so.
24    Q.  And that's your general practice when you
25  speak to your customers?

1    A.  When they order a product, yes.  If they
2  don't order it, then there's no sense in filling
3  something out.
4    **Q.  Right.  Most of this is fairly**
5  **self-explanatory.  I'm not going to ask you to go**
6  **through the name and the address and all that.**
7        **Just down to the bottom left-hand portion**
8  **of the document where it says "Comments and other**
9  **customer information."  Can you read that first line**
10 **that begins with 5/15?**
11   A.  That means -- I don't have the year,
12 unfortunately, but 5/15 means on 5/15, the date, he
13 ordered three greens and two beiges and he paid $85.
14   **Q.  And the greens and beiges, what is that**
15 **referring to, just for the record?**
16   A.  Greens refer to what you've got there in
17 front of you and beige is a product that goes along
18 with it.
19   **Q.  And, for the record, the witness is**
20 **referring to what has previously been marked as**
21 **Defendant's Exhibit 3, which is a bottle of**
22 **Herbalife Herbal Tablets.  It says on the bottom**
23 **"original green," correct?**
24   A.  Correct, original green.
25   **Q.  And the next line?**

1    A.  It shows that on 7/17, he ordered 21 green
2  and 14 beige.  And he got a very, very special
3  price, a very good discount, and he paid $400.  And
4  as far as my knowledge goes, it's all on that
5  Mastercard of his.
6    **Q.  Okay.  Now, when it says three green or**
7  **two beige or 21 or 14, is that referring to the**
8  **number of pills or the number of bottles?  What does**
9  **that number refer to?**
10   A.  The number of bottles.
11   **Q.  What was the reason for the special price?**
12   A.  Because he's ordering a large quantity.
13   **Q.  Just to go back to clarify something in my**
14 **own mind so that -- you would not fill out a new**
15 **card each time an order was placed, but you would**
16 **record on the original time each time an order was**
17 **placed; is that correct?  Because there are two**
18 **separate orders two months apart here.**
19       MR. McGOWEN:  On the original card, you
20 meant to say.
21       MR. SCHONFELD:  On the original card, yes.
22   A.  That's my intention, yes.
23   **Q.  Do you always do that?  I mean, are there**
24 **occasions where you won't record a subsequent sale?**
25       MR. McGOWEN:  I'm going to object to the

1  form.  You can answer the question.  I'm -- you
2  can answer the question.
3    **Q.  Well, let me ask it to you this way.  Is**
4  **it your general practice -- is it your usual**
5  **practice to record subsequent purchases when they're**
6  **made?**
7        MR. McGOWEN:  I believe he said "yes."
8        Now, Steve, are there other purchases that
9  Mr. Singh made that are not on this card, to
10 your knowledge?
11       THE WITNESS:  My belief is there was a
12 third purchase that's not on this card.  And
13 the reason I say that is when a person
14 continues to do business and they're putting it
15 on their credit card, they have -- they have a
16 record on their credit card of what's being
17 charged to them.
18       MR. McGOWEN:  But do you have a
19 recollection of a third purchase?
20       THE WITNESS:  Not 100 percent, but I
21 believe there was one.
22   **Q.  (By Mr. Schonfeld)  And it would not have**
23 **been unusual for you to have recorded the first two,**
24 **but not the third purchase?**
25       MR. McGOWEN:  I'm going to object to the

1  form.  You could answer the question.  I think
2  you've already answered it, essentially.  But
3  you typically would record sales on the card,
4  right?
5        THE WITNESS:  Correct.
6        MR. McGOWEN:  Is it possible that there
7  was an additional sale that is not on this
8  card?
9        THE WITNESS:  It's possible, yes.
10       MR. McGOWEN:  Is that good enough?
11       MR. SCHONFELD:  Thank you.
12   **Q.  (By Mr. Schonfeld)  There is a -- on the**
13 **right-hand side, there's an entry here for**
14 **children's names, ages, and birthdays.  And that**
15 **seems to be, as you indicated earlier, the**
16 **Mastercard information; is that correct?**
17   A.  Correct.  I use a card to put down
18 information.  I don't pay attention to all that.  I
19 just -- it's a filing system.  It might not be the
20 best, but it's what I use.
21       You get a kick out of that, don't you?
22   **Q.  The old-fashioned way.**
23   A.  There you go.
24   **Q.  In the top right-hand corner, it says,**
25 **"after 2:00 p.m."  What does that mean?**

1    A.  It was -- something that always sticks out
2  in my mind with Mr. Singh is he always wanted it
3  delivered after 2:00 in the afternoon because I
4  think he started late or whatever.
5    Q.  What is Dermajetics?
6    A.  That's a skin care program that no longer
7  exists at Herbalife.  This is a card that's three,
8  four years old, whatever number of years it is.
9    Q.  Is that something that's sold by Herbalife
10  as well or was sold?
11    A.  It was sold.  It's a skin care line.
12    Q.  And you sold those products as well?
13    A.  Absolutely.
14        To him, no.
15    Q.  Right, I understand that.
16        Did you speak with anyone other than your
17  attorney?  Obviously, I'm not going to ask you about
18  those communications, but did you speak with anyone
19  other than your attorney in preparation for today's
20  deposition?
21    A.  In terms of preparation, no.  In terms of
22  did I talk to somebody, I spoke with my wife.
23    Q.  Okay.  I will respect the spousal
24  privilege.
25    A.  You've got to tell them where you're

1  going, right?
2    Q.  What's your educational background?
3    A.  BS in business administration from Arizona
4  State University.
5    Q.  Did you do any postgraduate work or any
6  graduate work?
7    A.  No.
8    Q.  Did you have any other formal education in
9  terms of attending seminars or any certificates,
10  trade schools, anything other than, you know,
11  graduate school?
12    A.  Are you talking with Herbal or are you
13  talking towards education?
14    Q.  I'm just asking generally, your general
15  educational background.
16    A.  I finished school and I went to work,
17  college and I went to work.
18    Q.  Do you have any training in nutrition?
19    A.  Yes.
20    Q.  What sort of training do you have?
21    A.  Attending Herbalife seminars.
22    Q.  Okay.  Anything else?
23    A.  No, that's it.
24    Q.  All right.  Roughly, how many seminars did
25  you attend?

1    A.  Twenty years in Herbalife, more than I can
2  count.
3    Q.  Okay.  You can give me a rough.  I mean,
4  are we talking one or two a year?  Ten a year?  Once
5  a month?  You know, just a ballpark.  I'm not going
6  to hold you to it.
7    A.  Well, you're asking a difficult question
8  to answer because you have different levels of
9  seminars.  We have seminars that I attend monthly.
10  We have large seminars from the company that I will
11  attend two, three times a year.
12    Q.  Okay.  Let's talk about the monthly
13  seminars first.  How long have you been attending
14  monthly seminars for?
15    A.  Twenty years.
16    Q.  And what's --
17    A.  Every month, no.
18    Q.  Okay.  So the seminars are conducted every
19  month, but you just don't attend all them or --
20    A.  Correct.  Because they're not for me,
21  they're for the new distributors.
22    Q.  When did you first start attending these
23  monthly seminars?
24    A.  Roughly 20 years ago.
25    Q.  Do you still attend them now?

1    A.  Absolutely.  That's my job.  That's my
2  business.
3    Q.  What sort of information is covered in
4  these seminars?  Well, withdrawn.
5        What is the purpose of the seminar?
6    A.  The purpose of the seminar is to teach the
7  new person entering into our business the basics of
8  the business.
9    Q.  And your role today, having been there for
10  all these years, obviously you're not a new person,
11  what role do you play in that?
12    A.  Either I'm a trainer or I'm there with an
13  organization of distributors to support them.
14    Q.  And what sort of information -- what sort
15  of training do they receive in these seminars?
16    A.  Everything about our business, the basics
17  that a new person needs to have.
18    Q.  Is there -- okay.  Well, I started by
19  asking you if you had any training in nutrition and
20  you had -- your response was referring to these
21  seminars.
22        So, let me focus on that for a moment.
23  What sort of -- how was nutrition covered in these
24  seminars?
25    A.  We have in every seminar what's called a

1  basic product training, which goes over the basic
2  products that we generally sell the most, so a new
3  distributor has answers to the questions of their
4  customer.
5      MR. McGOWEN:  I think what he's trying to
6    get at is training that you've received.  So,
7    have you received training in seminars in
8    nutrition?
9      THE WITNESS:  Specific nutrition training,
10    other than when a doctor like Dr. May,
11    Dr. Katzin, Dr. Luigi comes on and does
12    training, that's the training I get for
13    nutrition.
14      Something specifically, am I trained in
15    nutrition specifically?  No.  Am I trained by
16    doctors on what our products do?  Yes.
17  **Q.  (By Mr. Schonfeld)  And what do the**
18  **doctors -- I mean, what is the nature of their**
19  **training?**
20      **I'm going to withdraw that question.  I**
21  **want to focus specifically on these seminars first.**
22  **Then we'll talk about -- the doctors that you just**
23  **mentioned, do they lecture at these seminars or is**
24  **that something independent of this?**
25    A.  Only the large ones.  The monthly ones,

1  no, other than special occasions.
2  **Q.  So what sort of -- how is the issue of**
3  **nutrition addressed at a monthly seminar?**
4    A.  Can you define that a little bit further?
5  That's a very broad statement.
6  **Q.  What aspects of nutrition would be the**
7  **subject of a monthly seminar?  Do you understand**
8  **what I'm asking you?**
9      MR. McGOWEN:  Are we still talking about
10    his training?
11      MR. SCHONFELD:  No.  I'm asking about the
12    curriculum of the seminars.
13    A.  I don't create a curriculum.  I'm back
14  just taking notes.  So that's a very difficult
15  question to answer.  That's a very broad question.
16  **Q.  Do the seminars -- does the subject matter**
17  **of this seminar address the method in which a given**
18  **product works to accomplish whatever purpose it's**
19  **supposed to accomplish?**
20      MR. McGOWEN:  It is kind of vague.  Maybe
21    if you could focus in --
22  **Q.  It's vague because the question began --**
23  **the question that started it all was vague, which**
24  **was "Do you have any training in nutrition?" and**
25  **there was a reference to the seminar.**

1    **I'm just trying to get a picture of**
2  **whatever you understood nutrition to mean in that**
3  **term.**
4    A.  Well, maybe if I go back to your question
5  then, I should say "no."  Because do I have a degree
6  in nutrition?  Do I have specific training in
7  nutrition?  No.  Have I attended seminars where
8  doctors have spoke?  Yes.
9  **Q.  I wasn't looking for a specific degree.  I**
10  **understand that you don't have a degree in**
11  **nutrition.**
12    A.  No.
13  **Q.  I just want to know how -- what aspects of**
14  **nutrition are or have been covered in these monthly**
15  **seminars.**
16    A.  You'd have to attend one to see.  There is
17  a lot of information that's given.
18  **Q.  Are there documents that are distributed**
19  **as part of these seminars?  Is there a handout or a**
20  **pamphlet?  Is that normal?**
21    A.  Normally not at the seminars, no.
22  **Q.  So let's take a weight loss product, for**
23  **example, without talking about any specific one.**
24  **Would a seminar discuss how this product causes**
25  **people to lose weight?**

1      MR. McGOWEN:  I'm going to object.  You
2    really need to give him -- if you want to talk
3    about a particular product, then let's do that.
4    Because this is -- these questions are not
5    specific enough.  I can understand the
6    difficulties that he's having responding
7    because, you know, they are talking about
8    specific problems.
9  **Q.  Let me ask you that.  Do the seminars**
10  **relate to specific products?**
11    A.  Sometimes they do, but you've got to again
12  realize you're talking seminar after seminar after
13  seminar after seminar.  So you can't pin me down to
14  one seminar because there's so many of them.
15      You get a new product, we talk about it.
16  They talk always about our Formula 1, the soy
17  protein.  It's the best protein out there.  The
18  importance of protein in your diet, that's talked
19  about always.  Proper nutrition in your diet.
20  Formula 1, that's the most important product at all.
21  That's talked about in every seminar.
22      And if you've investigated at all about
23  nutrition, soy protein is your best protein out
24  there.
25  **Q.  Okay.  That is a helpful response.**

1    **Were the benefits of ephedra the subject**
2    **of any of these seminars that you discussed -- that**
3    **you attended?**
4         A.  Define a little bit better the question.
5         **Q.  The use of ephedra as a weight loss**
6    **mechanism or an ephedra supplement as a tool for**
7    **weight loss, was that discussed in a seminar?**
8         A.  The green and beige are thermogetics as a
9    complement to the nutritional product, which
10   consists of Formula 1 and Formula 2, which is our
11   vitamin and mineral and our nutritional drink, which
12   is the foundation of the company for 26 years.  It
13   got us on the stock market and all of that.  This is
14   nothing more than a complement to a basic
15   nutritional program.
16        **Q.  So when you use the term "a complement,"**
17   **are you saying that it's supposed to be used in**
18   **conjunction with them?**
19        A.  It's best.  Can it be used alone?  Yes.
20   But is it best this way?  Yes.
21        **Q.  Okay.  But I'm asking specifically**
22   **regarding, you know, what you refer to as the green**
23   **and the beige pills.  Let's just refer to them as**
24   **that.**
25        A.  Tablets.

