NON TEXAS



**HERBALIFE®**

THERMOJETICS®
HERBAL TABLETS
Dietary Supplement

original green    120 TABLETS

Suggested Serving: Take one to three Original Green tablets with one Beige tablet twice a day at 10:00 a.m. and 4:00 p.m.
This herbal product contains no preservatives and no animal products.
Herbalife products are available only through Herbalife Independent Distributors.
30-DAY MONEY-BACK GUARANTEE.
RECYCLE THIS BOTTLE.
Formulated exclusively for:
HERBALIFE INTERNATIONAL OF AMERICA, INC.
Los Angeles, CA 90080-0210, U.S.A.
MADE IN U.S.A.

**Supplement Facts**
SERVING SIZE: 1 TABLET   SERVINGS PER CONTAINER: 120

| | AMOUNT PER SERVING | % DV* |
|---|---|---|
| CALCIUM (AS CALCIUM CARBONATE) | 58 MG | 6% |
| IODINE (FROM BLADDERWRACK) | 30 MCG | 20% |
| HERBAL BLEND | 479 MG | † |
| CHINESE MA HUANG (LEAF), YERBA MATÉ (LEAF), DRIED CHINESE MA HUANG EXTRACT (WHOLE), BLADDERWRACK (WHOLE), VALERIAN (ROOT), *FUMARIA OFFICINALIS* (WHOLE), PAPAIN (FRUIT), DRIED *SALIX PURPUREA* (BARK) (FROM EXTRACT), *CHONDRUS CRISPUS* (WHOLE) | | |

* PERCENT DAILY VALUES ARE BASED ON A 2,000 CALORIE DIET.
† DAILY VALUE NOT ESTABLISHED.

OTHER INGREDIENTS: STARCH, STEARIC ACID, MICROCRYSTALLINE CELLULOSE, SODIUM CARBOXYMETHYLCELLULOSE, SODIUM STARCH GLYCOLATE, MALTODEXTRIN, METHYLCELLULOSE, TITANIUM DIOXIDE, RIBOFLAVIN, BLUE 1 LAKE, SILICON DIOXIDE, MAGNESIUM STEARATE, SODIUM LAURYL SULFATE, FOOD GRADE SHELLAC AND TRIETHYL CITRATE.

THREE THERMOJETICS® ORIGINAL GREEN HERBAL TABLETS CONTAIN 21 MG CONCENTRATED EPHEDRINE GROUP ALKALOIDS AND 3 MG OF CAFFEINE IN THE FORM OF HERBAL EXTRACTS.
WARNING: SALE PROHIBITED TO INDIVIDUALS AGE 17 OR UNDER. DO NOT USE IF PREGNANT OR NURSING. CONSULT A PHYSICIAN OR LICENSED QUALIFIED HEALTH CARE PROFESSIONAL BEFORE USING THIS PRODUCT IF YOU HAVE, OR HAVE A FAMILY HISTORY OF, HEART DISEASE, THYROID DISEASE, DIABETES, HIGH BLOOD PRESSURE, RECURRENT HEADACHES, DEPRESSION OR OTHER PSYCHIATRIC CONDITION, GLAUCOMA, DIFFICULTY IN URINATING, PROSTATE ENLARGEMENT OR SEIZURE DISORDER, IF YOU ARE USING A MONOAMINE OXIDASE INHIBITOR (MAOI) OR ANY OTHER DIETARY SUPPLEMENT, PRESCRIPTION DRUG OR OVER-THE-COUNTER DRUG CONTAINING EPHEDRINE, PSEUDOEPHEDRINE OR PHENYLPROPANOLAMINE (INGREDIENTS FOUND IN CERTAIN ALLERGY, ASTHMA, COUGH/COLD, AND WEIGHT CONTROL PRODUCTS). DO NOT COMBINE THIS PRODUCT WITH THERMOJETICS® GREEN HERBAL TABLETS OR THERMOJETICS® GOLD HERBAL TABLETS. KEEP OUT OF REACH OF CHILDREN.
EXCEEDING RECOMMENDED SERVING MAY CAUSE SERIOUS ADVERSE HEALTH EFFECTS INCLUDING HEART ATTACK AND STROKE. DISCONTINUE USE AND CALL A PHYSICIAN OR LICENSED QUALIFIED HEALTH CARE PROFESSIONAL IMMEDIATELY IF YOU EXPERIENCE RAPID HEARTBEAT, DIZZINESS, SEVERE HEADACHE, SHORTNESS OF BREATH, OR OTHER SIMILAR SYMPTOMS. INDIVIDUALS WHO CONSUME CAFFEINE WITH THIS PRODUCT MAY EXPERIENCE SERIOUS ADVERSE HEALTH EFFECTS.

© 2001 HERBALIFE INTERNATIONAL, INC., U.S.A.



∆/π EXHIBIT 11
Deponent SHIELDS
Date 2/20/07  Rptr. [initials]
WWW.DEPOBOOK.COM