```
                    2-20-07 - Singh - Shields.TXT
22    product that day; is that your testimony?
23              MR. RHEINGOLD:  Objection to form.
24              THE WITNESS:  As expressed -- I can't
25         agree with it as you stated, but,
00093
 1                   Shields
 2         basically, it's what I said.  If he had
 3         not taken it that day, the causal
 4         relationship of the use of the product to
 5         the blowing of the aneurism is not
 6         changed, in my opinion.
 7    MR. OETHEIMER:
 8         Q.  Is there anything, if I asked you to
 9    assume the correctness of his testimony that he
10    did not take it that day, for purposes of this
11    question, is there anything in your report,
12    anything at all in your December 4th, 2006
13    report, that you would change?
14         A.  No, except I would include that fact.
15         Q.  That he did not take it that day?
16         A.  That there's some confusion as to
17    whether he took it that day or not.
18         Q.  But if I asked you to assume, not
19    confusion, but that for purposes of this
20    hypothetical question, assume that it is an
21    established fact that he did not take it that
22    way.
23         Is there anything in your report that you
24    would change?
25         A.  Well, that's a trick question.  If
00094
 1                   Shields
 2    that were the fact, that would be a fact that I
 3    would have to put into the report, but would it
 4    change my conclusion, no. So to --
 5         Q.  I'm entitled to ask hypothetical
 6    questions, so I am asking you to take that it is
 7    a fact.
 8         A.  I totally understand.  I'm just
 9    making myself totally clear.
10         It would not change my conclusion.  It
11    certainly would change the facts that I would
12    write down.
13         Q.  But would it affect, whether it
14    changed your bottom line conclusion, would it
15    affect your analysis at all?
16         A.  No.
17         Q.  Why not?
18         A.  Because it would be clear to the
19    unsophisticated, that if there were a closer
20    temporal relation, it would be easier to
21    understand one way or the other.
22         Q.  What if he didn't take it that day
23    before the stroke?
24         A.  That's a completely different
25    situation, and I would have to know how he was
00095
 1                   Shields
 2    the day before and what kind of function he was
 3    having that day in terms of, as far as I could
 4    tell, if I could tell, whether he was functioning
 5    normally that day, because, as I mentioned
 6    before, the recognition of the event is not the
```

2-20-07 - Singh - Shields.TXT
```
 7  same as the occurrence of the event.
 8          Q.  Is there any sort of limit to the
 9  temporality that you would require?
10          A.  It would depend on the individual
11  case, but I'm on record for saying that two,
12  three days is not beyond the period of time where
13  the effect of ephedra-related compounds can have
14  a causative effect on brain hemorrhaging.  In
15  fact, I've said that it can be as much as two
16  weeks before.
17          Q.  All right.  I want to ask you some
18  questions about the effects, but before I do,
19  let's finish going through sort of the background
20  facts or history here.  So if you still have that
21  page of your report in front of you, page two,
22  you say that the product label reads that each
23  tablet contains 21 milligrams of concentrated
24  ephedra extract and three milligrams of caffeine?
25          A.  Yes.
00096
 1                  Shields
 2          Q.  The product contains, as you
 3  understand it, herbal ma huong, correct?
 4          A.  Yes.
 5          Q.  What do you mean by concentrated
 6  herbal extract?
 7          A.  I believe I quoted from some label or
 8  product information because that's not a term
 9  that I would ordinarily use.
10          Q.  I think the term, I'll hand you back
11  the label, Exhibit 10, uses the term "Ephedra
12  group alkaloids, concentrated, 21 milligrams
13  Ephedra group alkaloids and three milligrams
14  concentrated caffeine in the form of herbal
15  extracts."
16          Is that what you ear referring to?
17          A.  Yes, I paraphrased that by saying
18  21 milligrams of concentrated ephedra extract.
19          Q.  So you're referring to the
20  21 milligrams of ephedrine alkaloids referenced
21  on the Herbalife label.
22          So is it your understanding then that
23  that's contained in each tablet that he took and,
24  that he took three tablets twice a day?
25          A.  That's what I expressed as my
00097
 1                  Shields
 2  understanding.  So that would be all together
 3  126 milligrams of ephedra extract.
 4          Q.  And do you believe there's a dose
 5  response relationship with respect to ephedra or
 6  ephedrine?
 7          A.  Well, let's put it this way.  There's
 8  no dose that's without some potential for causing
 9  trouble.  The higher doses probably are more
10  troublesome, but there's many case reports where
11  patients took relatively low doses of PPA.
12          The one that comes to my mind right off is
13  the Hemorrhagic Stroke Project whereas doses as
14  low as 7 milligrams of PPA were recorded as being
15  related to intracerebral hemorrhage.
16          Q.  I'm sorry.  I didn't mean to cut you
17  off.
```
Page 40

2-20-07 - Singh - Shields.TXT

18          A.  Well, there's a lot more I can say
19  about it, but ask me your next question.
20          Q.  And I'm going to come back to the
21  Hemorrhagic Stroke Project later, but the
22  Hemorrhagic Stroke Project, you're referring to
23  findings with respect to phenylpropanolamine,
24  correct?
25          A.  Correct, but there was a derivative
00098
 1                  Shields
 2  study by Morganstern.  He was the lead author
 3  which looked at ephedra products.
 4          Q.  Did that study make any findings at 7
 5  milligrams of ephedra alkaloids?
 6          A.  First of all, that finding said, that
 7  study states that they didn't really have enough
 8  cases to make any kind of definitive statement,
 9  but 32 milligrams a day, there may be a
10  relationship.  That's basically what it says, and
11  they did discover, which I think is the most
12  important part of this, seven cases of
13  intracerebral, intracranial bleeding, five
14  subarachnoid, two intracerebral of people who had
15  taken ephedra; and their conclusion was that
16  above 32 milligrams a day -- I might have to take
17  this.
18          Q.  Okay.
19              (Discussion held off the record.)
20          THE WITNESS:  So it was inconclusive,
21      but the final idea there was, to me, the
22      fact that that was important, is they did
23      find those cases, and the conclusion was
24      that you needed to have 32 milligrams a
25      day or more.  That was their conclusion,
00099
 1                  Shields
 2      of ephedra-related as opposed to pure PPA.
 3  MR. OETHEIMER:
 4          Q.  Now, they didn't actually, we'll come
 5  back to that, but they didn't actually find a
 6  statistically significant association, even above
 7  32 milligrams?
 8          A.  Yes.  Excuse me.
 9              (Discussion held off the record.)
10              (Record read.)
11           THE WITNESS:  Yes, because the study.
12  MR. OETHEIMER:
13          Q.  That should be a yes, they did not?
14          A.  The study was underpowered, number
15  one, and, number two, both studies suffered
16  tremendous flaws, and I'm not talking about the
17  highly technological epidemiology comments
18  because I'm not an epidemiologist.  In the two
19  groups, they excluded people who died and people
20  who had serious neurologic injury, which is what
21  happens, especially with sub arachnoid
22  hemorrhage.  So that's limitation, so that means
23  that's also limitation on the interpretation,
24  however they made it.
25          Q.  Now, back to the dose, you referred
00100
 1                  Shields
 2  to, let me just, this copy that you have,

                                        Page 41

                         2-20-07 – Singh – Shields.TXT
3   unfortunately, as you said, parts of that are not
4   legible, and you said you thought you might have
5   other labelling information?
6           A.  Yeah, I couldn't read this very well.
7           Q.  This has, Exhibit 10 has a 2001
8   Herbalife copyright.  I'm going to hand you a
9   document.
10                  MR. OETHEIMER:  Why don't I mark this
11          as Exhibit 11.
12                  (Defendants' Exhibit 11, document,
13          marked for identification, as of this
14          date.
15  MR. OETHEIMER:
16          Q.  I'll give you a moment to read it,
17  Dr. Shields.
18          A.  I might need a magnifying glass to
19  read this.
20          Q.  It seems to me it's a better copy
21  than the one you were working on.
22          A.  Well, I told you, I had a better
23  copy.
24                  (Discussion held off the record.)
25                  THE WITNESS:  Let's see now, the part
00101
1                       Shields
2   that you're probably interested in, three tablets
3   original green a day.
4   MR. OETHEIMER:
5           Q.  Right, it's the portion that's not
6   legible on Exhibit 10.  It says, "Three
7   thermogenic original green tablets contain 21
8   milligrams concentrated ephedrine group alkaloids
9   and 3 milligrams caffeine in the form of herbal
10  extracts."
11          Do you see that?
12          A.  Yes.
13          Q.  In your report, you indicated that
14  you believed, at least at the time you wrote your
15  report, that each tablet contained 21 milligrams
16  of ephedrine alkaloids and 3 milligrams of
17  caffeine.
18          That label indicates that's the total of
19  three tablets?
20          A.  That's one way of reading it.
21          Q.  Do you have any basis for reading it
22  differently?
23          A.  I think that's the most reasonable
24  reading of it.  It's not stated very clearly.
25          Q.  So that would make, if Mr. Singh was
00102
1                       Shields
2   taking three green tablets twice a day, each
3   serving, that would mean 21 milligrams of
4   ephedrine alkaloids in the morning and another
5   21 milligrams in the afternoon for a total dose
6   of 42, not 123?
7           A.  But the dose could not change my
8   opinion.
9           Q.  Is there any dose below which you
10  would change your opinion?
11          A.  The issue is purely of dose.  It
12  would depend on what the other factors available
13  were in an individual case.
                                    Page 42

2-20-07 – Singh – Shields.TXT
```
14          Q.  How about in this case?
15          A.  In his case?
16          Q.  Yes.
17          A.  I would say that any dose, in his
18    case, except 0, I would consider significant,
19    given the events as related, a year of use and
20    this dosage, yes.
21          Q.  But as for that day, even 0?
22          A.  Yes, yes.  I made that totally clear.
23          Q.  And just, on the left of that, the
24    suggested serving, if you see that at the top
25    left, "Take 1 to 3 original green tablets, one
00103
1                    Shields
2    beige tablet twice a day at 10 a.m. and 4 p.m."
3          Do you know whether Mr. Singh followed
4    that regimen?
5          A.  Well, he was unclear, even in his
6    deposition that I just read, as to what he was
7    doing.  Two or three times, I believe he said.
8          Q.  But if he took three tablets twice a
9    day and he followed this regimen so he'd taken
10    the first three tablets at 10 a.m., the
11    likelihood is that he would have already
12    experienced the onset of his hemorrhage prior to
13    10 a.m., correct?
14          A.  Possibly.
15          Q.  Now, you reviewed Mr. Singh's
16    deposition prior to issuing your December 4th,
17    2006 report, correct?
18          A.  No, I said, yes, I had, before the
19    December 4th, yes.
20          Q.  And you went over, in preparation for
21    the deposition, sometime within the past week to
22    two weeks, you went over your file and you made
23    some typographical corrections in your work?
24          A.  I made handwritten corrections to
25    typos.
00104
1                    Shields
2          Q.  Right, and you indicated that if you
3    found anything that was in error in your report,
4    you would obviously want to note that?
5          A.  Yes.
6          Q.  So at this point, can we agree that
7    the statement, in terms of the dosage containing
8    the tablet, the footnote, the asterisk on the
9    second page of your report, it appears that may
10    be in error, correct?
11          A.  Yes.
12          Q.  And the statement that Mr. Singh had
13    taken Herbalife that morning, that's a statement
14    that you cannot support at this time, correct?
15          A.  I don't know if that's true.  I
16    wouldn't say I can't, I wouldn't use the term I
17    can't support it.  That was the history that I
18    got.
19          Q.  But you don't know if it's true?
20          A.  Well, I wasn't there.  You don't know
21    if it's true or not either.  You weren't there.
22          Q.  But you're not basing your opinion on
23    his having taken it that morning, are you?
24          A.  Well, I believe I made that very
```
                            Page 43

