UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
IN RE: EPHEDRA PRODUCTS LIABILITY :
LITIGATION : 04 MD 1598 (JSR)
 :
------------------------------------- x
Pertains to: :
 : 1:06-CV-00014
Harbir Singh v. Herbalife International :
Communications, Inc., et al. :
 :
------------------------------------- x

## HERBALIFE INTERNATIONAL COMMUNICATIONS, INC.S, HERBALIFE INTERNATIONAL OF AMERICA, INC'S. AND STEVE PETERSON'S DISCLOSURE OF EXPERT WITNESSES

TO: David B. Rheingold, Esq.
Rheingold, Valet, Rheingold, Shkolnick & McCarthy, LLP
113 E. 37th Street
New York, New York 10016

Defendants Herbalife International Communications, Inc., Herbalife International of America, Inc. and Steve Peterson, through their attorneys Goodwin Procter LLP, in accordance with Rule 26 of the Federal Rules of Civil Procedure and all applicable Case Management Orders of The Honorable Jed S. Rakoff, United States District Judge in the above-captioned multidistrict litigation, disclose the following expert witnesses:

1. John F. Dashe, M.D.

2. Bruce C. Zablow, M.D.

The report of Dr. Dashe, and the exhibits thereto, including his curriculum vitae, are being served simultaneously herewith.

The transcript of Dr. Zablow's January 10, 2007 deposition in this case, and the exhibits thereto, including his curriculum vitae, the record of the treatment that he rendered to Mr. Singh at St. Vincent's Catholic Medical Center of New York, and the radiological scans marked as exhibits at Dr. Zablow's deposition, are being served simultaneously herewith. The scope of Dr. Zablow's testimony may include all aspects of the treatment that he rendered to Mr. Singh, including all of Dr. Zablow's observations and impressions regarding the treatment that he rendered to Mr. Singh, all medical records and radiological scans that Dr. Zablow may have generated or consulted, and all issues covered in Dr. Zablow's deposition.

Dated: February 27, 2007

Joanne M. Gray (JG7287)
Frederick R. McGowen (FM1072)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
212.813.8800
212.355.3333 (Fax)

Richard A. Oetheimer
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
617.570.1000
617.523.1231 (Fax)

Attorneys for Defendants
HERBALIFE INTERNATIONAL COMMUNICATIONS, INC., HERBALIFE INTERNATIONAL OF AMERICA, INC. AND STEVE PETERSON

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2007, I caused a true and correct copy of the foregoing HERBALIFE INTERNATIONAL COMMUNICATIONS, INC.S, HERBALIFE INTERNATIONAL OF AMERICA, INC'S. AND STEVE PETERSON'S DISCLOSURE OF EXPERT WITNESSES, EXPERT REPORT OF JOHN F. DASHE, M.D., Ph.D. and exhibits thereto, and TRANSCRIPT OF DEPOSITION OF BRUCE C. ZABLOW and exhibits thereto, to be served by Hand upon:

David B. Rheingold, Esq.<br>
Rheingold, Valet, Rheingold, Shkolnick & McCarthy, LLP<br>
113 E. 37th Street<br>
New York, New York 10016

_____
Frederick R. McGowen