

| | Frederick R. McGowen | Goodwin Procter LLP |
|---|---|---|
| | 212.459.7418 | Counsellors at Law |
| | frmcgowen@ | 599 Lexington Avenue |
| | goodwinprocter.com | New York, NY 10022 |
| | | T: 212.813.8800 |
| | | F: 212.355.3333 |

March 7, 2007

**By Federal Express**

David B. Rheingold, Esq.
Rheingold, Valet, Rheingold, Shkolnik & McCartney LLP
113 East 37th Street
New York, NY 10016

Re:   **Singh, et al. v. Herbalife, et al.**

Dear Dave:

As per Dr. Shields' deposition testimony referenced below, would you please provide the following references?

- Page 71, Line 16 – Page 72, Line 16, regarding retinal and intercerebral vessels

- Page 142, Lines 2-10, regarding physical elements of aneurysms relative to rupture

- Page 160, Line 10 – Page 161, Line 11, regarding effects of similar compounds

- Page 173, Lines 3-14, regarding significance of smoking on same day as aneurysmal subarachnoid hemorrhage

Thank you.

Very truly yours,

Frederick R. McGowen

FRM:sk

cc:   Richard A. Oetheimer

LIBNY/4582569.1