UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
IN RE: EPHEDRA PRODUCTS LIABILITY    :
LITIGATION                            : 04 MD 1598 (JSR)
                                      :
------------------------------------- x
Pertains to:                          :
                                      : 1:06-CV-00014
Harbir Singh v. Herbalife International :
Communications, Inc., et al.          :
                                      x
------------------------------------- 

### STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Harbir Singh and Doina Caragata, and Defendants Herbalife International Communications, Inc., Herbalife International of America, Inc. and Steve Peterson, that all claims and causes of action of Plaintiffs Harbir Singh and Doina Caragata against Defendants Herbalife International Communications, Inc., Herbalife International of America, Inc. and Steve Peterson are hereby dismissed with prejudice, without costs to any party as against any other.

Based on the agreement of the parties as set forth above,

**IT IS ORDERED** that Plaintiffs' Complaint is dismissed, with prejudice, each party to bear its own costs.

SO ORDERED this 5th day of October 2007.

_____
HON. JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-9-07

LIBNY/4629937.1

_____  _____
David B. Rheingold, Esq. (DR-4676)         Joanne M. Gray (JG-7287)
**Rheingold, Valet, Rheingold, Shkolnick &**   Frederick R. McGowen (FM-1072)
 **McCarthy, LLP**                              **GOODWIN PROCTER LLP**
113 E. 37th Street                         599 Lexington Avenue
New York, New York 10016                   New York, NY 10022
212.684.1880                               212.813.8800
ATTORNEYS FOR PLAINTIFFS                   ATTORNEYS FOR DEFENDANTS
HARBIR SINGH AND DOINA CARAGATA            HERBALIFE INTERNATIONAL
                                           COMMUNICATIONS, INC., HERBALIFE
                                           INTERNATIONAL OF AMERICA, INC. AND STEVE
                                           PETERSON