1         Q.  **Tablets, sorry.**
2         A.  Pills are from doctors.  Tablets come from
3    distributors.
4         **Q.  Fair point.**
5         A.  Because it's not a prescription drug.
6    Pills are prescription drugs.
7         **Q.  Were those the subject or were -- were the**
8    **use of the green and the beige tablets the subject**
9    **of a seminar or seminars?**
10        **Specifically in the terms of everything**
11   **that you had said before about soy protein, I think**
12   **you said, or the nutritional value of it, the way it**
13   **interacts with the body, whatever it is, was that --**
14   **were those things you mentioned before in regards to**
15   **the other materials or the other products?  Was**
16   **that -- I'm asking you a long-winded question.**
17        A.  I'm lost.  You lost me.
18        MR. McGOWEN:  Why don't we just ask him if
19   he has any recollection of ephedra being
20   discussed at a seminar, and maybe that will --
21        MR. SCHONFELD:  Okay.  That was the
22   question I asked before.
23        MR. McGOWEN:  It was.  So let's go back to
24   his original question.
25        A.  You're asking me was ephedra discussed in

1    seminars?
2         MR. SCHONFELD:  Correct.
3         MR. McGOWEN:  No.  He originally said the
4    benefits, but I broadened it a bit.  Do you
5    have recollection of ephedra being discussed at
6    any seminars?
7         THE WITNESS:  I don't have exact
8    recollection.  I know they talked about
9    original green and beige as a complement to the
10   nutritional program.
11        **Q.  (By Mr. Schonfeld)  Did they explain why**
12   **it would be helpful as a complement or why it would**
13   **be useful as a complement to the original program?**
14        A.  Sure.
15        **Q.  What was said about that?**
16        A.  It has nothing to do with ephedra.  It has
17   to do with green and beige.  It helps burn off
18   calories faster and gives people energy, so people
19   like the product.
20        **Q.  Were there any discussions of potential**
21   **risks of side effects associated with the green and**
22   **the beige tablets?**
23        A.  Yes.  Anybody that has any heart problems
24   should check with their physician first.  That, as
25   far as I can recollect, is directly on the label.

1    If you looked on it, you'd probably see it.
2         **Q.  Anything else in terms of risks?**
3         A.  I'm sure there are some other
4    recommendations on there, but primarily because it
5    gives you energy, then anything that has to do with
6    your heart, somebody should check with their doctor
7    if they have any concerns.
8         **Q.  Was the purpose of raising these concerns,**
9    **as you put them, at these seminars to train these**
10   **new people how to relay that information to their**
11   **customers?  Was that a goal of relaying that**
12   **information to these individuals?**
13        MR. McGOWEN:  I'm going to object because
14   you talked about basically his training coming
15   through or his information coming through
16   doctors at certain larger seminars.  And when
17   you talked about these smaller, more frequent
18   seminars, where it sounds like it was really
19   not for the purpose of him being trained, so it
20   just sounds like you're focusing on these
21   smaller seminars and that's keeping him from
22   being able to answer about the larger seminars.
23        **Q.  Yeah, I am asking about the smaller**
24   **seminars.  And my question before -- and if it**
25   **changes your answer, let me know -- my question**

1 before was whether ephedra as a product, the uses or
2 the risks of it were discussed at the monthly
3 seminars, and I understand your answer to that to
4 have been "yes." If that's incorrect, feel free to
5 tell me. But is that -- do you understand what I'm
6 saying?
7    A. Well, you've got a different scenario here
8 because these monthly seminars have started just
9 over the last few years about the time this was
10 being discontinued. So you've got different
11 scenarios.
12        You've got to realize you're dealing with
13 a company that's been in business for 26 years.
14 What happened three, four years versus trainings
15 that happen today and how things are conducted are
16 different.
17    Q. Okay. I understood you to have said that
18 you had been attending monthly seminars for a period
19 of 20 years. Did I misunderstand?
20    A. You misunderstood.
21    Q. Okay. So let's go back there. How long
22 have these monthly seminars been going on?
23    A. I can't say exactly, because there's
24 different types of trainings we do at different
25 levels and the monthly seminar that I was referring

1 to would start a few years back. Exactly how many,
2 I don't know.
3        MR. McGOWEN: Let's take a short break.
4        (Thereupon, a brief recess was taken.)
5    Q. (By Mr. Schonfeld) So my question, again,
6 specifically with regards to the monthly seminars,
7 I'm not asking you about any other seminars or
8 lectures or anything else. With regards to those
9 seminars, was -- or were the green and the beige
10 tablets a subject of any of those seminars?
11    A. They would be a subject of them just like
12 our Formula 1, our Formula 2, our Cell-U-Loss, our
13 Thermo-Bond, those are the major products.
14    Q. Now, in a seminar in which the green and
15 the beige tablets are a subject of that seminar,
16 what sort of information is discussed with relation
17 to those products?
18        MR. McGOWEN: I'm just going to ask that
19        you ask him more direct questions rather than
20        what sort of would have been or could have
21        been. Ask him what was discussed at any, you
22        know, particular time so that we can be more
23        precise here.
24    Q. In a seminar relating to the green and the
25 beige tablets, was the efficacy of these products as

1 a weight loss tool discussed?
2    A. What was the word you used?
3    Q. The usefulness. I'm sorry.
4        Was the fact that it was a useful weight
5 loss tool discussed at the seminar?
6    A. Yes. You have testimonies of people that
7 came on stage and shared the nutritional program
8 with this and explained how to use this, the proper
9 dosages. When I say "dosage," I mean two greens,
10 one beige, and if they need to, three and one,
11 which, as far as I know, it's right on the label.
12        MR. McGOWEN: Let's take a short break.
13        Here's our coffee.
14        (Thereupon, a brief recess was taken.)
15    Q. (By Mr. Schonfeld) Were risks associated
16 with the green and the beige tablets discussed at
17 the seminars in which that product was discussed?
18    A. I don't know. I don't remember that.
19    Q. In general at seminars, not limited to the
20 green and the beige tablets, but as a general rule,
21 when a product is a subject of a discussion at a
22 seminar, will the risks associated with that product
23 be discussed there as well?
24    A. What is a risk?
25    Q. To the extent that any risks exist with

1 any product.
2    A. But what is the risk?
3    Q. I'm not sure I understand what you're
4 asking me. But if there is a product that's being
5 discussed at a seminar that carries with it a
6 certain risk, whether it's a risk of health side
7 effects that can occur for whatever reason, a
8 preexisting condition, abuse, whatever the case may
9 be, to the extent that any risk associated with the
10 product exists, would that be something that is
11 covered in a seminar discussing that product?
12    A. If you have a product that the government
13 is allowing you to sell, then why are you --
14        MR. McGOWEN: Hold on. Hold on. Just
15        answer his question.
16        Simply, the problem is Mr. Singh ordered
17        and allegedly used a particular product and
18        you're asking him these vague questions about
19        products generally.
20        MR. SCHONFELD: Well, it's only because he
21        wasn't able to answer the specific product. So
22        when he says he doesn't know specifically with
23        regards to this product was discussed and my
24        question is -- I think it's a fair question --
25        is the general practice to discuss risks

Page 30

1    associated with a product.  Certainly if the
2    answer --
3         MR. McGOWEN:  He said he -- I'm sorry to
4    interrupt you.  He said he didn't recall risks
5    of original green being discussed.
6         THE WITNESS:  Correct.
7         MR. McGOWEN:  So asking him whether risks
8    for any product were discussed is not going to
9    help him recall if risks for green were
10   discussed.
11        **Q.  These new people attending seminars, are**
12   **they instructed to relay any information about risks**
13   **associated with products to the consumers?**
14        A.  What is the risk?
15        MR. McGOWEN:  You can answer with respect
16   to specific things that you can recall.  You're
17   not here to speculate or say what could have
18   happened.  You can say if you recall any times
19   when potential or new distributors were given
20   particular instructions.
21        So please ask him that sort of a question
22   because I'm really not going to let him answer
23   a lot of speculative-type questions.
24        MR. SCHONFELD:  Let me just clarify one
25   thing in general.  I'm not asking you to

Page 31

1    speculate on anything, whether it's in regards
2    to you or anybody else.  If the answer to a
3    question is "I don't know," then it's a
4    perfectly acceptable answer.  I don't want you
5    to guess or speculate.  I want to make that
6    clear.  I'm not trying to do that, I'm not
7    asking you to do that and, quite frankly, it's
8    of no use to me if you do.
9         MR. McGOWEN:  But the phrasing of your
10   question is asking him that, that's my point.
11   I'm not saying that you're implying something,
12   I'm saying that you're asking him speculative
13   questions.
14        MR. SCHONFELD:  I'm not asking him to
15   speculate.  I'm asking his knowledge.  If the
16   answer is "I don't know," that's a perfectly
17   legitimate answer.
18        MR. McGOWEN:  Would you go back and read
19   the last question, please?
20        (Thereupon, a portion of the record was
21   read by the reporter.)
22        MR. McGOWEN:  So what he can tell you is
23   what he recalls hearing, being instructed in
24   the form of an instruction to a distributor.
25   He cannot tell you does this happen.  He needs

Page 32

1    something specific -- specific back in the past
2    that he can relate to you.  That's the
3    difference.
4         MR. SCHONFELD:  I think he can tell me
5    does this happen if he knows.
6         MR. McGOWEN:  Does this happen is not a
7    specific question.  If you're talking about a
8    specific thing happening or whether a specific
9    thing happened, he can tell you that.  He is
10   not going to tell you, you know, generally, you
11   know, does -- can this potentially happen at a
12   seminar.  He's not going to do that.
13        MR. SCHONFELD:  I don't think questions
14   about general practice are speculative.
15        MR. McGOWEN:  That's not my point.  My
16   point is he is a fact witness.  He can tell you
17   specifically what he recalls and if he cannot
18   recall that -- if there's something he cannot
19   recall, then you can ask him about his custom
20   and practice but, beyond that, you are asking
21   him to speculate.
22        MR. SCHONFELD:  Well, I disagree with you,
23   but it's not all that important enough for me
24   to make more of it than what has already been
25   made, so I'll let it go for now.

Page 33

1         **Q.  (By Mr. Schonfeld)  Let me turn to the**
2    **other sort of training or whatever you want to call**
3    **it that you had referred to as far as specific**
4    **lectures that you had attended.  I think you listed**
5    **the names of a number of physicians.  Is that**
6    **correct?**
7         A.  Mm-hmm.
8         **Q.  I think you gave the name of a few**
9    **doctors.**
10        A.  Mm-hmm.
11        **Q.  Did you ever -- are those seminars?  How**
12   **would you term those?**
13        A.  In terms of what?  Be more specific.
14        **Q.  I'm just trying to look for a term to use.**
15        MR. McGOWEN:  It's a seminar, right?
16        A.  It's a seminar.  It's a motivational
17   seminar where people get information.
18        **Q.  Do they occur at fixed intervals?  Are**
19   **they annual or biannual, or do they just every now**
20   **and then happen to pop up?**
21        A.  They're fixed.  Not exactly fixed, but
22   that's what the company puts on.  If you check with
23   Herbalife, you'll see.  It's all public knowledge.
24        MR. McGOWEN:  Is it annual?  Is it roughly
25   annual?