                    2-20-07 - Singh - Shields.TXT
   25  clear.
00105
    1                    Shields
    2          Q.  Can you make it clearer on the
    3  record?
    4          A.  Well, why ask the same question four
    5  times?
    6          Q.  Well --
    7          A.  I'll say it one more time because I
    8  don't want to be disagreeable, but I also don't
    9  want to sit here all day answering the same
   10  questions.  It wouldn't make any difference to me
   11  in view of the facts here.
   12          Q.  You've been clear on that and I do
   13  understand that, and I'm going to ask your
   14  indulgence because my question is slightly
   15  different.
   16          I understand it may not matter or effect
   17  your opinion, but what I want to just be clear on
   18  the record is that you are not basing your
   19  opinion at this time on it being established that
   20  he did take the product that day?
   21          A.  That's correct.
   22          Q.  We can turn to page three of your
   23  report, please.
   24          A.  Yes.
   25          Q.  You state that Mr. Singh had been a
00106
    1                    Shields
    2  pack-a-day smoker for 30 years?
    3          A.  Yes.
    4          Q.  And I believe that was reflected in
    5  your interview notes?
    6          A.  Yes.
    7          Q.  One pack per day times 30 years,
    8  referring you back to Exhibit 6?
    9          A.  Yes.
   10          Q.  So that 30 years, we sort of relate
   11  that 30 years backwards from 2005 or from 2003?
   12          A.  I think it's back from 2005 because I
   13  believe there's another note saying that he quit
   14  six months before, so it would be --
   15          Q.  Six months, when you say six months
   16  ago in your November 2005 note?
   17          A.  It refers to six months ago --
   18          Q.  2005?
   19          A.  Yes.
   20          Q.  So he continued to smoke after his
   21  stroke?
   22          A.  Yes.
   23          Q.  And you think the 30 years probably
   24  relates backwards from 2005, so we would have
   25  28 years in 2003?
00107
    1                    Shields
    2          A.  Many years.
    3          Q.  Many years.
    4          He's only 41 at the time of his stroke, so
    5  28 years puts him back to age 13?
    6          A.  Yeah.
    7          Q.  And there's no dispute that that a
    8  history of smoking is a major risk factor for
    9  aneurysmal rupture and hemorrhagic stroke?
                                        Page 44

                        2-20-07 - Singh - Shields.TXT
10          A.  I believe I stated that in my report.
11          Q.  What role do you believe it played in
12  Mr. Singh's subarachnoid hemorrhage?
13          A.  Well, there's two parts to that
14  question; number one, long-term effect.  It
15  certainly was not good for him and certainly
16  contributed to the weakness of the aneurism, the
17  chronic smoking, but the most interesting part of
18  all that to me is smoking on the day of the
19  subarachnoid hemorrhage, that increases, the way
20  I look at it is, the long-term increase in
21  smoking risk for patients who have subarachnoid
22  hemorrhage is actually two and a half to three
23  times people who don't smoke who have aneurisms.
24  If you smoke on the day, there's a nine times
25  greater chance, and to me, that's highly
00108
1                       Shields
2  significant.
3          According to the history that I got, he
4  did not smoke on the day that he ruptured his
5  aneurism, so that meant that the ongoing, two and
6  a half to three and a half times risk was, in
7  fact, a contributing factor, and it had that
8  factor present for 20-odd years before he blew
9  his aneurism.  So it was there, so it made some
10  contribution.
11          Q.  Okay, the --
12          A.  By itself, it didn't blow the
13  aneurism.
14          Q.  Is that conclusion based solely on
15  the fact that his, that your history was that he
16  did not smoke that morning?
17          A.  No. If he had smoked that morning,
18  then the effect of smoking -- I'm trying to be
19  very clear.
20          Am I confusing you in some way?
21          Q.  I don't believe so.
22          A.  Well, I just really answered that.
23  If he had smoked that morning, it would be the
24  difference between a nine times greater risk and
25  a two and a half to three and a half times
00109
1                       Shields
2  greater risk.  It would have been a more
3  significant contribution.
4          Q.  And I do understand that.
5          So it's a significant risk factor whether
6  he smoked that day or not?
7          A.  Absolutely, but it's much more if he
8  did smoke that day.
9          Q.  And now what I want to understand is
10  your basis for believing he didn't smoke that
11  day?
12          A.  History.
13          Q.  The history you took from either Mr.
14  Singh or his wife when you interviewed him on
15  November 14th, 2005?
16          A.  Yes.
17          Q.  You already told me that you don't
18  consider his testimony about whether he took
19  Herbalife that morning reliable because people
20  who have a stroke are confused, Doctor.
                                          Page 45

2-20-07 – Singh – Shields.TXT
```
21          So am I being unfair here in suggesting
22     that it seems like you're picking and choosing
23     and believing what you want?
24          A.  I don't think you're being unfair in
25     pointing it out that way, but I fully agree, it
00110
 1                    Shields
 2     may not be accurate.  I just want to point
 3     something else out.
 4          I don't know if you're going to ask me
 5     about this, but since you're asking about
 6     smoking, here's my take on how that works.  The
 7     effect, the really bad reason the smoking being
 8     responsible for the blowing of the aneurism on
 9     that day is its effect on a system which you
10     might call the "elastase system."
11          Now, the elastase system basically
12     destroys elastic tissue.  If you smoke, you allow
13     elastase to not be inhibited, and that's why it's
14     bad for you on that day.  It has other bad
15     effects for you.  It may increase your blood
16     pressure systemically, et cetera; however, most
17     of the effects of smoking actually go in the
18     direction of producing clots rather than
19     hemorrhages, but if you look at the half life of
20     nicotine, which is about two hours, if he didn't
21     smoke on that day, then you're talking about a
22     ten-hour effect from his last cigarette for the
23     elastase effect to be present.
24          Q.  And is the elastase effect that
25     transient that it's gone in hours?
00111
 1                    Shields
 2          A.  Well, it does what it does, and the
 3     next time you do it, you're exposed again.
 4          Q.  He had tea that morning?
 5          A.  Yes.
 6          Q.  Is it familiar to you as a human as
 7     well as a doctor that smokers are in the habit of
 8     having a cigarette with their tea or coffee?
 9          A.  No, I think the cigarette with
10     coffee.  I don't know about tea, could be.
11          Q.  In any event, he had a cup of tea
12     that morning, and your assumption is that it was
13     caffeinated tea?
14          A.  It is my assumption.  I don't know.
15          Q.  Assuming it was caffeinated tea, it
16     may have had some effect on his blood pressure?
17          A.  Not only blood pressure, but the
18     effects of ephedra.
19          Q.  Assuming he took it, which we don't
20     know, assuming he took the ephedra that day?
21          A.  Well, even if he took it the day
22     before because the long-term effect of ephedra on
23     blood vessels of the brain which I'm interested
24     in is the vasoconstrictive effects and caffeine
25     adds to vasoconstriction in the brain too.
00112
 1                    Shields
 2          Q.  How much caffeine is in a cup of tea?
 3          A.  Varies on how strong you make it,
 4     assuming it's caffeinated, 30 to over
 5     100 milligrams, and if you make it superstrong,
```

2-20-07 – Singh – Shields.TXT
```
 6  it would be more than that.
 7          Q.  So those numbers sound comparable to
 8  coffee?
 9          A.  It's just like coffee.
10          Q.  The effects of the blood vessel, let
11  me start to go into this.
12          What is the mechanism by which, in your
13  opinion is that the ephedra that Mr. Singh took,
14  whether he took it that way or not, was
15  contributory to his hemorrhage, but as I
16  understand it, the smoking was also contributory?
17          A.  Yes, just as I said in my report.
18          Q.  What is the mechanism by which you
19  believe ephedra played a role in contributing to
20  the hemorrhage?
21          A.  Ephedra produces cerebral vasospasm,
22  and how does that happen, by alpha one
23  constriction.  Alpha one receptors are on the
24  blood vessels of the brain, and when you
25  stimulate them, they can contribute.  Ephedra
00113
 1                    Shields
 2  stimulates alpha one and beta one receptors on
 3  blood vessels, but the ephedrine effect is
 4  vasoconstriction, and if there's any PPA, you
 5  basically have, which these extracts inevitably
 6  contain some varying amounts, and some think that
 7  ephedrine is converted to PPA in the body, so PPA
 8  has a primarily vasoconstrictive effect.  It is
 9  not damped down by the beta one effect or the
10  beta two effects.
11          Q.  Okay.  Let me follow up.  So I asked
12  you what mechanism you believe is at work in the
13  case.
14          A.  Vasoconstriction.
15          Q.  I'm going to come back and ask you
16  about that.
17          So I didn't hear anything about increasing
18  blood pressure?
19          A.  Well, increasing blood pressure may
20  be an effect, but I don't think that's the
21  primary effect, especially if, in fact, he didn't
22  take the medication that morning.
23          Q.  So then let me ask you about cerebral
24  vasospasm.
25          Is there any clinical evidence of that in
00114
 1                    Shields
 2  the medical records?
 3          A.  Well, there is the following; first
 4  of all, you don't need clinical evidence of it.
 5  MO        MR. OETHEIMER:  I move to strike.
 6  MR. OETHEIMER:
 7          Q.  I didn't ask if you needed it.  I'm
 8  asking if there's any evidence.
 9          A.  I'm explaining it to you.
10          MR. OETHEIMER:  Okay, I move to
11  strike the nonresponsive portions and ask
12  you to continue.
13          THE WITNESS:  And I will.
14          MR. OETHEIMER:  Whether I like it or
15  not.
16          THE WITNESS:  Very often,
```
Page 47