1      THE WITNESS:  There's an annual event,
2  uh-huh.
3      **Q.   Are there more events, biannual events?**
4  **Are there others aside from the annual seminar?**
5      A.  You got 63 countries, there's a lot of
6  events that go on.
7      **Q.  I'm speaking specifically about events**
8  **that you yourself attend.**
9      A.  When my schedule works, I go to an event.
10      MR. McGOWEN:  We talked about the smaller,
11  roughly monthly conferences and then we talked
12  about a different interval of a conference.
13  That other interval of a conference, is it
14  roughly annual?
15      THE WITNESS:  Yeah.  There's an annual
16  one, mm-hmm.
17      MR. McGOWEN:  And then are there other
18  conferences that are just not at particular
19  intervals?
20      THE WITNESS:  Correct.
21      MR. McGOWEN:  Okay.
22      **Q.  (By Mr. Schonfeld)  Have you ever attended**
23  **a seminar or conference, a lecture, in which the**
24  **green and beige tablets were discussed?**
25      A.  I don't remember because that was years

1  ago.  That was years ago, and they discontinued them
2  two, three years ago, whatever.
3      **Q.  Do you have any -- have you ever attended**
4  **a seminar regarding weight loss management?**
5      A.  No.
6      **Q.  Have you ever testified as an expert**
7  **witness?**
8      A.  No.
9      **Q.  Have you ever been qualified as an expert**
10  **witness?**
11      A.  No.
12      **Q.  Who's your current employer?**
13      A.  I'm self-employed.  I'm an independent
14  distributor for Herbalife International.
15      **Q.  So you don't actually work for Herbalife.**
16      A.  No, I'm not an employee of Herbalife.
17      **Q.  When you attend -- the seminars that we**
18  **were discussing earlier, those are put on by**
19  **Herbalife?**
20      A.  Sometimes yes; sometimes no.  Sometimes by
21  independent distributors; sometimes by Herbalife.
22      **Q.  Do you have to pay when you attend a**
23  **Herbalife seminar?**
24      A.  Sometimes yes; sometimes no.
25      **Q.  I'm going to show you what was marked as**

1  **Defendant's Exhibit 18, and I believe that's your**
2  **business card or certainly was at some point.  Do**
3  **you recognize that?  I'm not going to testify what**
4  **it was, I'll let you.**
5      A.  Yeah.
6      **Q.  Can you just describe for the record what**
7  **that is?**
8      A.  That's my business card from the past.
9      **Q.  Has it changed?**
10      A.  Just the website on the bottom no longer
11  exists.  The numbers are correct.
12      **Q.  The website at the bottom is**
13  **globalhomebusiness.com?**
14      A.  Mm-hmm.
15      **Q.  What was that?**
16      A.  That was a website for business.
17      **Q.  For business?**
18      A.  For business.
19      **Q.  Were you employed by Global Home Business?**
20      A.  No.
21      **Q.  Did you have any relationship with them?**
22      A.  No.
23      **Q.  So why was their address on your business**
24  **card?**
25      A.  You've got to have a name for something,

1  don't you?  Don't you have a website of something?
2  Your company.
3      MR. McGOWEN:  Did that website provide any
4  services for you in connection with your
5  distributorship?
6      THE WITNESS:  At one time it did.
7      MR. McGOWEN:  So that's what he's getting
8  at.
9      THE WITNESS:  In terms of selling
10  products, no.
11      **Q.  (By Mr. Schonfeld)  What sort of services**
12  **did they provide to you?**
13      A.  For the business.
14      **Q.  What does that mean?  What did they do?**
15      A.  Well, there's a business and there's a
16  product side.  Business, which has nothing to do
17  with ephedra and green.
18      **Q.  In terms of -- I just don't know what that**
19  **term means.  "Business" is a very vague term.  What**
20  **sort of services or --**
21      A.  To attract people to the business.
22      **Q.  In terms of sales, marketing, that type of**
23  **thing?**
24      A.  Marketing.
25      **Q.  So if a customer of yours would have**

Page 38

1  visited that website, globalhomebusiness.com, would
2  they have seen anything about you on that website?
3       MR. McGOWEN:  I'm going to object to the
4  form of the question.  Again, you're asking a
5  hypothetical type of question.  Please ask him
6  specific fact questions.
7       MR. SCHONFELD:  I think you're nitpicking,
8  but I'll ask the same question a different way.
9       MR. McGOWEN:  And please avoid making
10  comments about me like that on the record.
11      MR. SCHONFELD:  Okay.  I apologize.
12      Q.  (By Mr. Schonfeld)  Was there any
13  reference to you or to your business on that
14  website, globalhomebusiness.com?
15      A.  I don't remember, because that's an old
16  site.
17      Q.  What's the name of -- you're self-employed
18  now, you said, right?
19      A.  Mm-hmm.
20      Q.  Does your business have a name?
21      A.  I'm Steve Peterson, independent
22  distributor.
23      Q.  So you're not incorporated or anything
24  like that?
25      A.  (Witness shakes head in the negative.)

Page 39

1       Q.  I apologize if I asked this before, but
2  how long have you been doing that?
3       MR. McGOWEN:  Doing what?
4       Q.  How long have you been an independent
5  distributor?  Twenty years, I think you said.
6       A.  About 20 years.
7       Q.  What sort of products do you distribute?
8       A.  Herbalife products.
9       Q.  Exclusively?
10      A.  Mm-hmm.  That's it.
11      Q.  Has that always been the case throughout
12  your 20 years as an independent distributor?
13      A.  That's correct.
14      Q.  Have you ever been deposed before?
15      A.  No, sir.
16      Q.  I previously showed you what was marked as
17  Defense Exhibit 3, which is the bottle from the
18  green tablet.
19      Did you play any role in determining the
20  warnings that were included on this label?
21      A.  The warnings are put on by the U.S.
22  government, not me.
23      MR. McGOWEN:  Let's just answer his
24  question.  Did you participate in formulating
25  the warning that is on the bottle?

Page 40

1       THE WITNESS:  No.
2       Q.  (By Mr. Schonfeld)  Now, you spoke before
3  about the green tablets and beige tablets and this
4  exhibit is the bottle for the green tablets.  Can
5  you just describe what the green tablets are?  I
6  know, obviously, they're green tablets, but --
7       MR. McGOWEN:  Can you repeat that
8  question, please?
9       (Thereupon, a portion of the record was
10  read by the reporter.)
11      MR. McGOWEN:  I'm just going to object to
12  form.  I honestly don't know what you're
13  getting at.
14      MR. SCHONFELD:  I was in the middle of the
15  sentence when you objected, so...
16      Q.  (By Mr. Schonfeld)  Let me ask you a
17  different question.  The green tablets and the beige
18  tablets, are they a weight loss supplement?  Is that
19  a fair statement?
20      A.  Yes.
21      Q.  Do they serve any other purpose?  Would
22  someone be taking them for a reason other than to
23  lose weight?
24      A.  No.
25      Q.  Those two tablets have to be taken

Page 41

1  together; is that correct?
2       A.  They should be, or they should have been.
3  They can't anymore.
4       Q.  Did the green and the beige tablets serve
5  different -- well, do they accomplish different
6  things within the body of the person who takes them?
7       MR. McGOWEN:  Don't speculate.  If you
8  know the answer to these questions, fine.  But
9  if you don't, don't guess or speculate.
10      A.  Not as a nutritionist, I can't answer that
11  question.
12      Q.  Do you know -- are there any risks
13  associated with taking the green without the beige?
14      A.  Not that I know of.
15      Q.  Does it decrease its usefulness if the
16  green is taken without the beige?
17      A.  I don't know.
18      Q.  How about if the beige is taken without
19  the green, are there any risks associated with
20  taking beige only without the green tablet?
21      A.  I don't know.
22      Q.  Do you know whether or not that would
23  decrease its usefulness as a weight loss product?
24      A.  I don't know.
25      Q.  You testified before about what was marked

Page 42

1  as Exhibit 1, and there were two orders on here,
2  5/15 and 7/17. I just want to go back to the 5/15
3  order for a moment. It says 3G and 2B, which you
4  said meant three bottles of green tablets and two
5  bottles of beige tablets, correct?
6      A. Mm-hmm.
7      Q. Approximately how long would that supply
8  last?
9          MR. McGOWEN: Depending on the dosage.
10     A. It depends upon what a person is using.
11 If he's taking three and one, it should last him, a
12 bottle -- a bottle about a month. Some people use
13 it faster, some people slower.
14     Q. One bottle would last a month or that --
15     A. The combination.
16     Q. So that would be a one-month supply?
17     A. That would probably be a two-month supply
18 there.
19     Q. Okay. I'm not following you.
20         MR. McGOWEN: You're saying that the
21 May 15 order would be a two-month supply?
22         THE WITNESS: Correct.
23         MR. McGOWEN: At what dosage, three and
24 one?
25         THE WITNESS: At three and one, correct.

Page 43

1      Q. (By Mr. Schonfeld) Meaning three green
2  and one beige, correct? When you say three and one
3  is that what you mean?
4      A. Yeah. How many tablets does it say it's
5  got on there?
6      Q. 120 tablets.
7      A. So you divide that by 30, what's that?
8  Four a day. So that's two a day. So one bottle
9  would last you a month. If he's taking more,
10 then --
11         MR. McGOWEN: One bottle would last a
12 month at what dosage?
13         THE WITNESS: At the dosage of two and
14 one.
15         MR. McGOWEN: Okay. So at two and one,
16 the order that he purchased on May 15 would be,
17 what, four months? Let's see. If he's got --
18 let's go off the record for a second.
19         (Discussion held off the record.)
20     Q. (By Mr. Schonfeld) So just to be clear,
21 if the customer was taking two green tablets and one
22 beige tablet twice a day, then one bottle would last
23 for one month; is that correct?
24     A. Correct.
25     Q. So then in the event that a person ordered

Page 44

1  three bottles' worth and he was taking two green and
2  one beige twice a day, that would be a three-month
3  supply; is that correct?
4      A. I'm sorry; say that again.
5          MR. SCHONFELD: Can we just stipulate to
6  that? I'll say it again.
7          MR. McGOWEN: And we should say that these
8  are approximates because, of course, a month
9  does not always have the same number of days,
10 but go ahead.
11     Q. (By Mr. Schonfeld) So on a regimen of two
12 and one -- I mean, two green and one beige twice a
13 day -- one bottle would last one month and,
14 obviously, three bottles would last three months,
15 approximately, correct?
16     A. Correct.
17     Q. Do you know how many tablets Mr. Singh was
18 taking per day?
19     A. No, I don't. He was in New York and I'm
20 in Miami.
21     Q. Did you instruct him as to how many
22 tablets would be appropriate for him to take?
23     A. Yes.
24     Q. What did you instruct him?
25     A. I told him what I tell all of my

Page 45

1  customers. To the best of my recollection, I don't
2  remember my exact conversation with him, but I said
3  to have two tablets in the morning and one -- two
4  and one, and two and one in the afternoon. I said
5  some people who like a little more energy, a little
6  more weight -- a little more appetite control, you
7  can take three and one, as it says on the label.
8  That's what I like. But I suggest you go with two
9  and one and see how it works for you. That's the
10 standard thing I do with all my customers.
11         MR. McGOWEN: Do you have a specific
12 recollection of telling Mr. Singh this or is
13 this just your custom and practice?
14         THE WITNESS: That's my custom and
15 practice. My exact conversation with
16 Mr. Singh, no.
17     Q. (By Mr. Schonfeld) Would you have noted
18 that anywhere on the document in front of you,
19 Exhibit 1, what dosage you told him would be
20 appropriate?
21     A. No.
22     Q. Did you ask Mr. Singh any questions about
23 his own health, his age, his weight, his medical
24 history, anything like that, in determining what
25 would be appropriate for him?

Page 46

1      A.  I don't remember.
2      Q.  Is that something that you do with other
3  customers?
4      A.  Yes.
5      Q.  So what sort of factors are you -- what
6  sort of questions would you ask as a general -- I'm
7  asking about your general practice, not with regards
8  to Mr. Singh specifically, but as general practice
9  when you're selling -- when you were selling the
10 green and the beige tablets, what sort of questions
11 did you ask about the person, the person's health or
12 medical history or anything else?
13     A.  Very simple questions, their eating
14 habits, why are you overweight.
15     Q.  I'm really focusing more specifically on
16 whether or not there was anything in a person's
17 personal history or the person's nature, whatever
18 you want to call it, that would play a role in your
19 deciding how many tablets are appropriate for
20 that person.  For example, if a person was older or
21 younger, heavier or lighter, would any of those
22 factors, or any other factor, play a role in what
23 the appropriate dosage would be?
24     A.  No, two and one.  Follow what it says on
25 the label.

Page 47

1      Q.  So turning to the label, it's
2  Defendant's 3 again for identification, and I'll
3  just come around and show it to you.
4          The top left side portion here says,
5  "Suggested serving:  Take one to three original
6  green tablets with one beige tablet twice a day at
7  ten a.m and four p.m."
8      A.  Mm-hmm.
9      Q.  Do you see that?
10     A.  Mm-hmm.
11     Q.  Yes?
12     A.  Yes.
13     Q.  Is there a reason that -- did you feel
14 that three tablets was not an appropriate amount?
15     A.  I like to start people on two and one.
16     Q.  What's the reason for that?
17     A.  Just a better way to start it.  It lasts
18 them longer.  And if they feel they want more
19 appetite control, more energy, they can go to three
20 and one.
21     Q.  What do you mean by it lasts them longer?
22     A.  Simple mathematics.
23     Q.  You mean the pills last longer.
24     A.  Tablets.
25     Q.  I'm sorry, I apologize.