                         2-20-07 - Singh - Shields.TXT
17      vasoconstriction will not be visible on
18      imaging studies because the
19      vasoconstriction may be so severe that the
20      vessels become unangiographically
21      recognizable or the blood vessels are too
22      small to be seen in the first place.
23      That's one thing.
24          Second, the vasoconstriction that's
25      induced by these agents can also affect
00115
1               Shields
2       the veins, which are not typically looked
3       at on these studies which drain and can
4       have a back effect pressure on the
5       vasculature.  Thirdly, and I never
6       noticed, and maybe it's present in the
7       chart someplace, a repeat arteriogram
8       which looked at what was called, just give
9       me a second, fibromuscular dysplasia in
10      the internal carotid artery because that
11      could have been vasospasm.
12          So what I would have liked to have
13      seen would have been a repeat study, and
14      it may even have been done, I just didn't
15      find it, which looked at what was present,
16      actually, in the internal carotid artery
17      in the next couple of days, because if it
18      had been fibromuscular dysplasia, it
19      should have been persistent for a period
20      of time.  So maybe that study is out
21      there, I just don't know.
22          If the study doesn't show persistence
23      of that deficit, which I'm not saying one
24      way or the other, I'm just saying it
25      might, I would consider it to be evidence
00116
1               Shields
2       of vasospasm.  Secondly, there was
3       evidence of vasospasm.
4           How do you think he infarcted the
5       right side of his brain?
6           And To be completely fair, it may be
7       that vasospasm happened because of the
8       subarachnoid hemorrhage itself, which may
9       be the original mechanism of vasospasm in
10      some patients who have subarachnoid
11      hemorrhages from vasospasm anyway who take
12      ephedra because a small amount of blood
13      expressed may be all that you see
14      initially in a sub -- in an aneurism that
15      bleeds.
16          That even rises to the level of a
17      name, sentinal hemorrhage, which is
18      recognized by the patient having headaches
19      but obviously happens without the patient
20      having headaches, so it could well be one
21      of the mechanisms by which vasospasm is
22      induced in the subarachnoid hemorrhage
23      related vasospasm that's seen in patients
24      who have aneurisms who take ephedra.
25          There are other reasons it can happen
00117
1               Shields

                              Page 48

                        2-20-07 - Singh - Shields.TXT
2        too.  That's a very long answer.  I'll
3        summarize it.  You don't have to see it.
4        There was something that looked like
5        vasospasm in the carotid on that side.
6            There was never any follow up studies
7        that showed that it was vasospasm.  There
8        was an assumption of FMD, fibromuscular
9        dysplasia, and there was evidence the
10       patient infarcted that right side of the
11       brain.
12   MR. OETHEIMER:
13       Q.  That was a long answer, and let me
14   follow it up with a few, pin a couple of things
15   down with that.
16       You don't dispute that on the report of
17   the angiogram the finding was that there was no
18   evidence of vasospasm seen?
19       A.  I dispute that because there was an
20   interpretation of an area that was called
21   "fibromuscular dysplasia."
22       Q.  Let me back up.
23       You don't dispute that the finding that
24   was reported by the treating physicians was there
25   was no evidence of vasospasm?
00118
1                    Shields
2        A.  You mean after he corrected himself?
3        It was reported --
4        Q.  You told me you have no reason to
5    dispute that it was a typographical error.
6        A.  No, I don't dispute it.  I'm
7    answering your question.
8        Q.  I know you're getting worked up here,
9    but --
10       A.  I'm not getting worked up.
11       Q.  The doctors in the medical records
12   did not report finding evidence of vasospasm,
13   correct?
14       A.  No, I just told you.  In the medical
15   records, it says, "vasospasm."
16       Q.  Where does it say vasospasm?
17       A.  I showed it to you before in the note
18   that I wrote.
19       Q.  The one that was corrected?
20       A.  Yes.
21       Q.  So you accept now with the correction
22   that the treating doctors, Dr. Zablow, and you
23   read his transcript, that he found no evidence of
24   vasospasm?
25       A.  That's what he said.
00119
1                    Shields
2        Q.  Correct?
3        A.  I'll agree that's what he said, but I
4    don't agree that's what he found.
5        Q.  You've already told me, and I want to
6    follow up and ask you about each of the things
7    that you just testified to.
8        So first, in terms of the finding and what
9    he identified as fibromuscular dysplasia, or FMD,
10   you've said, and I think I understand your
11   answer, you said that could be evidence of
12   vasospasm?

                        Page 49

2-20-07 - Singh - Shields.TXT
```
13          A.  Might be.
14          Q.  But you don't know?
15          A.  No.
16          Q.  You would have liked to have seen a
17   test that wasn't done, as far as you know?
18          A.  That's right.
19          Q.  So you can't base an opinion on a
20   finding that wasn't made, correct?
21              MR. RHEINGOLD:  Objection.
22              THE WITNESS:  It's a little too
23   complicated for me to answer.
24   MR. OETHEIMER:
25          Q.  Well, your opinion, you're not
00120
1                    Shields
2    telling me that your opinion depends for its
3    validity on that being vasospasm rather than
4    fibromuscular dysplasia?
5           A.  No, that was an answer to a question
6    that you asked.
7           Q.  I understand, and I'm following up on
8    that question.
9           A.  Here's my opinion.  I don't know if
10   it was vasospasm that was recognized in the neck.
11   I don't know if it was vasospasm, FMD or some
12   other condition.  Nevertheless, it doesn't change
13   my concept.
14          Q.  Okay.  Now, onto the next one, the
15   right side.  You said there is evidence of
16   vasospasm in the records.
17              There was vasospasm on the right side of
18   the brain subsequent to the hemorrhage, right?
19          A.  Well, wait a minute.  There was
20   evidence of, the question you asked me was there
21   evidence of vasospasm.
22          Q.  I understand.
23          A.  Now, as I recall, I'll look at my
24   note, but the infarct on the right side of the
25   brain was seen on the CT scan, not on an
00121
1                    Shields
2    angiogram, so the inference of the vasospasm was,
3    and it's on the right side of the brain, distant
4    really from where the aneurism blew, That that
5    was due to vasospasm.  That's an inference.  It
6    isn't demonstrated, but it's evidence.
7               Am I making myself clear?
8           Q.  Yes.
9           A.  Because that's not the question you
10   asked me.
11          Q.  I understand, and the question I'm
12   asking you now, which I think you already told
13   me --
14          A.  I want to make sure.  I'm pretty sure
15   that it was seen on a CT scan.
16              (Witness perusing document.)
17              It was seen on a CT scan.
18          Q.  You're referring to the CT scan of
19   May 13th, correct, Doctor?
20          A.  The one that's clearest appears to be
21   on May 24th.
22          Q.  And it is commonly understood that
23   vasospasm is a common or at least not atypical
```
Page 50

2-20-07 - Singh - Shields.TXT
```
24     response or sequelae to subarachnoid
25     hemorrhage --
00122
 1                    Shields
 2            MR. RHEINGOLD:  Objection.
 3     MR. OETHEIMER:
 4        Q.  Occurring within 4 to 20 days
 5     afterwards, I think I've seen that.
 6        Do you agree with that?
 7            THE WITNESS:  Should I answer despite
 8        your objection?
 9     MR. OETHEIMER:
10        Q.  He hasn't instructed you not to
11     answer it.  You should answer it.
12        A.  I'd be happy to answer it.  Yes, they
13     typically occur, the vasospasm typically occurs
14     no sooner than four days after the initial ictus,
15     however, four days, there are variations.  Four
16     days is a little bit early, but it could be.
17        Q.  You referred me to a CAT scan on
18     May 24th, so that's two weeks after the event?
19        A.  Yeah, but the one on the 13th also.
20        Q.  Does the one on the 13th report the
21     vasospasm?
22        A.  None of them report vaso -- that's
23     what I'm trying to tell you.
24        Q.  All right.
25        A.  There's hemorrhage in the right basal
00123
 1                    Shields
 2     ganglia and right thalamus.  This doesn't
 3     specifically refer to the effect of vasospasm.
 4        Q.  I think I understand, and I just want
 5     to confirm my understanding of what you've
 6     already told me, which is, you pointed out that
 7     you're doing this, you have a CAT scan, not an
 8     angiogram.
 9        So while it may be suggestive of
10     vasospasm, it's not a finding of vasospasm, per
11     se, correct?
12        A.  Yes.
13        Q.  So far so good?
14        A.  Yeah.
15        Q.  Secondly, because this is after the
16     event, even if it is vasospasm, it may have only
17     occurred subsequent to the subarachnoid
18     hemorrhage and response to it, correct?
19        A.  Yes.
20        Q.  So if I go back and I ask the
21     question, and maybe I should have been more
22     precise in my original question and asked you
23     whether there is evidence in the medical records
24     of vasospasm existing at the time of the initial
25     hemorrhage on May 10th, 2003, I take it you would
00124
 1                    Shields
 2     direct me to the finding of the internal carotid
 3     artery in the neck which was qualified
 4     Fibromuscular dysplasia, which you can't say?
 5        A.  You can't say it's FMD.
 6        Q.  And you haven't reviewed the films?
 7        A.  You can't say from those films
 8     whether it's FMD.
```
                        Page 51

2-20-07 - Singh - Shields.TXT
```
 9          Q.  How can you say if you haven't seen
10     the films?
11          A.  Because all it shows is as an
12     irregularity in the blood vessels.  There are
13     lots of other reasons for it, and somebody that
14     has taken a drug that can induce or a compound
15     that can induce vasospasm, that's in the
16     differential diagnosis.
17          Q.  Now that may be one more thing before
18     we leave the subject.
19          That finding, what Dr. Zablow referred to
20     as fibromuscular dysplasia, was not in the
21     intracerebral circulation?
22          A.  It wasn't demonstrated there.
23          Q.  Where was the finding that he noted?
24          A.  I believe in the left carotid artery,
25     in the neck, which is are where it's usually
00125
 1                    Shields
 2     seen.
 3          Q.  What is usually seen?
 4          A.  FMD. I want to be complete, when it's
 5     seen in the cerebral circulation.
 6          Q.  Right.
 7          So, again, to refine my question a little
 8     further, if I ask you if there is any evidence
 9     you can point to in the medical records of
10     vasospasm existing at the time of the initial
11     hemorrhage on May 10th, 2003, in the intracranial
12     circulation, is there anything you can point me
13     to?
14          A.  There's no angiographic finding that
15     supports that, which doesn't mean that it's
16     excluded.
17          Q.  What findings would support that,
18     your view, as I understand it, it's the blood
19     vessel, yeah, what would we, your opinion or your
20     view is that ephedra can have an effect on the
21     blood vessels?
22          A.  It's not my view.  That's well known.
23          Q.  Is it your view?
24          A.  Of course, but I don't want you to
25     make it appear that it's just my view.
00126
 1                    Shields
 2          You know, that's a little disingenuous,
 3     don't you think.
 4          Q.  You're testifying to your opinions,
 5     and that's all you can testify to?
 6          A.  But I can testify to what's generally
 7     understood, that which is what I'm doing.
 8          Q.  What findings, in other words --
 9          A.  What radiographic findings would
10     there be?
11          Q.  Right.
12          A.  Well, one thing would be very thin
13     wire-like vessels where the vessels were of a
14     smaller caliber than they should be.  Another
15     would be a beaded pattern.
16          Another would be a very thin pattern of
17     flow beyond the area of vasospasm, and the last
18     thing would be the presence of collateral
19     circulation, or you may see nothing whatsoever,
```