Page 48

1      A.  That's two more a day, times 30, that's
2  60.  You use half the supply in a month.
3      Q.  Did you think that there was any
4  drawback -- aside from how long the tablets would
5  last, did you think there was any drawback to taking
6  three and one as opposed to two and one?
7          MR. McGOWEN:  Object to the form.  You can
8      answer if you thought there was any drawback.
9      A.  No.
10     Q.  So it was really just an economic decision
11 on your part?
12         MR. McGOWEN:  Object to the form.  He's
13     answered this and your question is not
14     restating his testimony exactly.
15     Q.  When you would sell the product -- I'll
16 ask specifically about Mr. Singh first.  When you
17 sold the product to Mr. Singh, did you ask him if he
18 was on any other medications?
19     A.  I don't remember.
20     Q.  Did you ask him about his medical history?
21     A.  I don't remember.
22     Q.  As a general practice when you sold the
23 green and the beige tablets, would you ask the
24 customers whether or not they were taking any
25 medications?

Page 49

1      A.  No.  The reason I say no --
2          MR. McGOWEN:  He'll ask you follow-up
3      questions.
4      Q.  Did you ask them about whether or not they
5  had any previous medical history?
6      A.  I'm not a doctor.
7      Q.  That's not my question.
8          MR. McGOWEN:  Right.  Just tell him what
9      your practice is or was at that time.
10     A.  So repeat the question.
11     Q.  Could you read the question back?
12         (Thereupon, a portion of the record was
13     read by the reporter.)
14     A.  I don't remember with Mr. Singh.
15     Q.  No, my question is not about Mr. Singh.
16 This is just a question.  Your general practice when
17 you sold the green and beige tablets, would you ask
18 the customer about whether or not they had any
19 medical history?
20     A.  In terms of what?
21     Q.  In terms of anything.  Was there any
22 questions you asked them regarding their medical
23 history?
24         MR. McGOWEN:  Whether they had had, you
25     know, cardiac problems in the past or any

Page 50

1    other --
2        A.   If a person is going to buy the green and
3    beige, I ask them if they have any high blood
4    pressure, any heart problems.
5        Q.   Is there anything else that you asked
6    about?
7        A.   Like I said before, I try to find out
8    about their eating habits and why are they
9    overweight.
10       Q.   But in terms of a medical condition or
11   medical --
12       A.   Along with that, you find out if they're a
13   diabetic, you find out if they have heart problems.
14   It all starts from questions on their eating habits.
15       Q.   And why would you ask if they had high
16   blood pressure?
17           MR. McGOWEN:   I'm going to object to the
18       form.  Again, it's too general a question.  If
19       you can specify what you're looking for.
20           MR. SCHONFELD:   Well, the witness just
21       testified that, among other things, he would
22       ask the customers whether or not they had high
23       blood pressure.  My question was why.  That's
24       too general a question?  I think that's a fair
25       question.

Page 51

1            MR. McGOWEN:   All right.  You asked him --
2        and this is a whole lot of explanation going on
3        the record unnecessarily, but you asked him
4        what he recalled speaking with Mr. Singh about,
5        you asked him what his custom and practice was.
6            So when you asked why would you do this,
7        you're asking him to speculate, essentially.
8        If you want to ask him about any specific
9        instance of doing that, that's a different
10       question.  So I'll leave it up to you now to
11       rephrase your question.
12           MR. SCHONFELD:   I don't think it's
13       necessary, but I'll rephrase it just to avoid
14       taking this any further than it has already
15       gone.
16       Q   (By Mr. Schonfeld)  If a potential
17   customer did have high blood pressure, would that
18   play any role in whether or not you would sell them
19   the product?
20           MR. McGOWEN:   Same objection, but you can
21       answer.
22       A.   I tell everybody.  If they tell me they've
23   got a heart problem, meaning high blood pressure,
24   meaning high cholesterol, generally high blood
25   pressure, then you don't want to have anything

Page 52

1    that's going to increase your energy, any more than
2    you should be drinking coffee.
3        Q.   Were you aware of any risks associated
4    with the green and the beige tablets that were
5    increased by the fact that a user had high blood
6    pressure?
7            MR. McGOWEN:   I'm going to object to form.
8        The witness has already told you he's not aware
9        of any risks associated with the product.  So
10       if you're asking him about risks being
11       increased, then that is mischaracterizing his
12       prior testimony.
13           MR. SCHONFELD:   Okay.  Well, if that's a
14       fair characterization of your previous
15       testimony, then I'll withdraw the question.  So
16       let me just --
17       Q.   (By Mr. Schonfeld)  Is that an accurate
18   statement of what you said before, you're not aware
19   of any risks associated with the green and the beige
20   tablets?
21           MR. McGOWEN:   Wait a minute.  He's
22       answered this question.  If you don't recall
23       what he said, then maybe you should get with
24       the reporter and go back over his testimony.
25       But these are very important questions and, you

Page 53

1    know, keep track of his answers.
2            MR. SCHONFELD:   Well, I'll let the record
3        reflect I'm allowing the witness the
4        opportunity to change that answer if he wants
5        to.  You're certainly entitled to object and
6        not allow him to, but the witness certainly has
7        the opportunity to change that answer if he
8        wants to, and we'll leave it at that.
9        Q.   (By Mr. Schonfeld)  Did you play any role
10   in the design of the green and the beige tablets?
11       A.   No.
12       Q.   Did you play any role in the manufacture
13   of the green and the beige tablets?
14       A.   No.
15       Q.   Did you ever read any studies conducted in
16   relation to the safety of green and beige tablets?
17       A.   No.
18       Q.   Did you ever read any studies that related
19   to whether or not the green and beige tablets
20   actually worked to accomplish weight loss?
21       A.   No.
22       Q.   The time frame and the volume of the
23   orders that are listed on that card, Plaintiff's
24   Exhibit 1, are you able to discern one way or the
25   other whether or not -- based on the size of the

Page 54

1 previous order and the date of the subsequent order,
2 are you able to determine one way or the other
3 whether or not the product was used in accordance
4 with the two and one dosage that you recommended?
5       MR. McGOWEN:  I'm going to object.  You're
6 asking him to tell you what Mr. Singh's dosage
7 was based upon these two orders; is that
8 correct?
9       MR. SCHONFELD:  No.
10      Q.  (By Mr. Schonfeld)  I'm asking whether or
11 not the timing and the volume of the orders are
12 consistent or ar -- whether you're able to determine
13 one way or the other whether or not the order --
14 specifically the first order, because we don't know
15 what happened after the second order.  At least on
16 the card, it's not indicated, so let's focus on the
17 first order.
18      Based on the time, the date, and the
19 amount of order in the first order and the time the
20 second order was filled, are you able to determine
21 one way or the other whether or not that first order
22 was used in accordance with the two and one
23 recommendation that you made?
24      And let me just explain the question
25 further, so you understand what I'm getting at.  For

Page 55

1 example, if you sold him a three-month supply and he
2 called back two weeks later and said, I'm all out, I
3 need more, that would seem to indicate that it was
4 used excessively.
5       MR. McGOWEN:  All right.  I'm going to
6 object and I'm going to tell this witness that
7 he should not speculate on what Mr. Singh's
8 dosage was based upon these two orders that are
9 listed on this card.
10      MR. SCHONFELD:  I'm not asking him to do
11 that.  He testified previously what Mr. Singh's
12 dosage was.  He said he recommended two and
13 one.  My question is --
14      MR. McGOWEN:  He has told you how long a
15 bottle would last based upon a dosage of two
16 green and one beige.
17      Now, beyond that, he cannot -- beyond that
18 would be speculating on what Mr. Singh took or
19 what his dosage was, and I'm not going to let
20 this witness do that.  Mr. Singh can tell you
21 what his dosage was.
22      MR. SCHONFELD:  I'm not asking him what
23 his dosage was.
24      MR. McGOWEN:  I know that's not your exact
25 question, but he's already told you how long a

Page 56

1      bottle lasts at a particular dosage.  So...
2      Q.  (By Mr. Schonfeld)  Did you have any
3 conversations with Mr. Singh at times other than
4 when he was calling to fill an order?
5      A.  Not that I remember.
6      Q.  When did the green and the beige tablets
7 stop being sold?
8      A.  I don't remember exactly.
9      Q.  Did you play any role at all in the
10 decision to take them off the market?
11      A.  No.
12      Q.  Other than Mr. Singh, did you have any
13 customers that claimed to have been injured as a
14 result of using the green and the beige tablets?
15      A.  No.
16      MR. SCHONFELD:  Well, the deposition was
17 shorter than I thought it was going to take,
18 but that's all I have.
19      MR. McGOWEN:  I don't have any questions.
20
21      (Thereupon, the deposition was concluded
22 at or about 2:34 p.m.)
23
24      _____
25      STEVE PETERSON

Page 57

1
2 THE STATE OF FLORIDA)
3 COUNTY OF DADE      )
4
5      I, the undersigned authority, certify that
6 the aforementioned witness personally appeared
7 before me and was duly sworn.
8
9      WITNESS my hand and official seal this 7th
10 day of December 2006.
11
12
13
14
15
16
17              _____
              JODY L. WARREN, RPR
18            Notary Public - State of Florida
              My Commission Expires: 02/28/07
19            My Commission No.: DD184704
20
21
22
23
24
25

Page 58

```
1        C E R T I F I C A T E
2
3  THE STATE OF FLORIDA)
4  COUNTY OF DADE    )
5
       I, Jody L. Warren, Registered Professional
6  Reporter, State of Florida at large, do hereby
   certify that I was authorized to and did report said
7  deposition in stenotype; and that the foregoing
   pages, numbered from 1 to 58, inclusive, are a true
8  and correct transcription of my shorthand notes of
   said deposition.
9
       I further certify that said deposition was
10 taken at the time and place hereinabove set forth
   and that the taking of said deposition was commenced
11 and completed as hereinabove set out.
12     I further certify that I am not attorney
   or counsel of any of the parties, nor am I a
13 relative or employee of any attorney or counsel of
   party connected with the action, nor am I
14 financially interested in the action.
15     The foregoing certification of this
   transcript does not apply to any reproduction of the
16 same by any means unless under the direct control
   and/or direction of the certifying reporter.
17
       IN WITNESS WHEREOF, I have hereunto set my
18 hand this 7th day of December, 2006.
19
20
21
22     _____
       JODY L. WARREN, RPR
23     Notary Public - State of Florida
       My Commission Expires: 02/28/07
24     My Commission No.:  DD184704
25
```

TSG Reporting - Worldwide    877-702-9580

Page 59

```
1        C E R T I F I C A T E
2            - - -
3
4  THE STATE OF FLORIDA)
5  COUNTY OF        )
6
7      I hereby certify that I have read the
8  foregoing deposition by me given, and that the
9  statements contained herein are true and correct to
10 the best of my knowledge and belief, with the
11 exception of any corrections or notations made on
12 the errata sheet, if one was executed.
13
14     Dated this ____ day of _____,
15 2006.
16
17
18
19
20 _____
   STEVE PETERSON
21
22
23
24
25
```

TSG Reporting - Worldwide    877-702-9580

Page 60

```
1        E R R A T A   S H E E T
2  IN RE:  Singh vs. Herbalife
3  DEPOSITION OF:  STEVE PETERSON
4  TAKEN:  12/5/06
5    DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
6  PAGE # LINE #  CHANGE        REASON
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 Please forward the original signed errata sheet to
   this office so that copies may be distributed to all
18 parties.
19 Under penalty of perjury, I declare that I have read
   my deposition and that it is true and correct
20 subject to  any changes in form or substance
   entered here.
21
22 DATE: _____
23
   SIGNATURE OF
24 DEPONENT:_____
25
```

TSG Reporting - Worldwide    877-702-9580

**A**

**able (6)**
25:22 29:21 53:24
54:2,12,20
**Absolutely (2)**
14:13 17:1
**abuse (1)**
29:8
**acceptable (1)**
31:4
**accommodate (1)**
6:9
**accomplish (4)**
19:18,19 41:5 53:20
**accurate (1)**
52:17
**action (3)**
5:16 58:13,14
**additional (1)**
13:7
**address (7)**
7:1,4 9:3,8 10:6 19:17
36:23
**addressed (1)**
19:3
**administration (1)**
15:3
**affirmed (1)**
5:10
**aforementioned (1)**
57:6
**afternoon (3)**
5:14 14:3 45:4
**age (1)**
45:23
**ages (1)**
13:14
**ago (4)**
16:24 35:1,1,2
**ahead (1)**
44:10
**al (2)**
1:7,8
**allegedly (1)**
29:17
**allow (1)**
53:6
**allowing (2)**
29:13 53:3
**ambiguity (1)**
6:6
**amount (2)**
47:14 54:19
**and/or (1)**
58:16
**annual (7)**
33:19,24,25 34:1,4,14
34:15