2-20-07 - Singh - Shields.TXT
20   but a corrugated appearance, as is described in
21   the internal carotid artery in this case, is also
22   consistent with vasospasm.
23          Q.   I'm sorry, the last, could you read
24   that back to me?
25          A.   Corrugated appearance.
00127
1                    Shields
2          Q.   What blood vessels?
3          A.   As was described in the internal
4    carotid artery in this case.
5          Q.   The internal carotid artery in the
6    neck?
7          A.   In the neck.  You seem to be getting
8    confused.
9          Q.   No, I'm not confused.  I just want
10   the record to be clear.
11          This is what Dr. Zablow called the
12   fibromuscular dysplasia?
13          A.   Yes.
14          Q.   And I understand you may see nothing
15   whatsoever, but I just want to understand, is
16   this a case where, other than that finding of the
17   corrugated appearance in the carotid artery in
18   the neck, is this a case where we see nothing
19   whatsoever in the brain itself, or is there any
20   other finding you can point to, whether a beaded
21   pattern or any of the angiographic findings you
22   just pointed to?
23          A.   None are reported.  I haven't seen
24   the films myself.
25          Q.   The beading pattern, is that
00128
1                    Shields
2    something that you would expect a competent
3    neurologist to note in a report?
4          A.   If it were present.
5          Q.   And the fact that it was not noted
6    then would suggest to you that it was not
7    present?
8          A.   Probably not.
9          Q.   What results in the beading pattern?
10          Maybe you can just explain what you mean
11   by the beading pattern.
12          A.   Like a string of beads, areas of
13   abnormal widening and areas of abnormal
14   dilatation.  Dilatation and widening are the same
15   thing.  Constriction.
16          Q.   One quick thing, I refer, this is the
17   top of page three of your report, we talked about
18   whether that cup of tea that morning, you say,
19   "Usually imbibed a cup of tea and two alcohol
20   drinks per day"?
21          A.   Yes.
22          Q.   Again, I believe his testimony was
23   that he consumed more like three cups of tea a
24   day.  Let me see if I can find that for you.
25          I'll show this to you, you had asked me if
00129
1                    Shields
2    I knew of errors to call to your attention, so I
3    direct you to pages 234 and 235 of Mr. Singh's
4    deposition transcript.
                         Page 53

                         2-20-07 - Singh - Shields.TXT
    5              (Witness perusing document.)
    6         A.   So it says one to three.
    7         Q.   One to three, and he also says that
    8    he drank Lipton tea?
    9         A.   Yeah.
   10         Q.   And presumably, it doesn't indicate
   11    that it was caffeinated.  You gave a range before
   12    of caffeine content of teas and said it can vary
   13    as to how it's brewed.
   14              Any range on Lipton tea?
   15         A.   It depends on how you brew it.
   16         Q.   Steep it longer, it's going to be
   17    stronger.
   18              Any indication that Mr. Singh, having an
   19    Indian background, that he drank it stronger?
   20         A.   Not to my knowledge, could be.
   21         Q.   There's also in your report a
   22    reference to his consumption of alcohol?
   23         A.   Yes.
   24         Q.   And I think, what did you say, two
   25    drinks per day?
00130
    1                   Shields
    2         A.   That's what he said.
    3         Q.   Is that a risk factor for hemorrhagic
    4    stroke?
    5         A.   It slightly increases the likelihood
    6    of hemorrhagic stroke, but the thing that really
    7    with alcohol, it really increases the likelihood
    8    of hemorrhagic stroke is binge drinking, heavy
    9    drinking, so I consider that negligible in this
   10    case, the alcohol effect.
   11         Q.   That presents some increased risk of
   12    hemorrhage?
   13         A.   It theoretically does, but at this
   14    level, it's a negligible effect.  It's binge
   15    drinking that you really --
   16         Q.   I was going to say, you rely on his
   17    testimony was two drinks a day, beer, wine.
   18         I'm sure in your own practice, you are
   19    familiar with the underreporting syndrome when it
   20    comes to alcohol consumption?
   21         A.   Yeah.
   22         Q.   At what point would you, is anything
   23    short of binge drinking, would anything short of
   24    binge drinking be a significant contributor?
   25              MR. RHEINGOLD:  Objection to form.
00131
    1                   Shields
    2              THE WITNESS:  Well, you have to look
    3              at the way in which alcohol promotes
    4              intracerebral hemorrhage.  It does
    5              partially because people who drink alcohol
    6              often smoke.  So if you start to winnow
    7              out the things that it does, it produces
    8              bouts of hypertension and more importantly
    9              interferes with liver function, and you
   10              need a good liver to make the coagulation
   11              factors that effect you.
   12              So if you have low alcohol, which in
   13              this case it appears to be, then it
   14              becomes relatively unimportant unless you
   15              binge drink.
                              Page 54

2-20-07 - Singh - Shields.TXT
16  MR. OETHEIMER:
17       Q.  Do you know whether Mr. Singh ate on
18  the morning of his stroke?
19       A.  I don't know.
20       Q.  Is that important for you to know?
21       A.  Well, anything, any piece of
22  information could be important.  Offhand, I don't
23  see any important aspect to it that springs to
24  mind, but if you have information, I'm happy to
25  incorporate it.
00132
1                     Shields
2        Q.  I'll represent, I believe his
3   testimony was that he had not eaten breakfast
4   that morning.
5        A.  I don't think that makes much
6   difference.
7            MR. OETHEIMER:  Why don't we take
8        five minutes off the record.
9            (Discussion held off the record.)
10           (Time noted:  3:02 p.m.)
11           (Recess taken.)
12           (Time noted:  3:09 p.m.)
13  MR. OETHEIMER:
14       Q.  Doctor, as we've discussed,
15  Mr. Singh's subarachnoid hemorrhage resulted
16  directly from rupture of an aneurism, correct?
17       A.  Yes.
18       Q.  And is that, in fact, how most
19  subarachnoid hemorrhages occur?
20       A.  About 85 percent.  75 to 85 percent
21  happen because of an aneurysm.
22       Q.  And do you know whether that aneurysm
23  was congenital or developmental?
24       A.  Well, congenital and developmental,
25  the way I use the terms are the same thing.
00133
1                     Shields
2        Q.  Okay.  I'm using the term
3   "congenital" as maybe not medically appropriate,
4   something that existed from birth?
5        A.  Well, these are all considered to be
6   congenital saccular aneurisms, which are
7   developmental.  So the defect, in most cases, is
8   present from birth, but it's with the development
9   of the vascular tree and the stresses that are
10  applied to it that the aneurism becomes
11  important.  That's why the frequency of rupture
12  increases with increasing age, even though the
13  peak age is 55 or 50, 50 to 60, and it's rare to
14  see an aneurism that ruptures before the age of
15  20.
16          It's rare to find aneurisms before the age
17  of 20, but they're very plentiful in the
18  population.  So developmental and congenital are
19  the same thing.  Whereas, if you use the word
20  "developmental" in the sense of acquired like
21  from a mycotic aneurism, then you can say they're
22  developmental, but that's not how the term is
23  used.
24       Q.  Do you agree with this statement:
25  "Subarachnoid hemorrhage accounts for only five
00134
                     Page 55

                        2-20-07 - Singh - Shields.TXT
1                       Shields
2    percent of strokes but occurs at a fairly young
3    age"?
4              A.   First of all, I don't agree to
5    anything that I don't read myself.  Secondly,
6    that's completely opposite to what I just said
7    because it doesn't define what a young age is,
8    and I told you what the peak age of rupture is,
9    so if you consider that to be young, to me,
10   that's not young, that's middle aged.
11             Q.   Let me ask you actually one follow up
12   question that I meant to ask you before.  In your
13   long range answer, you made reference to sentinal
14   headache or sentinal hemorrhage.
15             Do you recall that testimony?
16             A.   Yes.
17             Q.   Is there any clinical evidence that
18   in this case Mr. Singh suffered from a sentinal
19   headache prior to the morning of May 10th?
20             A.   There's no clinical evidence of it.
21             Q.   Is there some other evidence?
22             A.   That's all I know is clinical
23   evidence.  I'm a clinical neurologist.
24             Q.   If you tell me there's no clinical
25   evidence, there's no evidence?
00135
1                       Shields
2              A.   That doesn't mean that.  There may be
3    other things to know about.  For example, if this
4    patient had been operated on, I mean, the old
5    fashioned way, and you found old blood lying
6    around the aneurism, that would mean there had
7    been a sentinal hemorrhage.  I don't have that
8    information.
9              Q.   Because they put coils in here.  They
10   didn't operate to clip the aneurism.
11             A.   Right.  They did electrocoagulation.
12             Q.   You have no evidence that there was a
13   sentinal headache the morning of May 10th?
14             A.   That's what I just said.  It couldn't
15   be more clear.
16             Q.   I'll show you this article and we can
17   mark it.
18             (Defendants' Exhibit 12, document,
19      marked for identification, as of this date.)
20             I don't think I have, I just have one copy
21   with me.  This is a review article published just
22   several weeks ago in the "Lancet" entitled
23   "Subarachnoid Hemorrhage."
24      We'll have to share one copy.  I'm not going
25   to take you through it, but I do, since I will
00136
1                       Shields
2    ask you, in terms of incidence, I'll ask you
3    whether you agree with a couple of the statements
4    that appear here.
5              MR. RHEINGOLD:  Just for the record,
6              since we don't have copies, can you cite
7              the full name, the author?
8              MR. OETHEIMER:  It's titled
9              "Subarachnoid Hemorrhage," the British
10             spelling, from the Lancet Volume 369,
11             dated January 27th, 2007, the actual, so

                              Page 56

2-20-07 - Singh - Shields.TXT
12      it's Lancet 2007, Volume 369, pages 306 to
13      318.
14              THE WITNESS:  February 27, 2007?
15              MR. OETHEIMER:  Did I say February?
16      January 27th, 2007.
17 MR. OETHEIMER:
18          Q.  I think it said aneurisms are the
19 cause of subarachnoid hemorrhages in 85 percent
20 of cases.
21          Do you agree with that, not as a
22 percentage, but as a ball park?
23          A.  I believe I said that.
24          Q.  Although it says that, "Although the
25 incidence increases with age, half the patients
00137
1                   Shields
2 are younger than 55 years at the time of
3 subarachnoid hemorrhage."
4          Do you agree with that?
5          A.  Well, that's a statistic you can
6 discuss.  It depends on what series you look at.
7          Q.  I've seen it referred before that age
8 55 is sort of the mean.
9          Would you agree that many subarachnoid
10 hemorrhages occur in people below age 50?
11          A.  Some do.
12          Q.  In your report at page, the top of
13 page ten --
14          A.  Ten.
15          Q.  Actually, the sentence I want to ask
16 you about begins the bottom of page nine.
17          A.  Yeah.
18          Q.  The statement is that, "However, the
19 natural history of most cerebral aneurisms is
20 overwhelmingly to never rupture; out of
21 approximately 15,000,000 cerebral aneurisms
22 harbored in the U.S. population, there are only
23 about 30,000 ruptures per year."
24          Do you see that?
25          A.  Yes.
00138
1                   Shields
2          Q.  That would be the risk of population
3 walking around with aneurisms, how many are going
4 to have a rupture in a given year?
5          A.  Yes.
6          Q.  The lifetime risk would be greater;
7 those people are walking around the aneurisms
8 year after year?
9          A.  That's true, but one other thing,
10 since we're being very precise.  First of all,
11 there are those who think that aneurisms, this is
12 basically on the assumption that aneurisms occur
13 in approximately 6 or 7 percent of the
14 population.  There are studies which suggest that
15 it might be, especially if you consider small
16 ones, as many as 17 percent of the population
17 have aneurisms, that's number one.
18          Number two, amongst the 30,000, I just
19 rounded that out, most estimates are 28,000, but
20 there could be 30,000, I wouldn't doubt that.  A
21 certain percentage of that is reruptures.  So the
22 number is even probably, in terms of probability,