**answer (26)**
5:19 6:11 12:1,2 13:1
16:8 19:15 25:22,25
26:3 29:15,21 30:2
30:15,22 31:2,4,16
31:17 39:23 41:8,10
48:8 51:21 53:4,7
**answered (3)**
13:2 48:13 52:22
**answers (2)**
18:3 53:1
**anybody (2)**
24:23 31:2
**anymore (1)**
41:3
**apart (1)**
11:18
**apologize (3)**
38:11 39:1 47:25
**appeared (1)**
57:6
**appetite (2)**
45:6 47:19
**apply (1)**
58:15
**appropriate (6)**
44:22 45:20,25 46:19
46:23 47:14
**approximately (2)**
42:7 44:15
**approximates (1)**
44:8
**ar (1)**
54:12
**Arizona (1)**
15:3
**aside (3)**
7:24 34:4 48:4
**asked (8)**
23:22 39:1 49:22 50:5
51:1,3,5,6
**asking (28)**
15:14 16:7 17:19 19:8
19:11 22:21 23:16
23:25 25:23 27:7
29:4,18 30:7,25
31:7,10,12,14,15
32:20 38:4 46:7
51:7 52:10 54:6,10
55:10,22
**aspects (2)**
19:6 20:13
**associated (11)**
24:21 28:15,22 29:9
30:1,13 41:13,19
52:3,9,19
**attend (9)**
15:25 16:9,11,19,25
20:16 34:8 35:17,22

**attended (5)**
20:7 22:3 33:4 34:22
35:3
**attending (6)**
15:9,21 16:13,22
26:18 30:11
**attention (1)**
13:18
**attorney (4)**
14:17,19 58:12,13
**Attorneys (2)**
3:4,11
**attract (1)**
37:21
**authority (1)**
57:5
**authorized (1)**
58:6
**Aventura (1)**
1:14
**Avenue (1)**
3:12
**avoid (3)**
5:20 38:9 51:13
**aware (3)**
52:3,8,18
**a.m (1)**
47:7

**B**

**B (1)**
4:8
**back (12)**
11:13 19:13 20:4
23:23 26:21 27:1
31:18 32:1 42:2
49:11 52:24 55:2
**background (2)**
15:2,15
**ballpark (1)**
16:5
**based (5)**
53:25 54:7,18 55:8,15
**basic (3)**
18:1,1 22:14
**basically (1)**
25:14
**basics (2)**
17:7,16
**began (1)**
19:22
**begins (1)**
10:10
**beige (42)**
10:17 11:2,7 22:8,23
23:8 24:9,17,22
27:9,15,25 28:10,16
28:20 34:24 40:3,17

41:4,13,16,18,20
42:5 43:2,22 44:2
44:12 46:10 47:6
48:23 49:17 50:3
52:4,19 53:10,13,16
53:19 55:16 56:6,14
**beiges (2)**
10:13,14
**belief (2)**
12:11 59:10
**believe (4)**
9:23 12:7,21 36:1
**benefits (2)**
22:1 24:4
**best (8)**
9:23 13:20 21:17,23
22:19,20 45:1 59:10
**better (2)**
22:4 47:17
**beyond (3)**
32:20 55:17,17
**biannual (2)**
33:19 34:3
**birthdays (1)**
13:14
**bit (3)**
19:4 22:4 24:4
**blood (7)**
50:3,16,23 51:17,23
51:24 52:5
**body (2)**
23:13 41:6
**bottle (13)**
10:21 39:17,25 40:4
42:12,12,14 43:8,11
43:22 44:13 55:15
56:1
**bottles (6)**
11:8,10 42:4,5 44:1
44:14
**bottom (4)**
10:7,2 36:10,12
**break (3)**
6:8 27:3 28:12
**brief (2)**
27:4 28:14
**bring (1)**
7:6
**broad (2)**
19:5,15
**broadened (1)**
24:4
**brought (2)**
7:9,25
**BS (1)**
15:3
**burn (1)**
24:17

**41:4,13,16,18,20**
(see beige column)

**business (21)**
12:14 15:3 17:2,7,8
17:16 26:13 36:2,8
36:16,17,18,19,23
37:13,15,16,19,21
38:13,20
**buy (1)**
50:2

**C**

**C (6)**
3:1 5:1 58:1,1 59:1,1
**call (3)**
9:12 33:2 46:18
**called (2)**
17:25 55:2
**calling (1)**
56:4
**calories (1)**
24:18
**card (24)**
4:10 7:10,22 8:19
9:12,12,13 11:15,19
11:21 12:9,12,15,16
13:3,8,17 14:7 36:2
36:8,24 53:23 54:16
55:9
**cardiac (1)**
49:25
**care (6)**
4:10 7:18 8:22,22
14:6,11
**carries (1)**
29:5
**case (3)**
9:3 29:8 39:11
**cause (1)**
5:6
**causes (1)**
20:24
**Cell-U-Loss (1)**
27:12
**certain (2)**
25:16 29:6
**certainly (6)**
6:9,9 30:1 36:2 53:5,6
**certificates (1)**
15:9
**certification (1)**
58:15
**certify (5)**
57:5 58:6,9,12 59:7
**certifying (1)**
58:16
**change (3)**
53:4,7 60:6
**changed (1)**
36:9

**changes (3)**
25:25 60:5,20
**characterization (1)**
52:14
**charged (1)**
12:17
**check (3)**
24:24 25:6 33:22
**children's (1)**
13:14
**cholesterol (1)**
51:24
**claimed (1)**
56:13
**clarify (2)**
11:13 30:24
**clear (2)**
31:6 43:20
**coffee (2)**
28:13 52:2
**college (1)**
15:17
**combination (1)**
42:15
**come (3)**
8:13 23:2 47:3
**comes (1)**
18:11
**coming (2)**
25:14,15
**commenced (1)**
58:10
**comments (2)**
10:8 38:10
**Commission (4)**
57:18,19 58:23,24
**communications (2)**
1:8 14:18
**company (5)**
16:10 22:12 26:13
  33:22 37:2
**complement (6)**
22:9,14,16 24:9,12,13
**completed (1)**
58:11
**computer (1)**
8:6
**concerns (2)**
25:7,8
**concluded (1)**
56:21
**condition (2)**
29:8 50:10
**conducted (3)**
16:18 26:15 53:15
**conference (3)**
34:12,13,23
**conferences (2)**

34:11,18
**conjunction (1)**
22:18
**connected (1)**
58:13
**connection (1)**
37:4
**consistent (1)**
54:12
**consists (1)**
22:10
**consumers (1)**
30:13
**contained (1)**
59:9
**continues (1)**
12:14
**control (3)**
45:6 47:19 58:16
**conversation (2)**
45:2,15
**conversations (1)**
56:3
**copies (1)**
60:17
**corner (1)**
13:24
**correct (31)**
6:25 7:20,20 9:22
  10:23,24 11:17 13:5
  13:16,17 16:20 24:2
  30:6 33:6 34:20
  36:11 39:13 41:1
  42:5,22,25 43:2,23
  43:24 44:3,15,16
  54:8 58:8 59:9
  60:19
**corrections (1)**
59:11
**correctly (1)**
7:19
**counsel (2)**
58:12,13
**count (1)**
16:2
**countries (1)**
34:5
**COUNTY (3)**
57:3 58:4 59:5
**couple (1)**
5:18
**course (1)**
44:8
**court (2)**
1:2 5:22
**covered (4)**
17:3,23 20:14 29:11
**create (1)**

19:13
**credit (2)**
12:15,16
**CROSS (1)**
4:3
**current (2)**
7:1 35:12
**curriculum (2)**
19:12,13
**custom (4)**
32:19 45:13,14 51:5
**customer (11)**
4:10 7:18 8:22,25 9:6
  10:9 18:4 37:25
  43:21 49:18 51:17
**customers (8)**
9:25 25:11 45:1,10
  46:3 48:24 50:22
  56:13

_____

### D

**D (3)**
3:7 4:2 5:1
**DADE (2)**
57:3 58:4
**database (1)**
8:6
**date (4)**
10:12 54:1,18 60:22
**Dated (1)**
59:14
**day (12)**
8:22 43:8,8,22 44:2
  44:13,18 47:6 48:1
  57:10 58:18 59:14
**days (1)**
44:9
**DD184704 (2)**
57:19 58:24
**dealing (1)**
26:12
**December (4)**
1:15 2:3 57:10 58:18
**deciding (1)**
46:19
**decision (2)**
48:10 56:10
**declare (1)**
60:19
**decrease (2)**
41:15,23
**Defendants (1)**
3:11
**Defendant's (3)**
10:21 36:1 47:2
**Defense (1)**
39:17
**define (2)**

19:4 22:4
**degree (3)**
20:5,9,10
**delivered (1)**
14:3
**Depending (1)**
42:9
**depends (1)**
42:10
**DEPONENT (1)**
60:24
**deposed (1)**
39:14
**deposition (15)**
1:13 2:8 5:3,17 7:7
  14:20 56:16,21 58:7
  58:8,9,10 59:8 60:3
  60:19
**Dermajetics (3)**
7:18 8:21 14:5
**describe (2)**
8:18 36:6 40:5
**design (1)**
53:10
**determine (3)**
54:2,12,20
**determining (2)**
39:19 45:24
**diabetic (1)**
50:13
**diet (2)**
21:18,19
**difference (1)**
32:3
**different (12)**
16:8 26:7,10,16,24,24
  34:12 38:8 40:17
  41:5,5 51:9
**difficult (2)**
16:7 19:14
**difficulties (1)**
21:6
**direct (4)**
4:3 5:12 27:19 58:16
**direction (1)**
58:16
**directly (1)**
24:25
**disagree (1)**
32:22
**discern (1)**
53:24
**discontinued (2)**
26:10 35:1
**discount (1)**
11:3
**discuss (2)**
20:24 29:25

**discussed (19)**
22:2,7 23:20,25 24:5
  26:2 27:16,21 28:1
  28:5,16,17,23 29:5
  29:23 30:5,8,10
  34:24
**discussing (2)**
29:11 35:18
**discussion (2)**
28:21 43:19
**discussions (1)**
24:20
**distribute (1)**
39:7
**distributed (2)**
20:18 60:17
**distributor (6)**
18:3 31:24 35:14
  38:22 39:5,12
**distributors (5)**
16:21 17:13 23:3
  30:19 35:21
**distributorship (1)**
37:5
**DISTRICT (2)**
1:2,3
**divide (1)**
43:7
**doctor (3)**
18:10 25:6 49:6
**doctors (7)**
18:16,18,22 20:8 23:2
  25:16 33:9
**document (6)**
8:12 9:2,13,20 10:8
  45:18
**documents (3)**
7:6 8:2 20:18
**doing (4)**
5:23 39:2,3 51:9
**dosage (16)**
28:9 42:9,23 43:12,13
  45:19 46:23 54:4,6
  55:8,12,15,19,21,23
  56:1
**dosages (1)**
28:9
**Dr (3)**
18:10,11,11
**drawback (3)**
48:4,5,8
**drink (1)**
22:11
**drinking (1)**
52:2
**drug (1)**
23:5
**drugs (1)**

23:6
**duly (2)**
5:10 57:7

_____
**E**

**E (13)**
3:1,1 4:2,8 5:1,1 58:1
58:1 59:1,1 60:1,1,1
**earlier (2)**
13:15 35:18
**easier (1)**
8:16
**East (1)**
3:5
**eating (3)**
46:13 50:8,14
**economic (1)**
48:10
**education (2)**
15:8,13
**educational (2)**
15:2,15
**effects (2)**
24:21 29:7
**efficacy (1)**
27:25
**Either (1)**
17:12
**electronic (1)**
8:9
**employed (1)**
36:19
**employee (2)**
35:16 58:13
**employer (1)**
35:12
**energy (5)**
24:18 25:5 45:5 47:19
52:1
**ENTER (1)**
60:5
**entered (1)**
60:20
**entering (1)**
17:7
**entitled (1)**
53:5
**entry (1)**
13:13
**ephedra (10)**
1:4 22:1,5,6 23:19,25
24:5,16 26:1 37:17
**errata (2)**
59:12 60:17
**ESQ (2)**
3:7,14
**essentially (2)**
13:2 51:7