2-20-07 - Singh - Shields.TXT

23    greater.
24          Q.  Let me ask, many people have very
25    small aneurisms?
00139
1                     Shields
2          A.  That's correct.
3          Q.  Never --
4          A.  Well, theoretically, aneurisms start
5     out small and they get bigger, and that's what
6     has to do with all these factors in life,
7     including those of just --
8          Q.  Including smoking?
9          A.  Including smoking and taking drugs
10    and compounds like ephedra.  We're talking about
11    hemodynamic and wearing down effects.  That's why
12    increasing age is a risk for blowing your
13    aneurism.
14          It's a wearing down process, but anyway
15    I'm going to your question of the size.  They're
16    all small at one time, most of them.  Almost all
17    of them were small at one time.
18          Q.  As they grow, does the risk of
19    rupture increase?
20          A.  Yes.
21          Q.  All things being equal?
22          A.  That's well known.
23          Q.  What other factors would dispose an
24    aneurism to, you know, increase the likelihood of
25    rupture?
00140
1                     Shields
2          A.  Well, I started to go into that
3     before.  Binge drinking; cigarette smoking,
4     especially on the day; use of drugs like
5     ephedra-containing products; alterations of blood
6     pressure; chronic blood pressure and acute blood
7     pressure elevations; wearing down processes;
8     jetting of flow; alteration of direction of flow;
9     pulsatile flow; turbulence of flow; vibration of
10    the aneurism; pregnancy; sex; disease; activity;
11    lack of activity.  I can go on for a very long
12    time.
13          Q.  You have, and I apologize.  My
14    question was imprecise.  We did go over all that.
15          A.  I didn't get to tell you all that.
16          Q.  Actually, in my last question, I was
17    focussing, and I apologize, it was not clear.  I
18    meant to focus on whether there were things about
19    the aneurism itself, in terms of its size,
20    location, appearance, that predispose to rupture
21    from whatever instigating factors may result in
22    that.
23          A.  So what is your question?
24          Q.  Other than size, you've told me that
25    increased size increases the likelihood of
00141
1                     Shields
2     rupture, right?
3          A.  Yes.
4          Q.  Are there other things about the
5     aneurism, itself, in terms of where it is in the
6     brain, in terms of the aneurism itself that would
7     make it more likely to rupture?

                          Page 58

2-20-07 - Singh - Shields.TXT
```
 8          A.  Well, the most important factors in
 9   terms of its rupturing are physiologic and
10   dynamic factors, as I just started to reel off. I
11   take it that you mean, is there some structural
12   aspect of the aneurism which would make you think
13   it would tend to rupture.
14          Q.  Or are aneurisms in a particular area
15   of the brain more likely to rupture than another?
16          A.  Well, aneurisms in the subarachnoid
17   space are more likely to rupture than other
18   aneurisms, and aneurisms that have obviously thin
19   walls are prone to rupture; and aneurisms that
20   have previously ruptured tend to rupture, and the
21   only physical characteristic of an aneurism
22   that's been shown in studies that tells you
23   whether an aneurism is going to rupture or not
24   is, in fact, the size.
25          And teats don't matter, and if you like,
00142
 1                 Shields
 2   I'll give you the references to save ourselves a
 3   lot of trouble.  So you might want to write this
 4   down; Thorolf Sundt, T-H-O-R-O-L-F  S-U-N-D-T,
 5   New England Journal of Medicine, I don't remember
 6   the issue, but it's easy to find.  And also
 7   Lokesely, L-O-K-E-S-E-L-Y, in "The Cooperative
 8   Study Of Aneurysms And Arteriovenous
 9   Malformations," and it's also in some commonly
10   read textbooks.  I believe Lou Kaplan's.
11          Q.  Stroke?
12          A.  I think it's in his, but anyway, the
13   classical references I gave to you.
14          Q.  First of all, in terms of size, the
15   size of Mr. Singh's aneurism?
16          A.  It's in the range of the most common
17   size that ruptures.
18          Q.  7 to 10 millimeters?
19          A.  Yes, five to 10 are the most commons
20   size, although, if you have a bigger one, you
21   have a bigger chance, but there are more 5 to
22   10ers around than giant aneurisms.
23          Q.  How about the location.  I've got a,
24   this is a review article from the New England
25   Journal of Medicine, New England Journal of
00143
 1                 Shields
 2   Medicine, Volume Five, pages 928 to 939?
 3          A.  Who is the author?
 4          Q.  I'll hand you a copy.
 5          A.  By Schipp?
 6          Q.  Review Article On Cerebral Aneurisms.
 7          A.  Yes.
 8          Q.  Do you know the author?
 9          A.  Yes.
10          Q.  Really, I found this useful, and also
11   I'd like to direct you to the second page, page
12   929, since we don't have the films here in front
13   of us, perhaps you can use this Figure One to
14   locate where you understand Mr. Singh's aneurism?
15          A.  Well, let's see, they say it's a
16   lobular -- they have an exact description here.
17             MR. OETHEIMER:  I'll mark this
18          article as Exhibit 13.
```
                         Page 59

2-20-07 – Singh – Shields.TXT
```
19          (Defendants' Exhibit 13, document,
20      marked for identification, as of this
21      date.
22          THE WITNESS:  Well, according to
23      this, this is at the, seven by five, for
24      the left internal bifurcation aneurism.
25      That would be right here.
00144
1                   Shields
2   MR. OETHEIMER:
3          Q.  Right, and that would be pointing to?
4          A.  I'll make a circle if you want.  That
5   was the description.  As I said, I wasn't there.
6          Q.  And you've circled the internal
7   carotid artery bifurcation?
8          A.  Yes.
9          Q.  And that's where the internal carotid
10  artery basically splits, and the middle cerebral
11  artery goes in one direction and the interior
12  cerebral artery goes in another?
13         A.  Yes.
14         Q.  That's one of the areas that
15  aneurisms commonly form?
16         A.  Well, they all, the greatest number
17  of them are in that area.  I don't mean that
18  area, the anterior part of the circle of willets
19  is where they commonly form.
20         Q.  And do they commonly form at points
21  of bifurcation?
22         A.  Yes.
23         Q.  What percentage of those form at
24  areas of bifurcation?
25         A.  A high percentage.  I don't know the
00145
1                   Shields
2   exact percentage.
3          Q.  Are aneurisms at a point of
4   bifurcation at greater risk of rupture than
5   aneurisms that are not?
6          A.  You'd have to be more specific.  The
7   peripheral aneurisms tend to rupture not as
8   often.
9          Q.  Now, the references that you gave me,
10  as I understand, are on the issue of teats,
11  whether --
12         A.  On what physical elements of the
13  aneurism is predictive of blowing.
14         Q.  And --
15         A.  There are others too.  Those are just
16  the most classic.
17         Q.  What physical elements are predictive
18  of rupture?
19         A.  Size.
20         Q.  How about you mentioned thinness?
21         A.  Thinness of the dome.
22         Q.  Of the dome.  What I understood from
23  Dr. Zablow's testimony, and you obviously, you
24  can tell me what you think, but what I understood
25  him to say is that this particular aneurism of
00146
1                   Shields
2   Mr. Singh had two teats or domes, correct?
3          A.  Not domes, the teats are projections
```
Page 60

2-20-07 - Singh - Shields.TXT

```
 4  from the domes.
 5           Q.  Is the teats?
 6           A.  From the dome, singular.
 7           Q.  Okay, one dome, two teats?
 8           A.  In this case.  Well, I don't want to
 9  be petty, but this was a lobular, so there was
10  more than one dome.
11           Q.  What does lobular mean?
12           A.  It's like, lobular, it's like a three
13  leaf clover.
14           (Discussion held off the record.)
15  MR. OETHEIMER:
16           Q.  The teats project from the dome?
17           A.  Yes.
18           Q.  Are the teats area where the vessel
19  or where the surface is stretched even thinner?
20           A.  Yes.
21           Q.  So are those areas that are
22  predisposed or disposed to rupture?
23           A.  Well, those are the areas which might
24  rupture, and they may be on the way to rupture,
25  but you can have teats without them rupturing,
00147
 1               Shields
 2  and the studies that I mentioned before show that
 3  teats, per se, do not predict rupture; and a lot
 4  of thinking of this is derived from the old way
 5  of trying to figure out which aneurism bled, but
 6  we don't have to do that anymore.  And also,
 7  well, anyway that's all I have to say about that.
 8           Q.  So, teats, per se, your view, may
 9  not --
10           A.  Predict rupture.
11           Q.  Predict rupture?
12           A.  But the thinness does.  That is an
13  area where the rupture might occur, but they
14  don't predict that they're going to rupture.
15           Q.  Do you recall --
16           A.  And also, if you have a condition
17  which is challenging the blood vessel wall, like
18  an alteration of flow, turbulent flow, jet flow,
19  vibratory flow, pulsatile flow, it may push out a
20  teat; and that may be a weakening of the wall,
21  but that's an effect of the wearing down process,
22  whatever that wearing down process is that's
23  producing that wearing down.  So that would be
24  quite consistent with the use of ephedra over the
25  course of the year, so that doesn't change
00148
 1               Shields
 2  anything.
 3           Q.  Do you know --
 4           A.  And if you think that the teats were
 5  always there, you have the situation of smoking
 6  for 28 years with teats and never a rupture, so
 7  it's illogical.
 8           Q.  Do they get increasingly thin with
 9  wear and tear?
10           A.  They might.  It depends on what
11  happened.  Actually, there's ways in which the
12  smoking protects the teats because smoking
13  produces clotting, and if you get some clotting
14  at the orifice of the teat, it may, in fact,
```

Page 61

                        2-20-07 - Singh - Shields.TXT
15   protect the teat.
16          Q.  Do you recall Dr. Zablow's testimony
17   regarding his physical observations concerning
18   these teats?
19          A.  I'd have to read it.
20          Q.  And I'll hand it to you, for the
21   record.  He described a finding that he had two,
22   I call it "teats."  Teats, he has teats or domes.
23          "Question:  Are they also just intimal
24   lining?
25          Answer:  They're intimal lining that's
00149
1                    Shields
2    already become thinner, so they're extremely
3    thin."
4           That's page 64 of Dr. Zablow's deposition.
5    I would also direct you to page 67.
6           A.  Well, first of all, he didn't
7    visualize that.  You mean he was able to look
8    inside the teat?
9           He was talking about what the arteriogram
10   looked like.  The presumption is the teat is an
11   area of thinning.
12          Q.  You're saying he could not have
13   visualized it?
14          A.  That's right.  He could visualize the
15   presence of the teat and infer from that that is
16   a point of weakness, which is obvious.
17          Q.  Based on that, I don't need to show
18   this to you, but I'm happy to read it to you.
19          A.  I'd rather see it.  I like to see it
20   for myself.
21          Where is it?
22          Q.  Page 64, I read from, between pages
23   64 and 67.  I believe he testifies regarding that
24   subject.
25          (Witness perusing document.)
00150
1                    Shields
2           A.  I see what he says.  Here's one of
3    the things.  This may save some trouble.
4           One of the things that I saw Dr. Zablow
5    said is not in agreement with what everybody else
6    thinks, which is, on page 66, he says, "In the
7    United States, per year there are about 60,000
8    subarachnoid hemorrhages of which 50,000 are
9    probably ruptured aneurisms," and this thing that
10   you cited yourself, oh, no, you didn't cite it.
11   He's 100 percent wrong.
12          Q.  Well, you think his numbers are
13   overstated but his percentages are right?
14          A.  The percentage of subarachnoid
15   hemorrhages --
16          Q.  Which are due to ruptured aneurisms?
17          A.  Which is in the eighties.  I told you
18   before, it's a level of information.  He also
19   says three percent.  Seems adequate to me, but
20   it's okay.  He says the frequency is three
21   percent, which most people, as I say, will think
22   it's 5 to 9 percent and some as high as
23   17 percent.  I accept the five percent.
24          Q.  While we're on Dr. Zablow, let me ask
25   you this.
                        Page 62