**et (2)**
1:7,8
**event (3)**
34:1,9 43:25
**events (4)**
34:3,3,6,7
**everybody (1)**
51:22
**exact (4)**
24:7 45:2,15 55:24
**exactly (5)**
26:23 27:1 33:21
48:14 56:8
**EXAMINATION (1)**
5:12
**examined (1)**
5:11
**example (3)**
20:23 46:20 55:1
**exception (1)**
59:11
**excessively (1)**
55:4
**Exclusively (1)**
39:9
**executed (1)**
59:12
**exhibit (11)**
4:10,12 7:14,17 10:21
36:1 39:17 40:4
42:1 45:19 53:24
**exist (1)**
28:25
**exists (3)**
14:7 29:10 36:11
**expert (2)**
35:6,9
**Expires (2)**
57:18 58:23
**explain (2)**
24:11 54:24
**explained (1)**
28:8
**explanation (1)**
51:2
**extent (2)**
28:25 29:9

_____
**F**

**F (2)**
58:1 59:1
**fact (4)**
28:4 32:16 38:6 52:5
**factor (1)**
46:22
**factors (2)**
46:5,22
**fair (5)**

23:4 29:24 40:19
50:24 52:14
**fairly (1)**
10:4
**far (4)**
11:4 24:25 28:11 33:3
**faster (2)**
24:18 42:13
**feel (4)**
6:6 26:4 47:13,18
**files (1)**
8:7
**filing (1)**
13:19
**fill (4)**
9:11,12 11:14 56:4
**filled (2)**
9:21 54:20
**filling (1)**
10:2
**financially (1)**
58:14
**find (3)**
50:7,12,13
**fine (1)**
41:8
**finished (1)**
15:16
**first (15)**
5:10,19 9:7,21 10:9
12:23 16:13,22
18:21 24:24 48:16
54:14,17,19,21
**fixed (3)**
33:18,21,21
**Flagler (1)**
2:10
**Florida (11)**
1:14 2:11,14 5:5 7:3
57:2,18 58:3,6,23
59:4
**focus (4)**
17:22 18:21 19:21
54:16
**focusing (2)**
25:20 46:15
**Follow (1)**
46:24
**following (1)**
42:19
**follows (1)**
5:11
**follow-up (1)**
49:2
**foregoing (3)**
58:7,15 59:8
**forget (1)**
6:12

**form (10)**
12:1 13:1 31:24 38:4
40:12 48:7,12 50:18
52:7 60:20
**formal (1)**
15:8
**Formula (6)**
21:16,20 22:10,10
27:12,12
**formulating (1)**
39:24
**forth (1)**
58:10
**forward (1)**
60:17
**foundation (1)**
22:12
**four (5)**
14:8 26:14 43:8,17
47:7
**frame (1)**
53:22
**frankly (1)**
31:7
**FREDERICK (1)**
3:14
**free (2)**
6:6 26:4
**frequent (1)**
25:17
**front (2)**
10:17 45:18
**full (1)**
6:22
**further (5)**
19:4 51:14 54:25 58:9
58:12

_____
**G**

**G (1)**
5:1
**general (17)**
8:17 9:6,24 12:4
15:14 28:19,20
29:25 30:25 32:14
46:6,7,8 48:22
49:16 50:18,24
**generally (8)**
9:7,9,18 15:14 18:2
29:19 32:10 51:24
**gesture (1)**
5:24
**getting (3)**
37:7 40:13 54:25
**give (2)**
16:3 21:2
**given (4)**
19:17 20:17 30:19

59:8
**gives (2)**
24:18 25:5
**Global (1)**
36:19
**globalhomebusines...**
36:13 38:1,14
**go (16)**
10:5 11:13 13:23 20:4
23:23 26:21 31:18
32:25 34:6,9 42:2
43:18 44:10 45:8
47:19 52:24
**goal (1)**
25:11
**goes (3)**
10:17 11:4 18:1
**going (31)**
5:23 6:13 10:5 11:25
12:25 14:17 15:1
16:5 18:20 21:1
25:13 26:22 27:18
30:8,22 32:10,12
35:25 36:3 38:3
40:11 50:2,17 51:2
52:1,7 54:5 55:5,6
55:19 56:17
**good (4)**
5:14 6:1 11:3 13:10
**GOODWIN (1)**
3:10
**government (2)**
29:12 39:22
**graduate (2)**
15:6,11
**green (50)**
8:20 10:23,24 11:1,6
22:8,22 23:8 24:9
24:17,21 27:9,14,24
28:16,20 30:5,9
34:24 37:17 39:18
40:3,4,5,6,17 41:4
41:13,16,19,20 42:4
43:1,21 44:1,12
46:10 47:6 48:23
49:17 50:2 52:4,19
53:10,13,16,19
55:16 56:6,14
**greens (4)**
10:13,14,16 28:9
**guess (2)**
31:5 41:9

_____
**H**

**H (2)**
4:8 60:1
**habits (3)**
46:14 50:8,14
**half (1)**

48:2
**hand (2)**
57:9 58:18
**handout (1)**
20:19
**happen (6)**
26:15 31:25 32:5,6,11
33:20
**happened (4)**
26:14 30:18 32:9
54:15
**happening (1)**
32:8
**happy (1)**
6:7
**Harbir (1)**
1:7
**head (2)**
5:21 38:25
**health (3)**
29:6 45:23 46:11
**hearing (1)**
31:23
**heart (5)**
24:23 25:6 50:4,13
51:23
**heavier (1)**
46:21
**held (3)**
2:8 4:12 43:19
**help (1)**
30:9
**helpful (2)**
21:25 24:12
**helps (1)**
24:17
**Herbal (2)**
10:22 15:12
**Herbalife (15)**
1:7 10:22 14:7,9
15:21 16:1 33:23
35:14,15,16,19,21
35:23 39:8 60:2
**hereinabove (2)**
58:10,11
**hereunto (1)**
58:17
**He'll (1)**
49:2
**high (8)**
50:3,15,22 51:17,23
51:24,24 52:5
**history (7)**
45:24 46:12,17 48:20
49:5,19,23
**hold (3)**
16:6 29:14,14
**Home (1)**

36:19
**honestly (1)**
40:12
**hypothetical (1)**
38:5

_____
### I
**identification (2)**
7:15 47:2
**implying (1)**
31:11
**importance (1)**
21:18
**important (3)**
21:20 32:23 52:25
**included (1)**
39:20
**inclusive (1)**
58:7
**incorporated (1)**
38:23
**incorrect (1)**
26:4
**increase (1)**
52:1
**increased (2)**
52:5,11
**independent (6)**
18:24 35:13,21 38:21
39:4,12
**indicate (1)**
55:3
**indicated (2)**
13:15 54:16
**individuals (1)**
25:12
**information (18)**
7:22 8:23,25 9:1,6,9
10:9 13:16,18 17:3
17:14 20:17 25:10
25:12,15 27:16
30:12 33:17
**injured (1)**
56:13
**instance (1)**
51:9
**instruct (2)**
44:21,24
**instructed (2)**
30:12 31:23
**instruction (1)**
31:24
**instructions (2)**
5:19 30:20
**intention (1)**
11:22
**interacts (1)**
23:13

**interested (1)**
58:14
**International (2)**
1:8 35:14
**interrupt (1)**
30:4
**interval (2)**
34:12,13
**intervals (2)**
33:18 34:19
**investigated (1)**
21:22
**issue (1)**
19:2
**item (1)**
7:24

_____
### J
**job (2)**
1:21 17:1
**Jody (6)**
1:20 2:12 5:3 57:17
58:5,22

_____
### K
**Katzin (1)**
18:11
**keep (2)**
8:9 53:1
**keeping (1)**
25:21
**kick (1)**
13:21
**kind (1)**
19:20
**know (33)**
5:21 6:9 15:10 16:5
20:13 21:7 22:22
24:8 25:25 27:2,22
28:11,18 29:22 31:3
31:16 32:10,11
37:18 40:6,12 41:8
41:12,14,17,21,22
41:24 44:17 49:25
53:1 54:14 55:24
**knowledge (6)**
9:23 11:4 12:10 31:15
33:23 59:10
**knows (1)**
32:5

_____
### L
**L (6)**
1:20 2:12 5:3 57:17
58:5,22
**label (6)**
24:25 28:11 39:20
45:7 46:25 47:1

**large (5)**
5:5 11:12 16:10 18:25
58:6
**larger (2)**
25:16,22
**lasts (3)**
47:17,21 56:1
**late (1)**
14:4
**leave (2)**
51:10 53:8
**lecture (2)**
18:23 34:23
**lectures (2)**
27:8 33:4
**left (1)**
47:4
**left-hand (1)**
10:7
**legitimate (1)**
31:17
**let's (13)**
9:12 16:12 20:22 21:3
22:23 23:23 26:21
27:3 28:12 39:23
43:17,18 54:16
**levels (2)**
16:8 26:25
**Lexington (1)**
3:12
**LIABILITY (1)**
1:4
**lighter (1)**
46:21
**limited (1)**
28:19
**line (4)**
10:9,25 14:11 60:6
**listed (3)**
33:4 53:23 55:9
**LITIGATION (1)**
1:5
**little (5)**
19:4 22:4 45:5,5,6
**Lloyd (1)**
6:23
**LLP (2)**
3:3,10
**long (10)**
6:10 7:4 16:13 26:21
39:2,4 42:7 48:4
55:14,25
**longer (5)**
14:6 36:10 47:18,21
47:23
**long-winded (1)**
23:16
**look (2)**

8:11 33:14
**looked (2)**
8:5 25:1
**looking (3)**
9:20 20:9 50:19
**lose (2)**
20:25 40:23
**loss (10)**
8:20 20:22 22:5,7
28:1,5 35:4 40:18
41:23 53:20
**lost (2)**
23:17,17
**lot (4)**
20:17 30:23 34:5 51:2
**Luigi (1)**
18:11
**L''s (1)**
6:24

_____
### M
**major (1)**
27:13
**making (1)**
38:9
**management (1)**
35:4
**manufacture (1)**
53:12
**mark (1)**
7:13
**marked (6)**
7:14,17 10:20 35:25
39:16 41:25
**market (2)**
22:13 56:10
**marketing (2)**
37:22,24
**Mastercard (2)**
11:5 13:16
**materials (1)**
23:15
**mathematics (1)**
47:22
**matter (1)**
19:16
**McCARTNEY (1)**
3:3
**McGOWEN (69)**
3:14 4:12 6:12,17 7:9
8:15 11:19,25 12:7
12:18,25 13:6,10
18:5 19:9,20 21:1
23:18,23 24:3 25:13
27:3,18 28:12 29:14
30:3,7,15 31:9,18
31:22 32:6,15 33:15
33:24 34:10,17,21

37:3,7 38:3,9 39:3
39:23 40:7,11 41:7
42:9,20,23 43:11,15
44:7 45:11 48:7,12
49:2,8,24 50:17
51:1,20 52:7,21
54:5 55:5,14,24
56:19
**mean (11)**
11:23 13:25 16:3
18:18 20:2 28:9
37:14 43:3 44:12
47:21,23
**meaning (3)**
43:1 51:23,24
**means (4)**
10:11,12 37:19 58:16
**meant (2)**
11:20 42:4
**mechanism (1)**
22:6
**medical (8)**
45:23 46:12 48:20
49:5,19,22 50:10,11
**medications (2)**
48:18,25
**mentioned (2)**
18:23 23:14
**method (1)**
19:17
**Miami (3)**
2:10 7:3 44:20
**middle (1)**
40:14
**mind (2)**
11:14 14:2
**mineral (1)**
22:11
**minute (1)**
52:21
**mischaracterizing (1)**
52:11
**misunderstand (1)**
26:19
**misunderstood (1)**
26:20
**mm-hmm (9)**
33:7,10 34:16 36:14
38:19 39:10 42:6
47:8,10
**moment (3)**
7:23 17:22 42:3
**month (11)**
16:5,17,19 42:12,14
43:9,12,23 44:8,13
48:2
**monthly (15)**
16:9,12,14,23 18:25
19:3,7 20:14 26:2,8

26:18,22,25 27:6
34:11
**months (4)**
7:5 11:18 43:17 44:14
**morning (1)**
45:3
**motivational (1)**
33:16

**N**

**N (3)**
3:1 4:2 5:1
**name (8)**
5:14 6:22 9:8 10:6
33:8 36:25 38:17,20
**names (2)**
13:14 33:5
**nature (2)**
18:18 46:17
**necessary (1)**
51:13
**need (4)**
6:8 21:2 28:10 55:3
**needs (2)**
17:17 31:25
**negative (1)**
38:25
**Network (1)**
2:9
**Never (1)**
9:16
**new (16)**
1:3 3:6,6,13,13 11:14
16:21 17:7,10,17
18:2 21:15 25:10
30:11,19 44:19
**nitpicking (1)**
38:7
**nod (1)**
6:2
**normal (1)**
20:20
**Normally (1)**
20:21
**Notary (4)**
2:13 5:4 57:18 58:23
**notations (1)**
59:11
**noted (1)**
45:17
**notes (2)**
19:14 58:8
**Notice (1)**
2:11
**number (7)**
11:8,8,9,10 14:8 33:5
44:9
**numbered (1)**