2-20-07 - Singh - Shields.TXT
00151
```
 1                   Shields
 2          Having reviewed the medical records, do
 3   you have any criticism of the treatment Mr. Singh
 4   received?
 5          A.  I would say no, but there are some
 6   things that are missing that I would like to know
 7   about.
 8          Q.  What are those?
 9          You've identified --
10          A.   The repeat angio, if there were one,
11   and there were a lot of blood tests that I would
12   have liked to have seen that I didn't get, lab
13   studies, but on the whole, it seemed to me he was
14   very well taken care of.
15          Q.   The one lab study, let me actually
16   ask you a question about that because I skipped
17   over that.
18          On page three of your report, Exhibit 1,
19   there was a tox screen done, correct?
20          A.  Yes.
21          Q.  And it was negative for everything
22   reported there?
23          A.  Yes, it was negative for
24   amphetamines, which is the one we'd be interested
25   in, in this situation, but the amphetamine
```
00152
```
 1                   Shields
 2   determination for ephedra products depends on the
 3   method that's used, and you, I don't even know,
 4   the most modern way to do this, but the old way
 5   to do it was if you were really looking for
 6   ephedra, you would have to do gas chromatography,
 7   which may have been done here.  I doubt it.  It's
 8   a very old fashioned way to do it.  So the
 9   negatively of amphetamine doesn't tell you
10   anything.
11          Q.   Without knowing what the lab protocol
12   was, you really don't know whether this tells you
13   anything.
14          In other words, we know it's negative,
15   nothing's reported?
16          A.  No, you're overstating it.  There are
17   lab procedures which, when you're testing for
18   amphetamines, may show the presence of ephedra,
19   but they don't necessarily show that.  So
20   negative doesn't mean as much as positive.
21          Do you understand?
22          Q.  Mm-hmm.
23          A.  This doesn't tell me whether there
24   was ephedra there or not.  If it were positive, I
25   might say there was ephedra there because they
```
00153
```
 1                   Shields
 2   might do a secondary test.
 3          Q.   Your point is having simply a
 4   reporting that is negative for amphetamine on
 5   this tox screen does not rule out the presence of
 6   ephedra in his bloodstream.  It doesn't establish
 7   the presence, but it doesn't rule it out.
 8          A.  Doesn't do anything.
 9          Q.   However, if we knew more about how
10   that tox screen was done, we might know the
```
Page 63

```
                    2-20-07 - Singh - Shields.TXT
11  answer to that question?
12          A.  Most of the modern tox screens which
13  test for amphetamines do not show the ephedra.
14          Q.  But you have not done any
15  investigation to determine how this one was done?
16          A.  I don't know.
17          Q.  A few sort of the stray odds and
18  ends, let me ask you, blood pressure, are there
19  diurnal variations in blood pressure?
20          A.  Yes.
21          Q.  And, typically, when does systemic
22  blood pressure peak in most people?
23          A.  It varies.  It's highly dependent
24  upon, in fact, on the economic status.  Your
25  blood pressure tends to universally fade during
00154
 1                    Shields
 2  the night and then comes up during the day.  Then
 3  it peaks at various times, depending upon your
 4  attitude towards your life.
 5          For example, strokes occur more commonly
 6  on Mondays in people who have low socioeconomic
 7  status.  That's because they don't like their
 8  jobs and they're anxious about it.  That's
 9  related to their blood pressure.  So I can't
10  generalize beyond that.
11          Q.  Is it fair to say that the morning,
12  say between the hours of 8 and 10 a.m. in the
13  morning at least typically tends to be a period
14  of higher blood pressure readings in most
15  individuals?
16          A.  Yes, in general, in general.
17          Q.  Blood pressure fluctuates?
18          A.  From instant to instant.
19          Q.  So in terms of transient increase in
20  blood pressure, we all have them, all the time?
21          A.  Yeah, you're having them now.
22          Q.  One of your prior answers, you
23  mentioned that the stress -- I may not have this
24  exactly, so I'm happy to have you sort of
25  clarify, but the stresses and forces, you made
00155
 1                    Shields
 2  reference to jetting in the internal cerebral
 3  vasculature, correct?
 4          A.  Internal cerebral vasculature,
 5  cerebral vasculature.
 6          Q.  Yes.
 7          A.  Yes.
 8          Q.  Do you believe that played a role in
 9  Mr. Singh's hemorrhage?
10          A.  Yes.
11          Q.  Do you believe that ephedra had some
12  effect on the vessels in his brain?
13          A.  Yes.
14          Q.  And how does that, the wear and tear
15  that you refer to, the wear and tear of the blood
16  flow through the vessels, then, how does that
17  impact that?
18          A.  Well, if you have an area of weakness
19  in your system, like an aneurism, and I don't
20  only confine it to aneurisms, but in the instant
21  case, aneurisms, if you have an agent which
                    Page 64
```

2-20-07 - Singh - Shields.TXT
```
22  produces alteration in the caliber of blood flow
23  around that structure and does it even
24  intermittently, it will produce an alteration of
25  the radiologic nature of the blood flow.  It will
00156
 1              Shields
 2  cause areas of turbulence, it will cause
 3  vibration.  It will cause areas of direction of
 4  blood flow, in fact, that's a good way to get a
 5  teat.  It's like focussing a fire hose on a
 6  point.
 7      Turbulence, vibration and adds to pulsatile
 8  flow.  It produces areas of faster flow and
 9  slower flow and also areas of increased pressure,
10  and that's obvious.  It's like dropping a rock in
11  a stream.  On top of that, the area around an
12  aneurism typically has a defect in auto
13  regulation, and you need autoregulation in order
14  to protect vasculature in the brain; and the
15  effect of ephedra producing vasoconstriction
16  tends to override the autoregulation which makes
17  the weakened part even more vulnerable to
18  excesses flow, all those things I just said and
19  all those hemodynamic effects.
20      Q.  Does it make any difference,
21  Dr. Zablow, in his testimony, and I will show
22  this to you on page 36, "The one thing that is
23  evident from the angiogram is the problem is not
24  a hemodynamic flow related problem involving the
25  brain in the sense that the cerebral circulation
00157
 1              Shields
 2  is put together in a way that one of the carotid
 3  arteries is the dominant to the two carotid
 4  arteries and is supplying a disproportionate
 5  amount of vascular territory in the brain, then
 6  there may be hemodynamic consequence in regards
 7  to the arteries that are in the neck that come
 8  off the aorta to supply the brain.  In this
 9  particular circumstance, the dominant carotid
10  artery circulation is actually contralateral
11  right side, so that would indicate then the
12  changes in the carotid artery on the left side
13  would not the result of hemodynamic stress on the
14  carotid artery so rather there's."  He goes on.
15      Do you agree or disagree that where this
16  aneurism was located was not the area where
17  basically the blood was dominantly flowing, and
18  does that have any bearing on your opinion?
19      A.  I think what he says is utter
20  nonsense, and I totally understand what his point
21  is, but is the, your understanding that he's
22  saying that this vessel, this vessel weakness,
23  the aneurism, was not a result of blood flow;
24  then why would it ever blow if it doesn't have a
25  hemodynamic basis to it?
00158
 1              Shields
 2      I think he kind of lost himself in there.
 3      Q.  Do you, let me just ask, do you
 4  agree --
 5      A.  Wait a minute.  Let me read this
 6  again.  I'm trying to make some sense of it.
```
                    Page 65

2-20-07 - Singh - Shields.TXT
```
 7  Maybe it's transcribed wrong.
 8         Well, the question was, "Did the
 9  appearance of the artery tell you or suggest to
10  you what period of time that flow problem had
11  been in existence?"
12         "Answer:  No, the one thing that is
13  evident from the angiogram is that the problem is
14  not a hemodynamic flow problem in the sense that
15  the cerebral circulation is put together in a way
16  that one of the carotid arteries is dominant."
17         I don't agree with it.  Given its most
18  sentient possibilities, I don't agree with it.
19         Q.  Do you agree that the area where this
20  aneurism was found is not where the dominant
21  carotid artery circulation is?
22         A.  I'd have to see the arteriogram
23  myself to make that determination.
24         Q.  You used the term, and we'll clean
25  up, in the report you used the term "segmental
00159
 1                 Shields
 2  constriction."
 3         A.  Yes.
 4         Q.  That's what we've been talking about?
 5         A.  Vasoconstriction.
 6         Q.  Then I don't need to ask you anything
 7  further?
 8         A.  I explained why it's segmental
 9  because the muscular wrapping around the blood
10  vessels is not continuous, it's more like a
11  spiral, so that when you get a constriction, you
12  get areas of narrowing and areas of dilatation.
13  You don't get a flattening unless it's extremely
14  severe.
15         Q.  You make reference, while looking
16  here on page eight, you make reference to an
17  amphetamine.
18         Amphetamine and ephedrine and
19  phenylpropanolamine are all, as I understand,
20  that are all sympathomimetic compounds?
21         A.  Yes.
22         Q.  You would agree, however, that there
23  are significant differences between various
24  sympathomimetic compounds?
25         A.  I do.  For example, alpha one and
00160
 1                 Shields
 2  beta one constriction is greater with ephedrine
 3  than it is with amphetamines.  Amphetamines is a
 4  more exciting, cerebral excitatory agent than any
 5  of the others, but it doesn't have the same
 6  vasoconstrictive effects, although it does have a
 7  greater capability of producing arteritis, And
 8  I'll give you a reference for that too.  That's
 9  in Gilman and Gilman.
10         Q.  But would you agree you cannot take
11  studies involving amphetamines and unthinkingly
12  translate them to phenylpropanolamine or
13  ephedrine?
14         A.  It's reasonable to analogize, we do
15  that all the time in medicine.  We're not saying
16  that's exactly the same, but you have a model
17  that works.  So it's reasonable to accord some of
```