58:7
**numbers (1)**
36:11
**nutrition (17)**
15:18 17:19,23 18:8,9
18:13,15 19:3,6,24
20:2,6,7,11,14
21:19,23
**nutritional (6)**
22:9,11,15 23:12
24:10 28:7
**nutritionist (1)**
41:10

**O**

**O (1)**
5:1
**object (13)**
11:25 12:25 21:1
25:13 38:3 40:11
48:7,12 50:17 52:7
53:5 54:5 55:6
**objected (1)**
40:15
**objection (1)**
51:20
**obviously (6)**
5:16,23 14:17 17:10
40:6 44:14
**occasionally (1)**
9:16
**occasions (2)**
11:24 19:1
**occur (2)**
29:7 33:18
**office (1)**
60:17
**offices (1)**
2:9
**official (1)**
57:9
**okay (28)**
5:25 6:3,19 7:12,16
7:21,23 8:13 9:1,11
9:20 11:6 14:23
15:22 16:3,12,18
17:18 21:25 22:21
23:21 26:17,21
34:21 38:11 42:19
43:15 52:13
**old (2)**
14:8 38:15
**older (1)**
46:20
**old-fashioned (1)**
13:22
**Once (1)**
16:4

**ones (3)**
8:24 18:25,25
**one-month (1)**
42:16
**opportunity (2)**
53:4,7
**opposed (1)**
48:6
**order (22)**
9:5,7,10,14 10:1,2
11:15,16 42:3,21
43:16 54:1,1,13,14
54:15,17,19,19,20
54:21 56:4
**ordered (4)**
10:13 11:1 29:16
43:25
**ordering (1)**
11:12
**orders (6)**
11:18 42:1 53:23 54:7
54:11 55:8
**organization (1)**
17:13
**original (12)**
4:12 10:23,24 11:16
11:19,21 23:24 24:9
24:13 30:5 47:5
60:17
**originally (1)**
24:3
**overweight (2)**
46:14 50:9

**P**

**P (3)**
3:1,1 5:1
**PAGE (1)**
60:6
**pages (1)**
58:7
**paid (2)**
10:13 11:3
**pamphlet (1)**
20:20
**paper (2)**
8:7,8
**part (2)**
20:19 48:11
**participate (1)**
39:24
**particular (6)**
21:3 27:22 29:17
30:20 34:18 56:1
**parties (2)**
58:12 60:18
**party (1)**
58:13

**pay (2)**
13:18 35:22
**penalty (1)**
60:19
**people (12)**
20:25 24:18,18 25:10
28:6 30:11 33:17
37:21 42:12,13 45:5
47:15
**percent (1)**
12:20
**perfectly (2)**
31:4,16
**period (1)**
26:18
**perjury (1)**
60:19
**person (7)**
12:13 17:7,10,17 41:6
42:10 43:25 46:11
46:20,20 50:2
**personal (1)**
46:17
**personally (1)**
57:6
**person's (3)**
46:11,16,17
**Pertains (1)**
1:6
**pertinent (1)**
9:8
**Peterson (12)**
1:13 2:8 4:4 5:9,14
6:13,23 7:16 38:21
56:25 59:20 60:3
**phrasing (1)**
31:9
**physical (2)**
8:7,8
**physician (1)**
24:24
**physicians (1)**
33:5
**picture (1)**
20:1
**pills (5)**
11:8 22:23 23:2,6
47:23
**pin (1)**
21:13
**place (1)**
58:10
**placed (3)**
9:14 11:15,17
**Plaintiff (1)**
3:4
**plaintiffs (1)**
5:15

**Plaintiff's (3)**
4:9 7:14 53:23
**play (8)**
17:11 39:19 46:18,22
    51:18 53:9,12 56:9
**please (6)**
30:21 31:19 38:5,9
    40:8 60:17
**point (5)**
23:4 31:10 32:15,16
    36:2
**pop (1)**
33:20
**portion (5)**
10:7 31:20 40:9 47:4
    49:12
**possible (2)**
13:6,9
**postgraduate (1)**
15:5
**potential (3)**
24:20 30:19 51:16
**potentially (1)**
32:11
**practice (14)**
9:24 12:4,5 29:25
    32:14,20 45:13,15
    46:7,8 48:22 49:9
    49:16 51:5
**precise (1)**
27:23
**preexisting (1)**
29:8
**preparation (2)**
14:19,21
**prepared (1)**
6:18
**prescription (2)**
23:5,6
**pressure (7)**
50:4,16,23 51:17,23
    51:25 52:6
**previous (3)**
49:5 52:14 54:1
**previously (3)**
10:20 39:16 55:11
**price (2)**
11:3,11
**primarily (1)**
25:4
**prior (1)**
52:12
**privilege (1)**
14:24
**probably (2)**
25:1 42:17
**problem (2)**
29:16 51:23

**problems (5)**
21:8 24:23 49:25 50:4
    50:13
**PROCTER (1)**
3:10
**product (32)**
10:1,17 18:1 19:18
    20:22,24 21:3,15,20
    22:9 24:19 26:1
    28:17,21,22 29:1,4
    29:10,11,12,17,21
    29:23 30:1,8 37:16
    41:23 48:15,17
    51:19 52:9 54:3
**products (14)**
1:4 14:12 18:2,16
    21:10 23:15 27:13
    27:17,25 29:19
    30:13 37:10 39:7,8
**Professional (3)**
2:12 5:4 58:5
**program (5)**
14:6 22:15 24:10,13
    28:7
**pronouncing (1)**
7:19
**proper (2)**
21:19 28:8
**protein (5)**
21:17,17,18,23,23
    23:11
**provide (2)**
37:3,12
**public (5)**
2:13 5:4 33:23 57:18
    58:23
**purchase (3)**
12:12,19,24
**purchased (1)**
43:16
**purchases (2)**
12:5,8
**purpose (6)**
17:5,6 19:18 25:8,19
    40:21
**pursuant (1)**
2:11
**put (7)**
7:22 8:24 9:7 13:17
    25:9 35:18 39:21
**puts (1)**
33:22
**putting (1)**
12:14
**p.m (4)**
2:4 13:25 47:7 56:22

_____
**Q**

**qualified (1)**
35:9
**quantity (1)**
11:12
**question (51)**
6:4,10 12:1,2 13:1
    16:7 18:20 19:15,15
    19:22,23 20:4 22:4
    23:16,22,24 25:24
    25:25 27:5 29:15,24
    29:24 30:21 31:3,10
    31:19 32:7 38:4,5,8
    39:24 40:8,17 41:11
    48:13 49:7,10,11,15
    49:16 50:18,23,24
    50:25 51:10,11
    52:15,22 54:24
    55:13,25
**questions (19)**
5:20 18:3 21:4 27:19
    29:18 30:23 31:13
    32:13 38:6 41:8
    45:22 46:6,10,13
    49:3,22 50:14 52:25
    56:19
**quite (1)**
31:7

_____
**R**

**R (7)**
3:1,14 5:1 58:1 59:1
    60:1,1
**raising (1)**
25:8
**ran (1)**
8:23
**read (12)**
6:13,16 10:9 31:18,21
    40:10 49:11,13
    53:15,18 59:7 60:19
**realize (2)**
21:12 26:12
**really (5)**
21:2 25:18 30:22
    46:15 48:10
**reason (8)**
11:11 12:13 29:7
    40:22 47:13,16 49:1
    60:6
**recall (7)**
30:4,9,16,18 32:18,19
    52:22
**recalled (1)**
51:4
**recalls (2)**
31:23 32:17
**receive (1)**
17:15
**received (2)**

18:6,7
**recess (2)**
27:4 28:14
**recognize (1)**
36:3
**recollect (1)**
24:25
**recollection (6)**
12:19 23:19 24:5,8
    45:1,12
**recommendation (1)**
54:23
**recommendations (1)**
25:4
**recommended (2)**
54:4 55:12
**record (19)**
5:22,24 9:2 10:15,19
    11:16,24 12:5,16
    13:3 31:20 36:6
    38:10 40:9 43:18,19
    49:12 51:3 53:2
**recorded (1)**
12:23
**records (1)**
8:9
**refer (4)**
10:16 11:9 22:22,23
**reference (2)**
19:25 38:13
**referred (1)**
33:3
**referring (5)**
10:15,20 11:7 17:20
    26:25
**reflect (1)**
53:3
**regarding (3)**
22:22 35:4 49:22
**regards (6)**
23:14 27:6,8 29:23
    31:1 46:7
**regimen (1)**
44:11
**Registered (3)**
2:12 5:4 58:5
**relate (2)**
21:10 32:2
**related (1)**
53:18
**relating (2)**
9:5 27:24
**relation (2)**
27:16 53:16
**relationship (1)**
36:21
**relative (1)**
58:13

**relay (2)**
25:10 30:12
**relaying (1)**
25:11
**remember (10)**
28:18 34:25 38:15
    45:2 46:1 48:19,21
    49:14 56:5,8
**repeat (2)**
40:7 49:10
**rephrase (3)**
6:7 51:11,13
**report (1)**
58:6
**Reported (1)**
1:20
**reporter (9)**
2:13 5:4,22 31:21
    40:10 49:13 52:24
    58:6,16
**Reporting (1)**
2:9
**represent (1)**
5:15
**reproduction (1)**
58:15
**respect (2)**
14:23 30:15
**responding (1)**
21:6
**response (2)**
17:20 21:25
**restating (1)**
48:14
**result (1)**
56:14
**RHEINGOLD (2)**
3:2,2
**right (12)**
8:11 10:4 13:4 14:15
    15:1,24 28:11 33:15
    38:18 49:8 51:1
    55:5
**right-hand (2)**
13:13,24
**risk (6)**
28:24 29:2,6,6,9
    30:14
**risks (17)**
24:21 25:2 26:2 28:15
    28:22,25 29:25 30:4
    30:7,9,12 41:12,19
    52:3,9,10,19
**role (9)**
17:9,11 39:19 46:18
    46:22 51:18 53:9,12
    56:9
**rough (1)**

16:3
**roughly (5)**
15:24 16:24 33:24
34:11,14
**RPR (3)**
1:20 57:17 58:22
**rule (1)**
28:20

_____

**S**

**S (4)**
3:1 4:8 5:1 60:1
**safety (1)**
53:16
**sale (2)**
11:24 13:7
**sales (2)**
13:3 37:22
**saying (5)**
22:17 26:6 31:11,12
42:20
**says (9)**
10:8,22 11:6 13:24
29:22 42:3 45:7
46:24 47:4
**scenario (1)**
26:7
**scenarios (1)**
26:11
**schedule (1)**
34:9
**Schonfeld (55)**
3:7 4:5 5:13,15 6:20
6:21 7:12,16 8:13
8:16,17 11:21 12:22
13:11,12 18:17
19:11 23:21 24:2,11
27:5 28:15 29:20
30:24 31:14 32:4,13
32:22 33:1 34:22
37:11 38:7,11,12
40:2,14,16 43:1,20
44:5,11 45:17 50:20
51:12,16 52:13,17
53:2,9 54:9,10
55:10,22 56:2,16
**school (2)**
15:11,16
**schools (1)**
15:10
**seal (1)**
57:9
**search (2)**
8:2,4
**second (4)**
6:4 43:18 54:15,20
**see (6)**
20:16 25:1 33:23
43:17 45:9 47:9

**seen (1)**
38:2
**self-employed (2)**
35:13 38:17
**self-explanatory (1)**
10:5
**sell (4)**
18:2 29:13 48:15
51:18
**selling (3)**
37:9 46:9,9
**seminar (33)**
17:5,6,25 19:3,7,17
19:25 20:24 21:12
21:12,13,13,14,21
22:7 23:9,20 26:25
27:14,15,24 28:5,22
29:5,11 32:12 33:15
33:16,17 34:4,23
35:4,23
**seminars (47)**
15:9,21,24 16:9,9,10
16:13,14,18,23 17:4
17:15,21,24 18:7,21
18:23 19:12,16 20:7
20:15,19,21 21:9
22:2 23:9 24:1,6
25:9,16,18,21,22,24
26:3,8,18,22 27:6,7
27:9,10 28:17,19
30:11 33:11 35:17
**sense (1)**
10:2
**sent (1)**
9:3
**sentence (1)**
40:15
**separate (3)**
9:11,13 11:18
**serve (2)**
40:21 41:4
**services (3)**
37:4,11,20
**serving (1)**
47:5
**set (3)**
58:10,11,17
**shakes (1)**
38:25
**shaking (1)**
5:21
**shared (1)**
28:7
**sheet (2)**
59:12 60:17
**SHKOLNIK (1)**
3:3
**short (2)**
27:3 28:12