2-20-07 - Singh - Shields.TXT
```
18   the same characteristics to a compound.
19        I gave you a reference to that too in the
20   bibliography, the extra one that I gave you.
21   It's reasonable to analogize from one drug to
22   another.
23        Q.  Exhibit 4?
24        A.  Might be the next one, maybe not.  If
25   it isn't here, I'll give it to you.  Well, you
00161
1                Shields
2   can look at both of these over here, but there's
3   another, there's another better reference for it.
4        Anyway, the reference only supports my
5   notion of this, which is that it is reasonable to
6   analogize similar compounds in terms of their
7   effects, and I'll give you that reference if you
8   want me to.
9        Q.  Okay.
10        A.  But I think you'll find it in the
11   Lasagna articles too, Louis Lasagna.
12        Q.  You say cigarette smoking was a
13   predisposing risk factor?
14        A.  Yes.
15        Q.  Just explain to me what you --
16        A.  I think it weakened the wall of the
17   aneurism, and I think it also probably made this
18   man subject to surges of blood pressure, like any
19   smoking would do, which is part of the wearing
20   down effect.
21        Q.  When you say surges of blood
22   pressure, any increase?
23        A.  Systemic blood pressure.
24        Q.  Such as could occur with a cup of
25   tea?
00162
1                Shields
2        A.  Yes.
3        Q.  Or exercise?
4        A.  Well, exercise is complicated.
5   Exercise, typically, will increase systolic blood
6   pressure, not so much diastolic.  In some people
7   it reduces blood pressure.
8        Q.  Okay?
9        A.  But that's a complicated thing.
10        Q.  I'm not sure how much he exercised.
11   How about sexual relations?
12        A.  Well, exercise and sexual relations
13   do have an effect, but just as many blown
14   aneurisms occur in sleep and just sitting around.
15        Q.  And the normal diurnal variations in
16   blood pressure?
17        A.  Yeah, but it's impressive, I mean,
18   it's impressive what happens when somebody's
19   lifting weights, where we have the Valsalva
20   effect and we see dramatic alterations in blood
21   pressure.
22        Q.  You referred earlier to the
23   Morganstern paper, and I do have a copy of it.
24          (Defendants' Exhibit 14, document,
25          marked for identification, as of this
00163
1                Shields
2        date.
```
Page 67

2-20-07 - Singh - Shields.TXT
```
 3   MR. OETHEIMER:
 4        Q.  There you go, Exhibit 14.
 5            (Witness perusing document.)
 6        A.  What about it?
 7        Q.  I just wanted to give you a chance to
 8   look at it.  This is, frankly, Doctor, this is
 9   more for the record, since we referred to it
10   earlier; you referred to it in your testimony,
11   and I asked you a question or two about it, but
12   this is the Morganstern paper which you referred
13   to earlier?
14        A.  Yes.
15        Q.  Which was an outgrowth of the
16   Hemorrhagic Stroke Project, the paper that was
17   published where they looked at the data they had
18   with respect to ephedra and hemorrhagic stroke?
19        A.  Yes.
20        Q.  And the specific finding, at least in
21   the abstract here, was ephedra was not
22   associated, at least they did not find a
23   statistically significant association between
24   ephedra and hemorrhagic stroke, although they
25   noted a trend at doses above 32 milligrams.
00164
 1                   Shields
 2        Is that what you referred to earlier?
 3        A.  Yes.  Well, if you read it, it's
 4   exactly what it says.  This is the abstract.
 5        Q.  Well, if we're going to read it
 6   exactly, I guess, do you know if the authors
 7   wrote the abstract or the New England Journal
 8   did.
 9        A.  I don't know.
10        Q.  Why don't we refer to the paper.  I
11   know refer to the abstract.
12        A.  The abstract is typically written by
13   the authors and might be edited by the editors,
14   that's the way it's usually done, but exactly
15   what happened here, I don't know.
16        Q.  In the discussion --
17        A.  But to read the abstract, the last
18   sentence says, "Ephedra is not associated with
19   increased risk for hemorrhagic stroke except
20   possibly at higher doses," and then the paper
21   itself, I believe, it says, "For daily doses less
22   than, equal or less than 32 milligrams a day, the
23   relative risk was 1.54, was, let's see, was .13,
24   but it was 3.59 for doses above 32 milligrams a
25   day."  That's what the abstract says.  Now, I
00165
 1                   Shields
 2   don't think the report says anything different
 3   that than.
 4        Q.  Right.  The report says in the
 5   discussion section, it says, "Although the
 6   overall results did not indicate an association
 7   between the use of ephedra-containing products
 8   and increased risk for hemorrhagic stroke, the
 9   analysis by dose suggests there may be an
10   association with use of more than 32 milligrams
11   daily."
12        See that?
13        I was on page 134.
```
                        Page 68

2-20-07 - Singh - Shields.TXT
```
14        A.  Yeah, I am on.  I don't see it.
15        Q.  The first sentence --
16        A.  Oh, yeah.
17        Q.  Under discussion.
18        A.  I'm looking here.  Well, it also
19   says, "Bias is an unlikely explanation for our
20   finding in association between doses of ephedra
21   greater than 32 milligrams a day and risk for
22   hemorrhagic stroke."
23        Q.  Right.  They did not find a
24   statistically significant association?
25        A.  They explained why.  They didn't have
00166
 1                   Shields
 2   enough people.
 3        Q.  They didn't have enough people.
 4   There may be reasons, but they didn't have data
 5   to make a finding.
 6        A.  You don't want to over interpret.
 7        Q.  Right.
 8        Do you rely at all on the main Hemorrhagic
 9   Stroke Project paper on phenylpropanolamine in
10   the presence of hemorrhagic stroke?
11        A.  Only that it demonstrated that people
12   who took PPA get hemorrhagic strokes and that a
13   high percentage are subarachnoid hemorrhages.
14        Q.  Do you know what the average dose
15   was?
16        A.  I don't remember the average dose,
17   but the range was 6 to 150 milligrams.
18        Q.  I'm going to hand you this paper,
19   "Phenylpropanolamine And Risk Of Hemorrhagic
20   Stroke."
21             MR. OETHEIMER:  Mark that as the next
22        exhibit, 15.
23             (Defendants' Exhibit 15, document,
24        marked for identification, as of this
25        date.)
00167
 1                   Shields
 2   MR. OETHEIMER:
 3        Q.  Dr. Shields, I know you've seen the
 4   paper before, and you're happy to review as much
 5   of the paper as you like.  I'm going to ask you
 6   about a paragraph that appears on page 1829.
 7        A.  I'm on 1829.
 8        Q.  In the right-hand column halfway
 9   down, there's a paragraph that begins, "We also
10   examined the possibility of a dose effect."
11        A.  Yes.
12        Q.  Why don't you read that paragraph to
13   yourself and then we can talk about it?
14        A.  Okay.
15        Q.  So it reflects here that the median
16   dose of PPA in the study was 75 milligrams.
17        Do you see that?
18        A.  That's correct.
19        Q.  And whatever their findings, their
20   findings were the odds ratio was higher for doses
21   above the median dose of 75 milligrams?
22        A.  Yes.
23        Q.  Do you --
24        A.  Well, it isn't clear to me here
```
Page 69

2-20-07 - Singh - Shields.TXT
25   whether we're talking about 75 milligrams a day,
00168
 1                    Shields
 2   which is what I think it is, but go ahead and ask
 3   the question.
 4          Q.  I'm not sure we need to belabor it.
 5   My only frame of reference here was seeking to
 6   understand that the average dose or mean median
 7   dose in the PPA study was significantly above,
 8   you know, a daily, recognizing that we're talking
 9   about phenylpropanolamine on one hand and
10   ephedrine on the other, but just in terms of
11   doses, we've got 75 milligrams versus Mr. Singh's
12   daily dose of perhaps 42 milligrams of ephedrine
13   alkaloids.
14          It's roughly double?
15          A.  So what's the question?
16          Q.  Do you agree that this looked at
17   higher doses, that the Hemorrhagic Stroke
18   Project --
19          A.  It does say that, but we're looking
20   at this selectively, and as I told you before,
21   the doses ranged from 6 to 150 milligrams, and
22   also the study, as I told you before, is
23   terrifically flawed by the fact that it excluded
24   people who died and people who had serious
25   neurologic impairment.  So it definitely says
00169
 1                    Shields
 2   what you just said, 75 milligrams.
 3          Q.  Whatever the flaw is, way back this
 4   morning you made reference to This Hemorrhagic
 5   Stroke Project and that strokes, I think you
 6   indicated that strokes had occurred or were noted
 7   in people that had taken as low as seven
 8   milligrams or something of phenylpropanolamine?
 9          A.  Six.
10          Q.  Six, but there were no statistical
11   findings.
12          A.  These statistical findings, even
13   these are valid.
14          What's the point?
15          (Discussion held off the record.)
16          (Defendants' Exhibit 16, document,
17          marked for identification, as of this
18          date.)
19   MR. OETHEIMER:
20          Q.  Doctor, one more paper from the
21   Hemorrhagic Stroke Project, not one that I'm, I
22   think the other two you had cited, perhaps, in
23   your bibliography.  I'm not sure if this one
24   appears.
25          A.  It probably does.  I'm familiar with
00170
 1                    Shields
 2   it.
 3          Q.  You're familiar with it in any event?
 4          This is the review study.
 5          A.  Oh, now I see where he got the 55 to
 6   60,000 patients.
 7          Q.  You think this is where Dr. --
 8          A.  Well, it says, "Subarachnoid
 9   hemorrhage and intracerebral hemorrhage affect