**shorter (1)**
56:17
**shorthand (1)**
58:8
**show (2)**
35:25 47:3
**showed (1)**
39:16
**shows (1)**
11:1
**side (5)**
13:13 24:21 29:6
37:16 47:4
**sign (1)**
6:13
**SIGNATURE (1)**
60:23
**signed (1)**
60:17
**Simcha (2)**
3:7 5:15
**similar (1)**
9:13
**simple (2)**
46:13 47:22
**Simply (1)**
29:16
**Singh (20)**
1:7 9:22 12:9 14:2
29:16 44:17 45:12
45:16,22 46:8 48:16
48:17 49:14,15 51:4
55:18,20 56:3,12
60:2
**Singh's (3)**
54:6 55:7,11
**sir (1)**
39:15
**site (1)**
38:16
**size (1)**
53:25
**skin (3)**
8:22 14:6,11
**slower (1)**
42:13
**smaller (4)**
25:17,21,23 34:10
**sold (9)**
14:9,10,11,12 48:17
48:22 49:17 55:1
56:7
**somebody (2)**
14:22 25:6
**sorry (5)**
23:1 28:3 30:3 44:4
47:25
**sort (17)**

9:1 15:20 17:3,14,14
17:23 19:2 27:16,20
30:21 33:2 37:11,20
39:7 46:5,6,10
**sounds (2)**
25:18,20
**SOUTHERN (1)**
1:3
**Southwest (1)**
7:2
**soy (3)**
21:16,23 23:11
**speak (3)**
9:25 14:16,18
**speaking (2)**
34:7 51:4
**special (3)**
11:2,11 19:1
**specific (20)**
9:5 18:9 20:6,9,23
21:5,8,10 29:21
30:16 32:1,1,7,8,8
33:3,13 38:6 45:11
51:8
**specifically (13)**
18:14,15,21 22:21
23:10 27:6 29:22
32:17 34:7 46:8,15
48:16 54:14
**specify (1)**
50:19
**speculate (9)**
30:17 31:1,5,15 32:21
41:7,9 51:7 55:7
**speculating (1)**
55:18
**speculative (2)**
31:12 32:14
**speculative-type (1)**
30:23
**spoke (4)**
9:21 14:22 20:8 40:2
**spousal (1)**
14:23
**stage (1)**
28:7
**standard (1)**
45:10
**start (4)**
16:22 27:1 47:15,17
**started (5)**
6:2 14:4 17:18 19:23
26:8
**starts (1)**
50:14
**state (10)**
2:13 5:5 6:21 15:4
57:2,18 58:3,6,23

59:4
**statement (3)**
19:5 40:19 52:18
**statements (1)**
59:9
**states (2)**
1:2 7:18
**stenotype (1)**
58:7
**Stephen (1)**
6:23
**Steve (9)**
1:13 2:8 4:4 5:9 12:8
38:21 56:25 59:20
60:3
**sticks (1)**
14:1
**stipulate (1)**
44:5
**stock (1)**
22:13
**stop (1)**
56:7
**Street (2)**
3:5 7:2
**studies (2)**
53:15,18
**subject (10)**
19:7,16 22:1 23:7,8
27:10,11,15 28:21
60:20
**subsequent (3)**
11:24 12:5 54:1
**subsequently (1)**
9:14
**substance (1)**
60:20
**suggest (1)**
45:8
**Suggested (1)**
47:5
**Suite (1)**
2:10
**supplement (2)**
22:6 40:18
**supply (7)**
42:7,16,17,21 44:3
48:2 55:1
**support (1)**
17:13
**supposed (2)**
19:19 22:17
**sure (4)**
8:15 24:14 25:3 29:3
**SW (1)**
7:2
**sworn (2)**
5:10 57:7

system (1)
  13:19

**T**

T (7)
  4:8 58:1,1 59:1,1 60:1
  60:1
tablet (4)
  39:18 41:20 43:22
  47:6
tablets (45)
  10:22 22:25 23:1,2,8
  24:22 27:10,15,25
  28:16,20 34:24 40:3
  40:3,4,5,6,17,18,25
  41:4 42:4,5 43:4,6
  43:21 44:17,22 45:3
  46:10,19 47:6,14,24
  48:4,23 49:17 52:4
  52:20 53:10,13,16
  53:19 56:6,14
take (9)
  8:11 20:22 27:3 28:12
  44:22 45:7 47:5
  56:10,17
taken (8)
  5:3 27:4 28:14 40:25
  41:16,18 58:10 60:4
takes (1)
  41:6
talk (6)
  14:22 16:12 18:22
  21:2,15,16
talked (7)
  21:18,21 24:8 25:14
  25:17 34:10,11
talking (8)
  15:12,13 16:4 19:9
  20:23 21:7,12 32:7
talks (1)
  8:20
teach (1)
  17:6
tell (15)
  14:25 26:5 31:22,25
  32:4,9,10,16 44:25
  49:8 51:22,22 54:6
  55:6,20
telling (2)
  7:10 45:12
ten (3)
  7:5 16:4 47:7
term (6)
  20:3 22:16 33:12,14
  37:19,19
terms (13)
  8:17 14:21,21 15:9
  23:10 25:2 33:13
  37:9,18,22 49:20,21

50:10
testified (5)
  5:11 35:6 41:25 50:21
  55:11
testify (1)
  36:3
testimonies (1)
  28:6
testimony (4)
  48:14 52:12,15,24
Thank (1)
  13:11
thermogetics (1)
  22:8
Thermo-Bond (1)
  27:13
thing (5)
  30:25 32:8,9 37:23
  45:10
things (5)
  23:14 26:15 30:16
  41:6 50:21
think (15)
  13:1 14:4 18:5 23:11
  29:24 32:4,13 33:4
  33:8 38:7 39:5 48:3
  48:5 50:24 51:12
third (4)
  6:8 12:12,19,24
thought (2)
  48:8 56:17
three (21)
  10:13 11:6 14:7 16:11
  26:14 28:10 35:2
  42:4,11,23,25 43:1
  43:24 44:1,14,14
  45:7 47:5,14,19
  48:6
three-month (2)
  44:2 55:1
time (14)
  6:8,16 9:21 11:15,16
  11:16 26:9 27:22
  37:6 49:9 53:22
  54:18,19 58:10
times (4)
  16:11 30:18 48:1 56:3
timing (1)
  54:11
today (7)
  5:17 6:15,19 7:7,25
  17:9 26:15
today's (1)
  14:19
told (5)
  44:25 45:19 52:8
  55:14,25
tool (3)
  22:6 28:1,5

top (2)
  13:24 47:4
track (1)
  53:1
trade (1)
  15:10
train (1)
  25:9
trained (3)
  18:14,15 25:19
trainer (1)
  17:12
training (16)
  15:18,20 17:15,19
  18:1,6,7,9,12,12,19
  19:10,24 20:6 25:14
  33:2
trainings (2)
  26:14,24
transcript (3)
  6:14 58:15 60:5
transcription (1)
  58:8
true (3)
  58:7 59:9 60:19
try (1)
  50:7
trying (4)
  18:5 20:1 31:6 33:14
Tuesday (1)
  1:15
turn (1)
  33:1
turning (1)
  47:1
Twenty (3)
  16:1,15 39:5
twice (4)
  43:22 44:2,12 47:6
two (36)
  6:24 7:5 10:13 11:7
  11:17,18 12:23 16:4
  16:11 28:9 35:2
  40:25 42:1,4 43:8
  43:13,15,21 44:1,11
  44:12 45:3,3,4,8
  46:24 47:15 48:1,6
  54:4,7,22 55:2,8,12
  55:15
two-month (2)
  42:17,21
type (2)
  37:22 38:5
types (1)
  26:24
typically (1)
  13:3

**U**

uh-huh (1)
  34:2
undersigned (1)
  57:5
understand (9)
  6:5 14:15 19:7 20:10
  21:5 26:3,5 29:3
  54:25
understood (2)
  20:2 26:17
unfortunately (1)
  10:12
UNITED (1)
  1:2
University (1)
  15:4
unnecessarily (1)
  51:3
unusual (1)
  12:23
use (11)
  5:20 13:17,20 22:5,16
  23:8 28:8 31:8
  33:14 42:12 48:2
useful (2)
  24:13 28:4
usefulness (3)
  28:3 41:15,23
user (1)
  52:5
uses (1)
  26:1
usual (1)
  12:4
U.S (1)
  39:21

**V**

v (1)
  1:7
vague (6)
  6:6 19:20,22,23 29:18
  37:19
VALET (1)
  3:2
value (1)
  23:12
verbally (1)
  5:20
versus (1)
  26:14
visited (1)
  38:1
vitamin (1)
  22:11
volume (2)
  53:22 54:11

vs (1)
  60:2

**W**

W (1)
  2:10
Wait (1)
  52:21
want (11)
  18:21 20:13 21:2 31:4
  31:5 33:2 42:2
  46:18 47:18 51:8,25
wanted (1)
  14:2
wants (2)
  53:4,8
warning (1)
  39:25
warnings (2)
  39:20,21
Warren (6)
  1:20 2:12 5:3 57:17
  58:5,22
wasn't (2)
  20:9 29:21
way (11)
  8:16 12:3 13:22 22:20
  23:12 38:8 47:17
  53:24 54:2,13,21
website (8)
  36:10,12,16 37:1,3
  38:1,2,14
weeks (1)
  55:2
weight (14)
  8:20 20:22,25 22:5,7
  28:1,4 35:4 40:18
  40:23 41:23 45:6,23
  53:20
went (2)
  15:16,17
we'll (3)
  7:23 18:22 53:8
we're (2)
  5:23 9:20
WHEREOF (1)
  58:17
wife (1)
  14:22
withdraw (2)
  18:20 52:15
withdrawn (1)
  17:4
witness (34)
  4:3 6:15,19 10:19
  12:11,20 13:5,9
  18:9 24:7 30:6
  32:16 34:1,15,20

35:7,10 37:6,9
38:25 40:1 42:22,25
43:13 45:14 50:20
52:8 53:3,6 55:6,20
57:6,9 58:17
**word (1)**
28:2
**work (5)**
15:5,6,16,17 35:15
**worked (1)**
53:20
**works (3)**
19:18 34:9 45:9
**worth (1)**
44:1
**WRITE (1)**
60:5

### X
**x (5)**
1:4,6,9 4:2,8

### Y
**Yeah (4)**
25:23 34:15 36:5 43:4
**year (4)**
10:11 16:4,4,11
**years (19)**
7:5 14:8,8 16:1,15,24
17:10 22:12 26:9,13
26:14,19 27:1 34:25
35:1,2 39:5,6,12
**yellow (1)**
8:21
**York (6)**
1:3 3:6,6,13,13 44:19
**younger (1)**
46:21

### $
**$400 (1)**
11:3
**$85 (1)**
10:13

### 0
**02/28/07 (2)**
57:18 58:23

### 1
**1 (11)**
4:10 7:14,17 21:16,20
22:10 27:12 42:1
45:19 53:24 58:7
**1:30 (1)**
2:4
**100 (1)**
12:20

**10016 (1)**
3:6
**10022 (1)**
3:13
**113 (1)**
3:5
**12/5/06 (1)**
60:4
**120 (1)**
43:6
**1200 (1)**
2:10
**12221 (1)**
7:2
**14 (2)**
11:2,7
**15 (2)**
42:21 43:16
**18 (1)**
36:1

### 2
**2 (2)**
22:10 27:12
**2B (1)**
42:3
**2:00 (2)**
13:25 14:3
**2:34 (1)**
56:22
**20 (4)**
16:24 26:19 39:6,12
**2006 (5)**
1:15 2:3 57:10 58:18
59:15
**21 (2)**
11:1,7
**26 (2)**
22:12 26:13

### 3
**3 (4)**
4:5 10:21 39:17 47:2
**3G (1)**
42:3
**30 (2)**
43:7 48:1
**33186 (1)**
7:3
**37th (1)**
3:5

### 4
**44 (1)**
2:10

### 5
**5 (2)**

1:15 2:3
**5/15 (5)**
10:10,12,12 42:2,2
**58 (1)**
58:7
**599 (1)**
3:12

### 6
**60 (1)**
48:2
**63 (1)**
34:5

### 7
**7 (1)**
4:10
**7th (2)**
57:9 58:18
**7/17 (2)**
11:1 42:2

### 9
**9646 (1)**
1:21
**98th (1)**
7:2