                                        Page 70

                          2-20-07 - Singh - Shields.TXT
10   55,000 to 60,000 people a year."
11           Q.  You're referring to where Dr. Zablow
12   got his numbers, and you don't know where he got
13   his numbers?
14           A.  Probably similar.
15           Q.  In the Hemorrhagic Stroke Project,
16   they were only looking at hemorrhagic strokes?
17           A.  Yes.
18           Q.  They were looking at subarachnoid
19   hemorrhages and intercerebral hemorrhages?
20           A.  Yes.
21           Q.  There are similarities between the
22   two and differences between the two?
23           A.  Between what?
24           Q.  Between intracerebral hemorrhages and
25   subarachnoid hemorrhages.
00171
1                          Shields
2            A.  Right.
3            Q.  If I could direct you to page six,
4    just quickly for the numbers, the final case
5    group for the HSP comprised 702 subjects,
6    including 425 translating to 60 percent with
7    subarachnoid hemorrhage, the other 40 percent
8    with intracerebral.  And of the 425 cases of
9    subarachnoid hemorrhage, 312 met the criteria for
10   aneurysmal subarachnoid hemorrhage," correct?
11           A.  Yes.
12           Q.  Based on this paper, that's more like
13   75 percent than 85 percent, but that's still the
14   range?
15           A.  It's a range.
16           Q.  And this paper simply reports, based
17   on the comparison of those 400, actually
18   312 cases of aneurysmal subarachnoid hemorrhage
19   and matched controls findings regarding the
20   relative risk for major risk factors, correct?
21           A.  Yes.
22           Q.  And the authors state, I believe,
23   you've got the highlighted version, I should make
24   this the exhibit.
25           Why don't you substitute that?
00172
1                          Shields
2            MR. OETHEIMER:  We'll let you mark it
3        in a moment.
4    MR. OETHEIMER:
5            Q.  The authors state on page 1377 that
6    "The odds ratio for the association with risk for
7    aneurysmal, SAH, subarachnoid hemorrhage, was
8    highest for family history of hemorrhagic stroke
9    and current cigarette smoking."
10           Do you see that?
11           A.  No.
12           Where are you reading?
13           Q.  I'm reading from the paragraph on the
14   right-hand column at the bottom of the page below
15   the table on page 1377.  Begins, "In the
16   multivariable model."
17           A.  Yes.
18           Q.  Other than a family history of
19   hemorrhagic stroke, the highest risk factor
20   reported for aneurysmal subarachnoid hemorrhage
                                                     Page 71

```
                    2-20-07 - Singh - Shields.TXT
21  is cigarette smoking, correct?
22          A.  Yes.
23          Q.  And you don't disagree with that?
24          A.  Well, I think hypertension is a more
25  significant factor, but I already said that I
00173
 1                  Shields
 2  consider it significant.
 3          Q.  And there's nothing to indicate in
 4  this paper that the significance of smoking as a
 5  risk factor for aneurysmal subarachnoid
 6  hemorrhage depends on whether the subject smoked
 7  on the day of the stroke?
 8          A.  Yes, but there are a lot of other
 9  studies which do show that.
10          Q.  And have you cited those?
11          A.  Not specifically, I don't think so.
12          Q.  Can you direct me to those
13  references?
14          A.  Sure.  Just write it down.
15          Q.  In any event, the relative risks
16  reported here for smoking of 3.7, well, odds
17  ratio of 3.73 is consistent, I think, with what
18  you testified earlier?
19          A.  I said 2.5 to 3.5.
20          Q.  Correct, in the absence of smoking on
21  the day of the stroke and nine or something?
22          A.  Well, the nine would probably bring
23  it up to the 3.73.
24          Q.  On the left-hand up on that page, it
25  says, "With regard to health behaviors and use of
00174
 1                  Shields
 2  medicine, cases were more likely to be current
 3  cigarette smokers and heavy alcohol," and it
 4  looks like it says, "Equal to or greater than two
 5  drinks daily"?
 6          A.  Yes.
 7          Q.  "And caffeine, greater than two
 8  caffeine drinks daily"?
 9          A.  Yes, but you have to parse out the
10  alcohol, like I said before in terms of clotting
11  factors and effects on blood pressure and the
12  concomitance of the smoking.
13          Q.  And I think I understand that, but
14  just in terms of an analysis, controlling, they
15  found in this study that drinking alcohol at
16  greater than or equal to two drinks daily,
17  itself, was an independent risk factor with an
18  odds ratio of almost 3, correct, looking at the
19  table?
20          A.  Let's see.  Alcohol, I don't see the
21  odds ratio.
22          Q.  Matched?
23          A.  Matched odds ratio, I see it.  Yes, I
24  see that.  I don't agree with it, though.
25          Q.  And caffeinated drinks at greater
00175
 1                  Shields
 2  than or equal to five a day is a matched odds
 3  ratio of just below two?
 4          A.  Yes.
 5          Q.  Lower than alcohol, but higher than
```

                          2-20-07 – Singh – Shields.TXT
 6  phenylpropanolamine, which is reported at an odds
 7  ratio of only 1.15.
 8          A.  I don't believe that this particular
 9  paper discusses people who use both.
10          Q.  People who use both what, I'm sorry?
11          A.  Caffeine and ephedra products, PPA,
12  in this case.
13          Q.  One of the flaws that you found in
14  this study, the HSP, was that they did not
15  include fatalities, correct?
16          A.  Yes.
17          Q.  If I could direct you to page 1380,
18  and actually, you may want to read the carryover
19  paragraph.  It begins at the bottom of 1379,
20  "Subsequent Control Case Study."
21          A.  Where are we?
22          Q.  Page 1379, the bottom right-hand
23  column.
24          A.  1379.
25          Q.  It's the paragraph that begins --
00176
 1                      Shields
 2          A.  Yes, I see that.
 3          Q.  If you would, you can read that
 4  paragraph to yourself.
 5          A.  Yes, I've seen this.
 6          Q.  So the authors are saying there --
 7          A.  There was a study where they looked
 8  at the patients who died.
 9          Q.  They're saying that the distribution
10  of risk factors is documented in the medical
11  record of those fatalities from subarachnoid
12  hemorrhages was similar to what they came up with
13  here?
14          A.  Yeah, but the study didn't have
15  enough numbers.  Yes, I'm aware of that.
16          Q.  Have we covered all of the opinions
17  you would expect to give in this case?
18          A.  As far as I can think of.
19          Q.  Have you been asked to form opinions
20  regarding Mr. Singh's damages?
21          A.  I don't think I've been formally
22  asked, but I've given opinions on it.
23          Q.  And to the extent in terms of his
24  residual deficits?
25          A.  Yes, it's in my report.
00177
 1                      Shields
 2          Q.  I was going to say, it's in your
 3  report and we can say and I can take you through
 4  that, but if you're willing to stipulate that any
 5  opinions you have or any information you have
 6  about his current condition, or at least his
 7  condition as of November 2005 is contained in
 8  your report?
 9          A.  I certainly can stipulate to that.
10          Q.  You examined him on November 14th,
11  2005.
12          Do you have any current information on how
13  Mr. Singh is doing?
14          A.  In your report, you note that his
15  physician, Dr. Hirschfeld, at some point several
16  months after the stroke had pronounced him
                          Page 73

2-20-07 – Singh – Shields.TXT

17 essentially fit to return to work, but that when
18 you interviewed Mr. Singh, that you did not feel
19 capable of working. I did not think that he could
20 work.
21        Q.  That was my question.
22        Did you form, do you have a view?
23        A.  Well, let me see what he said.
24        Q.  It's at page four of your
25 December 4th?
00178
1                   Shields
2        A.  Yeah, this is what I said on page 14.
3 "He is permanently to severely disabled in the
4 fullest sense.  He is unable to work at his usual
5 profession and cannot enjoy the fruits of life."
6        Q.  What is it that impairs his ability
7 to work at his usual profession?
8        A.  Multiple, impairment of mental
9 function, impairment, as I remember, he did fine
10 work with silver, and I found that both his hands
11 were extremely clumsy.
12        Q.  He repaired jewelry, and you found
13 that his fine motor skills were impaired?
14        A.  Yes.
15        MR. OETHEIMER:  All right.  I have no
16 further questions at this time.  There are
17 a number of references that Dr. Shields
18 has agreed to supply.  Some of them he may
19 recall and some of them he may need to be
20 prompted.
21        THE WITNESS:  I need a note.
22        MR. OETHEIMER:  I will send a note to
23 Mr. Rheingold.
24        MR. RHEINGOLD:  Yes, please do that.
25        MR. OETHEIMER:  And I am going to
00179
1                   Shields
2        keep the deposition open only for that
3        purpose, since those references are not
4        available to me today.  It's not my
5        expectation that it will be necessary to
6        call you back to ask you questions about
7        those, but I'm going to reserve my right
8        to do so.
9        MR. RHEINGOLD:  When the weather gets
10        better.
11        MR. OETHEIMER:  Thank you very much.
12        THE WITNESS:  Thank you.
13        (Time noted:  4:14 p.m.)
14                     _____
15                     LAWRENCE SHIELDS, M.D.
16
17        Subscribed and sworn to before me
18        this ___ day of _____ 2007.
19
20        _____
21
22
23
24
25
00180
1

Page 74

                         2-20-07 – Singh – Shields.TXT
 2                C E R T I F I C A T E
 3      STATE OF NEW YORK  )
 4                         ) ss.
 5      COUNTY OF SUFFOLK  )
 6
 7            I, JEAN VALERIE GAFA, a Notary Public
 8      within and for the State of New York, do
 9      hereby certify:
10            That LAWRENCE SHIELDS, M.D., the
11      witness whose deposition is hereinbefore set
12      forth, was duly sworn by me and that such
13      deposition is a true record of the testimony
14      given by the witness.
15            I further certify that I am not
16      related to any of the parties to this action
17      by blood or marriage, and that I am in no way
18      interested in the outcome of this matter.
19            IN WITNESS WHEREOF, I have hereunto
20      set my hand this 23rd day of February, 2007.
21
22
23                           _____
24                           JEAN VALERIE GAFA
25
00181
 1
 2                   I N D E X
 3      WITNESS            ATTORNEY NAME        PAGE
 4      DR. SHIELDS        MR. OETHEIMER          5
 5
 6           INFORMATION REQUESTS
 7      MOTIONS:                               114
 8                   EXHIBITS
 9      DEFENDANT'S                            FOR ID.
10      Exhibit 1     Packet containing 1-page    5
                      cover letter dated
11                    12/21/06, 15-page report
                      dated 12/4/06, 6-page
12                    bibliography, 4-page
                      curriculum vitae, and
13                    5-page court appearances
                      document
14      Exhibit 2     7-page Notice of Deposition 5
                      and Subpoena
15      Exhibit 3     14-page report dated       27
                      11/16/05 and 6-page
16                    bibliography
        Exhibit 4     3-page bibliography        27
17      Exhibit 5     15-page report dated       28
                      12/4/06 and 6-page
18                    bibliography
        Exhibit 6     7-page packet of           31
19                    handwritten notes
        Exhibit 7     3-page packet of patient   33
20                    information
        Exhibit 8     2-page Report Of           34
21                    Neuroendovascular Surgery
        Exhibit 9     2-page Report of           34
22                    Neuroendovascular Surgery
                      with handwritten notations
23      Exhibit 10    3-page photocopy of        34
                      Herbalife bottle and
24                    business card
                              Page 75

```
                         2-20-07 - Singh - Shields.TXT
        Exhibit 11    1-page photocopy of          100
                      Herbalife label
   25
00182
    1
    2   Exhibit 12    13-page article entitled     135
                      "Subarachnoid haemorrhage"
    3   Exhibit 13    12-page article entitled     143
                      "Cerebral Aneurisms
    4   Exhibit 14    4-page paper entitled "Use    162
                      of Ephedra-containing
    5                 Products and Risk for
                      Hemorrhagic Stroke
    6   Exhibit 15    7-page article entitled       166
                      "Phenylpropanlomine and the
    7                 Risk of Hemorrhagic Stroke
        Exhibit 16    8-page article entitled       169
    8                 "Major Risk Factors for
                      Aneurysmal Subarachnoid
    9                 Hemorrhage in the Young are
                      Modifiable
   10
   11
   12
   13
   14
   15
   16
   17
   18
   19
   20
   21
   22
   23
   24
   25
00183
    1
    2              ERRATA SHEET
    3   NAME OF CAPTION:  SINGH VS. HERBALIFE
        DATE OF DEPOSITION:  FEBRUARY 20, 2007
    4   NAME OF WITNESS:  LAWRENCE SHIELDS, M.D.
    5   PAGE  LINES          FROM            TO
    6   ____|_____|_____|_____
    7   ____|_____|_____|_____
    8   ____|_____|_____|_____
    9   ____|_____|_____|_____
   10   ____|_____|_____|_____
   11   ____|_____|_____|_____
   12   ____|_____|_____|_____
   13   ____|_____|_____|_____
   14   ____|_____|_____|_____
   15   ____|_____|_____|_____
   16   ____|_____|_____|_____
   17   ____|_____|_____|_____
   18   ____|_____|_____|_____
   19
   20              _____
   21              LAWRENCE SHIELDS, M.D.
   22   Subscribed and sworn to before me
   23   This ____ day of _____ 2007.
   24              _____
   25   (Notary Public)    My Commission Expires
                         Page 76
```